20210915161053

| | RETURN OF SERVICE |
|---|---|
| AO 440 (Rev. 06/12) Summons in a Civil Action | |

SERVICE OF: SUMMONS AND COMPLAINT, EXHIBITS
EFFECTED (1) BY ME: ROBERT WAGOER
TITLE: PROCESS SERVER                   DATE: 9/22/2021 12:39:09 PM

---

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[X] Served personally upon the defendant

W.B. HOMES, INC.

Place where served:

404 SUMNEYTOWN PIKE SUITE 200 NORTH WALES PA 19454

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

JUDITH MCCLELLAND

Relationship to defendant  **ASSISTANT**

Description of Person Accepting Service:

SEX: F   AGE: 51-65   HEIGHT: 5'0"-5'3"   WEIGHT: 100-130 LBS.   SKIN: WHITE   HAIR: BLACK   OTHER: _____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

---

**STATEMENT OF SERVER**

TRAVEL $ _____   SERVICES $ _____   TOTAL $ _____

---

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.
Docusign Court Approved E-Signature

DATE: 9/24/2021

SIGNATURE OF ROBERT WAGOER
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

---

ATTORNEY: RICHARD J. ORR, ESQ.
PLAINTIFF: MAIN STREET AMERICA ASSURANCE COMPANY
DEFENDANT: HOWARD LYNCH PLASTERING, INC., ET AL
VENUE: DISTRICT
DOCKET: 2 21 CV 03977 MAK
COMMENT: