# AFFIDAVIT OF SERVICE

| Case: 21-3977 | Court: United States District Court Eastern District of Pennsylanvia | County: | Job: 6180158 |
|---|---|---|---|
| Plaintiff / Petitioner: Main Street American Insurance Company | | Defendant / Respondent: Howard Lynch Plastering, Inc. and W.B. Homes, Inc. | |
| Received by: S.K.U. Services, LLC | | For: Richard J. Orr, Esq. of Dilworth Paxson, LLP | |
| To be served upon: Howard Lynch Plastering, Inc. c/o Doris Elizabeth Lynch | | | |

I, Kendra Day, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Doris Lynch, Company: 31 Eagels Watch North, Bechtelsville, PA 19505
**Manner of Service:** Personal/Individual, Oct 12, 2021, 11:55 am EDT
**Documents:** Summons and Complaint

**Additional Comments:**
1) Successful Attempt: Oct 12, 2021, 11:55 am EDT at Company: 3057 Pruss Hill Rd, Pottstown, PA 19464 received by Doris Lynch. Age: 68; Ethnicity: Caucasian; Gender: Female; Weight: 200; Height: 5'10"; Hair: Brown.

Kendra Day                        Date 10/12/2021

S.K.U. Services, LLC
236 Gerritt Street
Philadelphia, PA 19147
215-915-9696

Subscribed and sworn to before me by the affiant who is personally known to me.

Notary Public

Date 10/12/21        Commission Expires

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Eric M. Afflerbach, Notary Public
Washington Twp, Berks County
My commission expires November 18, 2021