CLEMM AND ASSOCIATES, LLC
Mark C. Clemm, Esquire, 36665
Katie M. Clemm, Esquire, 320733
488 Norristown Road, Suite 140
Blue Bell, PA   19422
(484) 539-1300
mclemm@clemmlaw.com                                    Attorneys for defendant W.B. Homes, Inc.
kclemm@clemmlaw.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MAIN STREET AMERICA ASSURANCE COMPANY | : | CIVIL ACTION |
| | : | |
| | : | NO.:  2:21-cv-3977 |
| v. | : | |
| | : | |
| HOWARD LYNCH PLASTERING, INC. and W.B. HOMES, INC. | : | |
| | : | |
| | : | |

## CERTIFICATE OF SERVICE

I, Katie M. Clemm, Esquire hereby certify that a true and correct copy of the Answer of defendant W.B. Homes, Inc. to Complaint and Affirmative Defenses has been filed electronically and is available for viewing and downloading from the ECF system.  These documents have also been served via email and first class mail, postage pre-paid, as indicated below upon the following:

| | | |
|---|---|---|
| Ezra S. Gollogly, Esquire | | |
| Susan M. Hogan, Esquire | Richard J. Orr, Esquire | |
| Kramon & Graham | Dilworth Paxson LLP | Howard Lynch Plastering, Inc. |
| One South Street, Suite 2600 | 2 Research Way | 31 Eagles Watch North |
| Baltimore, MD   21202 | Princeton, NJ   08540 | Bechtelsville, PA   19505 |
| egollogly@kg-law.com | rorr@dillworthlaw.com | *via first class mail* |
| shogan@kg-law.com | *via email and e-filing* | |
| *via email and e-filing* | | |

CLEMM AND ASSOCIATES, LLC

Dated:  November 22, 2021            By:     */s/ Katie M. Clemm*
                                             Mark C. Clemm, Esquire
                                             Katie M. Clemm, Esquire
                                             Attorneys for defendant W.B. Homes, Inc.