CLEMM AND ASSOCIATES, LLC
Mark C. Clemm, Esquire, 36665
Katie M. Clemm, Esquire, 320733
488 Norristown Road, Suite 140
Blue Bell, PA   19422
(484) 539-1300
mclemm@clemmlaw.com                                  Attorneys for defendant W.B. Homes, Inc.
kclemm@clemmlaw.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MAIN STREET AMERICA ASSURANCE COMPANY | : | CIVIL ACTION |
| | : | |
| | : | NO.:  2:21-cv-3977 |
| v. | : | |
| | : | |
| HOWARD LYNCH PLASTERING, INC. and W.B. HOMES, INC. | : | |
| | : | |
| | : | |

**ENTRY OF APPEARANCE**

TO THE CLERK OF COURTS:

    Kindly enter my appearance on behalf of **defendant W.B. HOMES, INC.** in the above-captioned matter.

                                                  CLEMM AND ASSOCIATES, LLC

Dated:  November 22, 2021            By:    */s/ Katie M. Clemm*
                                                          Katie M. Clemm, Esquire
                                                          I.D No. 320733
                                                          CLEMM AND ASSOCIATES, LLC
                                                          488 Norristown Road, Suite 140
                                                          Blue Bell, PA   19422
                                                          (484) 539-1300
                                                          kclemm@clemmlaw.com