| | |
|---|---|
| CLEMM AND ASSOCIATES, LLC<br>Mark C. Clemm, Esquire, 36665<br>Katie M. Clemm, Esquire, 320733<br>488 Norristown Road, Suite 140<br>Blue Bell, PA   19422<br>(484) 539-1300<br>mclemm@clemmlaw.com<br>kclemm@clemmlaw.com | Attorneys for defendant W.B. Homes, Inc. |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MAIN STREET AMERICA ASSURANCE COMPANY | : | CIVIL ACTION |
| | : | |
| | : | NO.:  2:21-cv-3977 |
| v. | : | |
| | : | |
| HOWARD LYNCH PLASTERING, INC. and W.B. HOMES, INC. | : | |
| | : | |

### ENTRY OF APPEARANCE

TO THE CLERK OF COURTS:

Kindly enter my appearance on behalf of **defendant W.B. HOMES, INC.** in the above-captioned matter.

                                                                                       CLEMM AND ASSOCIATES, LLC

Dated:  November 22, 2021                    By:    */s/ Mark C. Clemm*
                                                                                 Mark C. Clemm, Esquire
                                                                                 I.D No. 36665
                                                                                 CLEMM AND ASSOCIATES, LCC
                                                                                 488 Norristown Road, Suite 140
                                                                                 Blue Bell, PA   19422
                                                                                 (484) 539-1300
                                                                                 mclemm@clemmlaw.com