IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Main Street America Assurance Company, | : | |
| | : | |
| *Plaintiff*, | : | |
| | : | |
| v. | : | Case No. 2:21-cv-03977 (MAK) |
| | : | |
| Howard Lynch Plastering, Inc. | : | |
| | : | |
| and | : | |
| | : | |
| W.B. Homes, Inc., | : | |
| | : | |
| *Defendants*. | : | |

**APPENDIX OF PLAINTIFF MAIN STREET
AMERICA ASSURANCE COMPANY**

Richard J. Orr (Fed. Bar No. 66860)
Dilworth Paxson LLP
2 Research Way
Princeton, New Jersey 08540
Telephone: 609-987-3993
Facsimile: 215-893-8537
rorr@dilworthlaw.com

Susan M. Hogan (*pro hac vice*)
Ezra S. Gollogly (*pro hac vice*)
Joseph Dudek (of counsel)
Kramon & Graham, P.A.
One South Street, Suite 2600
Baltimore, Maryland 21202-3201
Telephone: 410-752-6030
Facsimile: 410-539-1269
shogan@kg-law.com
jdudek@kg-law.com

## APPENDIX TABLE OF CONTENTS

Ex. 1. November 1, 2011 MSAAC Policy ...................................................................Apx. 1

Ex. 2. November 1, 2012 MSAAC Policy .........................................................................Apx. 71

Ex. 3. November 1, 2013 MSAAC Policy .......................................................................Apx. 135

Ex. 4. Subcontract ..........................................................................................................Apx. 199

Ex. 5. McGinnis Complaint ...........................................................................................Apx. 210

Ex. 6. Joinder Complaint ...............................................................................................Apx. 410

Ex. 7. Desnoyers Complaint ..........................................................................................Apx. 421

Ex. 8. Ashbourne Report ................................................................................................Apx. 454

Ex. 9. Insurance Certificates .........................................................................................Apx. 493

Ex. 10. Correspondence between WB Homes and MSAAC .............................................Apx. 507

Ex. 11. Summary of claims, subcontractors, and payouts ...............................................Apx. 575

Ex. 12. Etzler Documents ................................................................................................Apx. 577

Ex. 13. Jasinski Documents ............................................................................................Apx. 652

Ex. 14. Foxman Documents.............................................................................................Apx. 733

Ex. 15. Klaskin Documents .............................................................................................Apx. 765

Ex. 16. Guirguis Documents............................................................................................Apx. 831

Ex. 17. Pisoni Documents................................................................................................Apx. 849