Apx. 00831

# Exhibit 16

```
VILLAGE AT SALFORD MILL, L.P.                         HOUSE BOOK SUMMARY REPORT                                   04-23-20       Page 1
Operator: Not Used
BUYER:    Nassef Justin Guirguis                                                                      MODEL:      Cambridge Provincial
ADDRESS:  1108 KINGSLEY HALL DRIVE                                                                    SETTLE DATE: 01-31-2006
          LANSDALE      , PA   19446                         Last Est Date

   Job Description                  G/L #          Invoice     Accounting  Transaction
                                                                 Date         Date        Amount     Description            Transaction Type
 103-001 KINGSLEY: LOT #1 CIP       16701
_____
    1 PERMITS
                                                                           05-18-2005        350.00  UPDATED - STEVE CAVA    Original estimate
                                                                           06-24-2005      1,525.00  BLDG PERMIT - STEVE CAVA Original estimate
         UPPGWYTWP                                 102904     11-01-2004  10-29-2004      1,875.00  KG 3 - BLDG PERMIT       AP cost
         UPPGWYTWP                                 1029041    11-01-2004  10-29-2004        350.00  KG 3 - SEWER PERMIT      AP cost
         UPPGWYTWP                                 051605     05-17-2005  05-16-2005        350.00  KG 1 SEWER PERMIT        AP cost
         UPPGWYTWP                                 062305     06-23-2005  06-23-2005      1,525.00  KG 1 BLDG PERMIT         AP cost
                                                              05-31-2005  05-31-2005        350.00- 5/31 Reclass Lot #3 Permit JC cost
                                                              05-31-2005  05-31-2005      1,875.00- 5/31 Uppr Gwyn - Bldg Prmt JC cost

                   JTD Budget   JTD Cost Paid    Budget Remaining    Over/Under
   Cost Code Total:   1,875.00       1,875.00
_____
    2 PARTY WALLS
                                                                           11-08-2004          1.00  Original estimate        Original estimate
                                                                           12-28-2005          1.00- BUDGET REVIEW - BRUCE BALD Original estimate

                   JTD Budget   JTD Cost Paid    Budget Remaining    Over/Under
   Cost Code Total:
_____
    6 ARCHITECTURE
                                                                           11-08-2004          1.00  Original estimate        Original estimate
                                                                           03-21-2005          1.00- REVISED ESTIMATE         Original estimate
                                                                           03-21-2005      1,500.00  UPDATED - STEVE CAVA     Original estimate
                                                                           12-28-2005        350.00- BUDGET REVIEW - BRUCE BALD Original estimate
         OMNIA                                     10039      07-06-2005  06-10-2005      1,150.00  KG 1                     AP cost

                   JTD Budget   JTD Cost Paid    Budget Remaining    Over/Under
   Cost Code Total:   1,150.00       1,150.00
_____
   10 EXCAVATION
                                                                           11-08-2004          1.00  Original estimate        Original estimate
                                                                           07-08-2005      4,200.00  ADDED - STEVE CAVA       Original estimate
         TT                                        1093       05-19-2005  04-26-2005        122.00  KG 1,3,5,12,13           AP cost
         TT                                        1160       07-18-2005  07-08-2005        792.00  KG 1                     AP cost
         TT                                        1188       08-05-2005  08-02-2005        602.70  KG 1                     AP cost
         TT                                        1275       11-04-2005  11-03-2005        652.00  KG 1                     AP cost
         TT                                        1277       11-28-2005  11-03-2005        936.00  KG 1,2                   AP cost
         TT                                        1287       12-01-2005  11-15-2005        700.00  KG 1                     AP cost

                   JTD Budget   JTD Cost Paid    Budget Remaining    Over/Under
   Cost Code Total:   4,201.00       3,804.70           396.30         396.30-
_____
   19 EXCAVATION: FIELD CONDITION
                                                                           11-08-2004          1.00  Original estimate        Original estimate
                                                                           12-28-2005          1.00- BUDGET REVIEW - BRUCE BALD Original estimate

                   JTD Budget   JTD Cost Paid    Budget Remaining    Over/Under
   Cost Code Total:
_____
   20 FOOTING,BSEMNT STONE&PERM DRAI
                                                                           11-08-2004          1.00  Original estimate        Original estimate
                                                                           07-08-2005          1.00- REVISED ESTIMATE         Original estimate
                                                                           07-08-2005      4,578.40  UPDATED - STEVE CAVA     Original estimate
                                                                           07-08-2005        953.00  ADDED - STEVE CAVA       Original estimate
                                                                           12-28-2005        914.85  BUDGET REVIEW - BRUCE BALD Original estimate
```

Apx. 00832

WB Homes003067

```
VILLAGE AT SALFORD MILL, L.P.                          HOUSE BOOK SUMMARY REPORT                                     04-23-20        Page 2
Operator: Not Used
BUYER:    Nassef Justin Guirguis                                                                      MODEL:       Cambridge Provincial
ADDRESS:  1108 KINGSLEY HALL DRIVE                                                                    SETTLE DATE: 01-31-2006
          LANSDALE       , PA   19446                         Last Est Date

   Job Description                     G/L #          Invoice     Accounting  Transaction
                                                                  Date        Date              Amount     Description            Transaction Type
   103-001 KINGSLEY: LOT #1 CIP        16701
   _____
        20 FOOTING,BSEMNT STONE&PERM DRAI
             TT                                        1184       08-05-2005 08-02-2005         1,268.25   KG 1                    AP cost
             HORGAN                                    48965      09-21-2005 07-18-2005         5,178.00   KG 1                    AP cost

                         JTD Budget    JTD Cost Paid   Budget Remaining   Over/Under
        Cost Code Total:   6,446.25        6,446.25
   _____
        30 FOUNDATION
                                                                  11-08-2004               1.00   Original estimate         Original estimate
                                                                  07-08-2005               1.00-  REVISED ESTIMATE          Original estimate
                                                                  07-08-2005           1,180.00   UPDATED - STEVE CAVA      Original estimate
                                                                  07-08-2005          11,743.00   ADDED - STEVE CAVA        Original estimate
                                                                  12-28-2005             835.00   BUDGET REVIEW - BRUCE BALD Original estimate
             BETHLEHEM                                 606808     08-08-2005 08-05-2005         1,720.00   KG 1                    AP cost
             HORGAN                                    48965      09-21-2005 07-18-2005        12,038.00   KG 1                    AP cost

                         JTD Budget    JTD Cost Paid   Budget Remaining   Over/Under
        Cost Code Total:  13,758.00       13,758.00
   _____
        31 FOUNDATION: DAMP PROOFING
                                                                  11-08-2004               1.00   Original estimate         Original estimate
                                                                  07-08-2005               1.00-  REVISED ESTIMATE          Original estimate
                                                                  07-08-2005             256.00   UPDATED - STEVE CAVA      Original estimate
                                                                  12-28-2005              41.00-  BUDGET REVIEW - BRUCE BALD Original estimate
             DALE                                      10180      08-01-2005 07-25-2005           215.00   KG 1                    AP cost

                         JTD Budget    JTD Cost Paid   Budget Remaining   Over/Under
        Cost Code Total:     215.00          215.00
   _____
        39 FOUNDATION: FIELD CONDITION
                                                                  11-08-2004               1.00   Original estimate         Original estimate
                                                                  12-28-2005               1.00-  BUDGET REVIEW - BRUCE BALD Original estimate

                         JTD Budget    JTD Cost Paid   Budget Remaining   Over/Under
        Cost Code Total:
   _____
        40 STRUCTURE: STEEL & LALLY
                                                                  11-08-2004               1.00   Original estimate         Original estimate
                                                                  07-08-2005               1.00-  REVISED ESTIMATE          Original estimate
                                                                  07-08-2005           1,186.10   REVISED - STEVE CAVA      Original estimate
                                                                  08-02-2005               8.48   CO ADDED - STEVE CAVA     Original estimate
                                                                  12-28-2005                .04   BUDGET REVIEW - BRUCE BALD Original estimate
             HOOVER                                    117387     08-01-2005 07-22-2005         1,194.62   KG 1                    AP cost

                         JTD Budget    JTD Cost Paid   Budget Remaining   Over/Under
        Cost Code Total:   1,194.62        1,194.62
   _____
        50 LUMBER
                                                                  11-08-2004               1.00   Original estimate         Original estimate
                                                                  07-25-2005               1.00-  REVISED ESTIMATE          Original estimate
                                                                  07-25-2005          20,904.97   UPDATED - STEVE CAVA      Original estimate
                                                                  02-08-2006           1,565.31-  BUDGET REVIEW             Original estimate
                                                                  04-12-2006           1,565.31   ADJ FOR CO                Original estimate
                                                                  04-12-2006           1,565.31-  HOUSE BK REV - FD         Approved est changes
             HEAVENER                                  395655     03-01-2005 02-22-2005            41.78   KG1,8                   AP cost
             SHELLY                                    662305     08-01-2005 07-28-2005        12,389.86   KG 1                    AP cost
```

Apx. 00833

WB Homes003068

```
VILLAGE AT SALFORD MILL, L.P.                      HOUSE BOOK SUMMARY REPORT                              04-23-20         Page 3
Operator: Not Used
BUYER:    Nassef Justin Guirguis                                                              MODEL:     Cambridge Provincial
ADDRESS:  1108 KINGSLEY HALL DRIVE                                                            SETTLE DATE: 01-31-2006
          LANSDALE     , PA   19446                   Last Est Date

  Job Description                    G/L #      Invoice     Accounting  Transaction
                                                              Date         Date        Amount       Description            Transaction Type
  103-001 KINGSLEY: LOT #1 CIP        16701
_____
      50 LUMBER
              SHELLY                             663814     08-11-2005 08-09-2005      5,759.86     KG 1                    AP cost
              SHELLY                              84589     08-16-2005 08-12-2005         81.73     KG 1                    AP cost
              SHELLY                             665491     08-24-2005 08-22-2005        583.40     KG 1                    AP cost
              SHELLY                             665631     08-24-2005 08-22-2005         41.22     KG 1                    AP cost
              SHELLY                              84589     08-16-2005 08-12-2005         81.73-    (Rev)KG 1               AP cost
              SHELLY                              84589     08-16-2005 08-12-2005         81.38     KG 1                    AP cost
              SHELLY                             665491     08-24-2005 08-22-2005        583.40-    (Rev)KG 1               AP cost
              SHELLY                             665491     08-24-2005 08-22-2005        574.04     KG 1                    AP cost
              SHELLY                             669319     09-27-2005 09-22-2005         40.59     KG 1,10                 AP cost
              SHELLY                             674687     11-14-2005 11-04-2005        266.23     KG 1                    AP cost
              SHELLY                             676792     11-30-2005 11-21-2005        144.70     KG 1                    AP cost
              SHELLY                             664815     08-22-2006 08-12-2005        262.88     KG 1                    AP cost
              SHELLY                             664815     12-13-2006 08-12-2005        262.88-    (Rev)KG 1               AP cost
              SHELLY                             664815     01-29-2007 08-12-2005        262.88     KG 1                    AP cost

                      JTD Budget   JTD Cost Paid   Budget Remaining    Over/Under
  Cost Code Total:    19,339.66      19,602.54         262.88-           262.88
_____
      51 ROOF TRUSSES
                                                            11-08-2004                     1.00     Original estimate       Original estimate
                                                            07-08-2005                     1.00-    REVISED ESTIMATE        Original estimate
                                                            07-08-2005                  6,277.79    REVISED - STEVE CAVA    Original estimate
              SHELLY                              69906     08-15-2005 08-10-2005       6,277.79    KG 1                    AP cost

                      JTD Budget   JTD Cost Paid   Budget Remaining    Over/Under
  Cost Code Total:     6,277.79       6,277.79
_____
      52 DECKS - LABOR & MATERIAL
                                                            11-08-2004                     1.00     Original estimate       Original estimate
                                                            12-28-2005                     1.00-    BUDGET REVIEW - BRUCE BALD Original estimate
              SHELLY                             674687     11-09-2005 11-04-2005        266.23     KG 1                    AP cost
              SHELLY                             674687     11-14-2005 11-04-2005        266.23-    (Rev)KG 1               AP cost

                      JTD Budget   JTD Cost Paid   Budget Remaining    Over/Under
  Cost Code Total:
_____
      60 CONCRETE: GARAGE/PORCH
                                                            11-08-2004                     1.00     Original estimate       Original estimate
                                                            07-08-2005                     1.00-    REVISED ESTIMATE        Original estimate
                                                            07-08-2005                  1,496.95    UPDATED - STEVE CAVA    Original estimate
              NORTHCON                             5328     08-30-2005 08-29-2005       1,496.95    KG 1                    AP cost

                      JTD Budget   JTD Cost Paid   Budget Remaining    Over/Under
  Cost Code Total:     1,496.95       1,496.95
_____
      61 CONCRETE: BASEMENT/CRAWL
                                                            11-08-2004                     1.00     Original estimate       Original estimate
                                                            07-08-2005                     1.00-    REVISED ESTIMATE        Original estimate
                                                            07-08-2005                  3,405.60    UPDATED - STEVE CAVA    Original estimate
              NORTHCON                             5328     08-30-2005 08-29-2005       3,405.60    KG 1                    AP cost

                      JTD Budget   JTD Cost Paid   Budget Remaining    Over/Under
  Cost Code Total:     3,405.60       3,405.60
```

```
VILLAGE AT SALFORD MILL, L.P.                          HOUSE BOOK SUMMARY REPORT                              04-23-20         Page 4
Operator: Not Used
BUYER:   Nassef Justin Guirguis                                                                    MODEL:       Cambridge Provincial
ADDRESS: 1108 KINGSLEY HALL DRIVE                                                                  SETTLE DATE: 01-31-2006
         LANSDALE      , PA   19446                        Last Est Date

   Job Description               G/L #         Invoice     Accounting Transaction
                                                           Date       Date       Amount       Description              Transaction Type
 103-001 KINGSLEY: LOT #1 CIP    16701
_____
    62 CONCRETE: PRIVATE WALKS
                                                           11-08-2004          1.00       Original estimate         Original estimate
                                                           07-08-2005          1.00-      REVISED ESTIMATE          Original estimate
                                                           07-08-2005        952.25       UPDATED - STEVE CAVA      Original estimate
           NORTHCON                             5750       11-01-2005 10-31-2005 952.25   KG 1                      AP cost

                      JTD Budget   JTD Cost Paid  Budget Remaining     Over/Under
  Cost Code Total:        952.25         952.25
_____
    65 CONCRETE: STONE GARAGE
                                                           11-08-2004          1.00       Original estimate         Original estimate
                                                           07-08-2005        250.00       ADDED - STEVE CAVA        Original estimate
                                                           12-28-2005          1.00-      BUDGET REVIEW - BRUCE BALD Original estimate
           TT                                   1188       08-05-2005 08-02-2005 250.00   KG 1                      AP cost

                      JTD Budget   JTD Cost Paid  Budget Remaining     Over/Under
  Cost Code Total:        250.00         250.00
_____
    82 ROUGH CARPENTRY
                                                           11-08-2004          1.00       Original estimate         Original estimate
                                                           07-08-2005          1.00-      REVISED ESTIMATE          Original estimate
                                                           07-08-2005     14,893.00       REVISED - STEVE CAVA      Original estimate
                                                           12-28-2005        803.00       BUDGET REVIEW - BRUCE BALD Original estimate
           LONGSTREET                         0803054      08-05-2005 08-03-2005 7,000.00 KG 1                      AP cost
           LONGSTREET                          081905      08-23-2005 08-19-2005 7,893.00 KG 1                      AP cost
           LONGSTREET                            100       11-04-2005 11-02-2005   525.00 KG 1                      AP cost
           LONGSTREET                            100       11-28-2005 11-02-2005   525.00- (Rev)KG 1                AP cost
           LONGSTREET                            101       11-30-2005 11-17-2005 1,453.00 KG 1                      AP cost
           LONGSTREET                            107       11-30-2005 11-18-2005   250.00 KG 1                      AP cost
           LONGSTREET                            101       12-07-2005 11-17-2005 1,453.00- (Rev)KG 1                AP cost
           LONGSTREET                            101       12-07-2005 11-17-2005   553.00 KG 1                      AP cost

                      JTD Budget   JTD Cost Paid  Budget Remaining     Over/Under
  Cost Code Total:     15,696.00      15,696.00
_____
    83 FINISH CARPENTRY
                                                           11-08-2004          1.00       Original estimate         Original estimate
                                                           09-26-2005          1.00-      REVISED ESTIMATE          Original estimate
                                                           09-26-2005      4,106.00       UPDATED - STEVE CAVA      Original estimate
           OLV                                  1161       11-09-2005 11-07-2005 4,106.00 KG 1                      AP cost

                      JTD Budget   JTD Cost Paid  Budget Remaining     Over/Under
  Cost Code Total:      4,106.00       4,106.00
_____
    84 FINISH: STAIR RAIL
                                                           11-08-2004          1.00       Original estimate         Original estimate
                                                           09-13-2005          1.00-      REVISED ESTIMATE          Original estimate
                                                           09-13-2005      3,536.00       UPDATED - STEVE CAVA      Original estimate
           STALEY                               1735       11-09-2005 11-04-2005 3,536.00 KG 1                      AP cost

                      JTD Budget   JTD Cost Paid  Budget Remaining     Over/Under
  Cost Code Total:      3,536.00       3,536.00
_____
    90 WINDOWS
                                                           11-08-2004          1.00       Original estimate         Original estimate
                                                           08-31-2005          1.00-      REVISED ESTIMATE          Original estimate
```

Apx. 00835

WB Homes003070

```
VILLAGE AT SALFORD MILL, L.P.                          HOUSE BOOK SUMMARY REPORT                              04-23-20        Page 5
Operator: Not Used
BUYER:    Nassef Justin Guirguis                                                                      MODEL:     Cambridge Provincial
ADDRESS:  1108 KINGSLEY HALL DRIVE                                                                    SETTLE DATE: 01-31-2006
          LANSDALE     , PA    19446                  Last Est Date

     Job Description                    G/L #         Invoice     Accounting Transaction
                                                                  Date       Date          Amount     Description              Transaction Type
     103-001 KINGSLEY: LOT #1 CIP       16701
   _____
          90 WINDOWS
                                                                             08-31-2005   11,524.17   UPDATED - STEVE CAVA     Original estimate
                                                                             02-08-2006        .25   BUDGET REVIEW             Original estimate
              SHELLY                                  84907       08-24-2005 08-22-2005   11,487.44   KG 1                     AP cost
              SHELLY                                  88531       12-08-2005 11-23-2005       36.98   KG 1                     AP cost

                            JTD Budget   JTD Cost Paid   Budget Remaining    Over/Under
          Cost Code Total:  11,524.42    11,524.42
   _____
          91 EXTERIOR DOORS
                                                                             11-08-2004        1.00   Original estimate        Original estimate
                                                                             07-08-2005        1.00-  REVISED ESTIMATE         Original estimate
                                                                             07-08-2005    1,193.56   UPDATED - STEVE CAVA     Original estimate
              SHELLY                                  665487      08-24-2005 08-22-2005    1,193.56   KG 1                     AP cost

                            JTD Budget   JTD Cost Paid   Budget Remaining    Over/Under
          Cost Code Total:   1,193.56     1,193.56
   _____
          92 EXTERIOR LOCKS
                                                                             11-08-2004        1.00   Original estimate        Original estimate
                                                                             07-08-2005      279.52   ADDED - STEVE CAVA       Original estimate
                                                                             08-31-2005       36.06   ADDED - STEVE CAVA       Original estimate
                                                                             12-28-2005        1.00-  BUDGET REVIEW - BRUCE BALD Original estimate
              SHELLY                                  677428      12-01-2005 11-28-2005      279.52   KG 1                     AP cost
              SHELLY                                  88531       12-08-2005 11-23-2005       36.06   KG 1                     AP cost

                            JTD Budget   JTD Cost Paid   Budget Remaining    Over/Under
          Cost Code Total:     315.58       315.58
   _____
          93 GARAGE DOORS
                                                                             11-08-2004        1.00   Original estimate        Original estimate
                                                                             09-13-2005        1.00-  REVISED ESTIMATE         Original estimate
                                                                             09-13-2005    1,185.00   UPDATED - STEVE CAVA     Original estimate
              SCUTTI                                  12267       10-19-2005 10-18-2005    1,185.00   KG 1                     AP cost

                            JTD Budget   JTD Cost Paid   Budget Remaining    Over/Under
          Cost Code Total:   1,185.00     1,185.00
   _____
          94 EXTERIOR MILLWORK
                                                                             11-08-2004        1.00   Original estimate        Original estimate
                                                                             12-28-2005        1.00-  BUDGET REVIEW - BRUCE BALD Original estimate

                            JTD Budget   JTD Cost Paid   Budget Remaining    Over/Under
          Cost Code Total:
   _____
          96 SCREENS & GRILLS
                                                                             11-08-2004        1.00   Original estimate        Original estimate
                                                                             08-31-2005        1.00-  REVISED ESTIMATE         Original estimate
                                                                             08-31-2005    2,131.42   UPDATED - STEVE CAVA     Original estimate
              SHELLY                                  88531       11-28-2005 11-23-2005    2,204.46   KG 1                     AP cost
              SHELLY                                  88531       12-08-2005 11-23-2005    2,204.46-  (Rev)KG 1                AP cost
              SHELLY                                  88531       12-08-2005 11-23-2005    2,131.42   KG 1                     AP cost

                            JTD Budget   JTD Cost Paid   Budget Remaining    Over/Under
          Cost Code Total:   2,131.42     2,131.42
```

Apx. 00836

WB Homes003071

```
VILLAGE AT SALFORD MILL, L.P.                          HOUSE BOOK SUMMARY REPORT                             04-23-20        Page 6
Operator: Not Used
BUYER:    Nassef Justin Guirguis                                                                   MODEL:        Cambridge Provincial
ADDRESS:  1108 KINGSLEY HALL DRIVE                                                                 SETTLE DATE:  01-31-2006
          LANSDALE       , PA   19446                     Last Est Date

    Job Description                   G/L #           Invoice      Accounting  Transaction
                                                                   Date        Date          Amount       Description              Transaction Type
103-001 KINGSLEY: LOT #1 CIP          16701
_____
       100 MAIN & BASEMENT STAIRS
                                                                   11-08-2004                  1.00       Original estimate        Original estimate
                                                                   07-08-2005                  1.00-      REVISED ESTIMATE         Original estimate
                                                                   07-08-2005                  2,210.63   REVISED - STEVE CAVA     Original estimate
            STAIRWORKS                                21545        09-07-2005 08-31-2005       2,210.63   KG 1                     AP cost

                         JTD Budget   JTD Cost Paid   Budget Remaining     Over/Under
       Cost Code Total:  2,210.63     2,210.63
_____
       101 MAIN RAIL
                                                                   11-08-2004                  1.00       Original estimate        Original estimate
                                                                   12-28-2005                  1.00-      BUDGET REVIEW - BRUCE BALD Original estimate

                         JTD Budget   JTD Cost Paid   Budget Remaining     Over/Under
       Cost Code Total:
_____
       110 ROOFING MATERIAL/INSTALL./SKY
                                                                   11-08-2004                  1.00       Original estimate        Original estimate
                                                                   07-08-2005                  1.00-      REVISED ESTIMATE         Original estimate
                                                                   07-08-2005                  4,715.00   REVISED - STEVE CAVA     Original estimate
                                                                   12-28-2005                  519.06     BUDGET REVIEW - BRUCE BALD Original estimate
            STAUFFER                                  22134        09-07-2005 09-01-2005       5,234.06   KG 1                     AP cost

                         JTD Budget   JTD Cost Paid   Budget Remaining     Over/Under
       Cost Code Total:  5,234.06     5,234.06
_____
       112 COPPER ROOF
                                                                   11-08-2004                  1.00       Original estimate        Original estimate
                                                                   12-28-2005                  1.00-      BUDGET REVIEW - BRUCE BALD Original estimate

                         JTD Budget   JTD Cost Paid   Budget Remaining     Over/Under
       Cost Code Total:
_____
       120 ROUGH PLUMBING
                                                                   11-08-2004                  1.00       Original estimate        Original estimate
                                                                   09-02-2005                  1.00-      REVISED ESTIMATE         Original estimate
                                                                   09-02-2005                  5,071.00   UPDATED - STEVE CAVA     Original estimate
            WORTH                                     K112         10-07-2005 10-06-2005       5,071.00   KG 1                     AP cost

                         JTD Budget   JTD Cost Paid   Budget Remaining     Over/Under
       Cost Code Total:  5,071.00     5,071.00
_____
       121 FINISH PLUMBING
                                                                   11-08-2004                  1.00       Original estimate        Original estimate
                                                                   09-02-2005                  1.00-      REVISED ESTIMATE         Original estimate
                                                                   09-02-2005                  3,380.00   UPDATED - STEVE CAVA     Original estimate
                                                                   02-08-2006                  1,000.00   BUDGET REVIEW            Original estimate
                                                                   04-12-2006                  1,000.00-  ADJ FOR CO               Original estimate
                                                                   04-12-2006                  1,000.00   HOUSE BK REV - FD        Approved est changes
            WORTH                                     K116         12-08-2005 12-06-2005       3,380.00   KG 1                     AP cost

                         JTD Budget   JTD Cost Paid   Budget Remaining     Over/Under
       Cost Code Total:  4,380.00     3,380.00       1,000.00          1,000.00-
```

Apx. 00837

WB Homes003072

```
VILLAGE AT SALFORD MILL, L.P.                            HOUSE BOOK SUMMARY REPORT                                   04-23-20         Page 7
Operator: Not Used
BUYER:    Nassef Justin Guirguis                                                                         MODEL:        Cambridge Provincial
ADDRESS:  1108 KINGSLEY HALL DRIVE                                                                       SETTLE DATE:  01-31-2006
          LANSDALE      , PA   19446                           Last Est Date

  Job Description                    G/L #         Invoice        Accounting  Transaction
                                                                  Date        Date            Amount       Description              Transaction Type
103-001 KINGSLEY: LOT #1 CIP         16701
_____
    122 PLUMBING - JETTED TUB
                                                                              11-08-2004           1.00   Original estimate         Original estimate
                                                                              07-08-2005           1.00-  REVISED ESTIMATE          Original estimate
                                                                              07-08-2005         345.00   REVISED - STEVE CAVA      Original estimate
          ATLCOAST                                 3916           08-15-2005  08-11-2005         345.00   KG 1                      AP cost

                    JTD Budget   JTD Cost Paid    Budget Remaining   Over/Under
Cost Code Total:       345.00         345.00
_____
    125 UNDERGROUND PLUMBING
                                                                              11-08-2004           1.00   Original estimate         Original estimate
                                                                              07-08-2005       2,250.00   ADDED - STEVE CAVA        Original estimate
                                                                              12-28-2005         380.00   BUDGET REVIEW - BRUCE BALD Original estimate
          TT                                       1184           08-05-2005  08-02-2005       3,899.25   KG 1                      AP cost
          TT                                       1184           08-05-2005  08-02-2005       3,899.25-  (Rev)KG 1                 AP cost
          TT                                       1184           08-05-2005  08-02-2005       2,631.00   KG 1                      AP cost

                    JTD Budget   JTD Cost Paid    Budget Remaining   Over/Under
Cost Code Total:     2,631.00       2,631.00
_____
    131 HVAC
                                                                              11-08-2004           1.00   Original estimate         Original estimate
                                                                              09-06-2005           1.00-  REVISED ESTIMATE          Original estimate
                                                                              09-06-2005       7,225.00   UPDATED - STEVE CAVA      Original estimate
          CCHEAT                                   4087           10-25-2005  10-24-2005       7,225.00   KG 1                      AP cost

                    JTD Budget   JTD Cost Paid    Budget Remaining   Over/Under
Cost Code Total:     7,225.00       7,225.00
_____
    140 SERVICE/ROUGH ELECTRIC
                                                                              11-08-2004           1.00   Original estimate         Original estimate
                                                                              09-15-2005           1.00-  REVISED ESTIMATE          Original estimate
                                                                              09-15-2005       5,117.00   UPDATED - STEVE CAVA      Original estimate
                                                                              11-23-2005          75.00   ADDED - STEVE CAVA        Original estimate
          INFRA                                    021605         02-16-2005  02-16-2005          75.00   KG 1-13                   AP cost
          CURLEY                                   25860          09-27-2005  09-27-2005       2,564.00   KG 1                      AP cost
          CURLEY                                   26014          11-16-2005  11-15-2005       2,553.00   KG 1                      AP cost
          CURLEY                                   26154          01-12-2006  01-06-2006         832.00   KG 1                      AP cost
                                                                  03-06-2006  03-06-2006         832.00-  Curley Inv 26154          JC cost

                    JTD Budget   JTD Cost Paid    Budget Remaining   Over/Under
Cost Code Total:     5,192.00       5,192.00
_____
    141 FINISH ELECTRIC
                                                                              11-08-2004           1.00   Original estimate         Original estimate
                                                                              09-15-2005           1.00-  REVISED ESTIMATE          Original estimate
                                                                              09-15-2005       2,484.00   UPDATED - STEVE CAVA      Original estimate
                                                                              11-10-2005       2,137.57   STEVE CAVA - ADDED        Original estimate
                                                                              12-28-2005       2,137.57-  BUDGET REVIEW - BRUCE BALD Original estimate
                                                                              02-08-2006         832.00   BUDGET REVIEW             Original estimate
                                                                              04-12-2006         832.00-  ADJ FOR CO                Original estimate
                                                                              04-12-2006         832.00   HOUSE BK REV - FD         Approved est changes
          CURLEY                                   25861          09-27-2005  09-27-2005       1,103.00   KG 1                      AP cost
          CURLEY                                   26013          11-16-2005  11-15-2005       1,381.00   KG 1                      AP cost
          KAY                                      1095483000101  12-16-2005  12-13-2005       1,637.59   KG 1                      AP cost
                                                                  03-06-2006  03-06-2006         832.00   Curley inv 26154          JC cost
```

Apx. 00838

WB Homes003073

```
VILLAGE AT SALFORD MILL, L.P.                     HOUSE BOOK SUMMARY REPORT                                       04-23-20        Page 8
Operator: Not Used
BUYER:    Nassef Justin Guirguis                                                                      MODEL:      Cambridge Provincial
ADDRESS:  1108 KINGSLEY HALL DRIVE                                                                    SETTLE DATE: 01-31-2006
          LANSDALE       , PA   19446                     Last Est Date

   Job Description                     G/L #         Invoice        Accounting  Transaction
                                                                    Date        Date           Amount       Description              Transaction Type
 103-001 KINGSLEY: LOT #1 CIP          16701
_____
     141 FINISH ELECTRIC
                                                                    03-06-2006  03-06-2006      1,637.59-   Recd Kay inv 1095483000101 JC cost

                      JTD Budget   JTD Cost Paid   Budget Remaining     Over/Under
    Cost Code Total:    3,316.00        3,316.00
_____
     142 PRE-SETTLEMNT PROPANE/ELECTRIC
                                                                    11-08-2004                      1.00   Original estimate         Original estimate
                                                                    03-21-2005                      1.00-  REVISED ESTIMATE          Original estimate
                                                                    03-21-2005                    700.00   UPDATED - STEVE CAVA      Original estimate
                                                                    02-08-2006                    400.00   BUDGET REVIEW             Original estimate
                                                                    04-12-2006                    400.00-  ADJ FOR CO                Original estimate
                                                                    04-12-2006                    400.00   HOUSE BK REV - FD         Approved est changes
          PECO                                       1114053        11-16-2005  11-14-2005         72.24   400373356213/KG 1         AP cost
          PECO                                       12120520       12-13-2005  12-12-2005        310.26   4003373356213/KG 1        AP cost
          PECO                                       011706         01-23-2006  01-17-2006        442.65   400373356213/KG 1         AP cost
          NWWA                                       012306         01-30-2006  01-23-2006         44.40   KG 1                      AP cost
          PECO                                       021406         02-15-2006  02-14-2006        387.06   400373356213/KG 1         AP cost
          NWWA                                       030206         03-06-2006  03-02-2006          2.22   30529500/KG 1             AP cost

                      JTD Budget   JTD Cost Paid   Budget Remaining     Over/Under
    Cost Code Total:    1,100.00        1,258.83         158.83-           158.83
_____
     144 TRENCHING & SCREEN
                                                                    11-08-2004                      1.00   Original estimate         Original estimate
                                                                    07-08-2005                    650.00   ADDED - STEVE CAVA        Original estimate
                                                                    12-28-2005                    120.52   BUDGET REVIEW - BRUCE BALD Original estimate
          TT                                         1267           10-17-2005  10-14-2005        771.52   KG 1                      AP cost

                      JTD Budget   JTD Cost Paid   Budget Remaining     Over/Under
    Cost Code Total:      771.52          771.52
_____
     145 TELE & CABLE PREWIRE
                                                                    11-08-2004                      1.00   Original estimate         Original estimate
                                                                    09-15-2005                      1.00-  REVISED ESTIMATE          Original estimate
                                                                    09-15-2005                     54.00   UPDATED - STEVE CAVA      Original estimate
                                                                    02-08-2006                     54.00-  BUDGET REVIEW             Original estimate
                                                                    04-12-2006                     54.00   ADJ FOR CO                Original estimate
                                                                    04-12-2006                     54.00-  HOUSE BK REV - FD         Approved est changes

                      JTD Budget   JTD Cost Paid   Budget Remaining     Over/Under
    Cost Code Total:
_____
     146 ELEC. FIXTURES
                                                                    11-08-2004                      1.00   Original estimate         Original estimate
                                                                    12-28-2005                    699.00   BUDGET REVIEW - BRUCE BALD Original estimate
                                                                    02-08-2006                  1,017.81   BUDGET REVIEW             Original estimate
                                                                    04-12-2006                  1,017.81-  ADJ FOR CO                Original estimate
                                                                    04-12-2006                  1,017.81   HOUSE BK REV - FD         Approved est changes
          KAY                                       1098156000101   02-06-2006  02-01-2006         80.22   KG 1                      AP cost
                                                                    03-06-2006  03-06-2006      1,637.59   Recd Kay inv 1095483000101 JC cost

                      JTD Budget   JTD Cost Paid   Budget Remaining     Over/Under
    Cost Code Total:    1,717.81        1,717.81
```

Apx. 00839

WB Homes003074

```
                                    Case 2:21-cv-03977-MAK   Document 19-21   Filed 01/25/22   Page 10 of 18
```

```
VILLAGE AT SALFORD MILL, L.P.                          HOUSE BOOK SUMMARY REPORT                                              04-23-20         Page 9
Operator: Not Used
BUYER:    Nassef Justin Guirguis                                                                          MODEL:     Cambridge Provincial
ADDRESS:  1108 KINGSLEY HALL DRIVE                                                                        SETTLE DATE: 01-31-2006
          LANSDALE      , PA   19446                   Last Est Date

   Job Description                  G/L #           Invoice        Accounting Transaction
                                                                   Date       Date         Amount        Description           Transaction Type
 103-001 KINGSLEY: LOT #1 CIP       16701
_____
      147 SECURITY/CENTRAL VAC
                                                                   11-08-2004              1.00          Original estimate     Original estimate
                                                                   12-28-2005              1.00-         BUDGET REVIEW - BRUCE BALD Original estimate

                           JTD Budget   JTD Cost Paid   Budget Remaining   Over/Under
      Cost Code Total:
_____
      148 ELECTRIC GARAGE DOOR OPENER
                                                                   11-08-2004              1.00          Original estimate     Original estimate
                                                                   12-28-2005              1.00-         BUDGET REVIEW - BRUCE BALD Original estimate

                           JTD Budget   JTD Cost Paid   Budget Remaining   Over/Under
      Cost Code Total:
_____
      151 INSULATION
                                                                   11-08-2004              1.00          Original estimate     Original estimate
                                                                   09-26-2005              1.00-         REVISED ESTIMATE       Original estimate
                                                                   09-26-2005              3,515.88      UPDATED - STEVE CAVA   Original estimate
           SYNERGY                                   4118BT        10-07-2005 10-06-2005   3,140.88      KG 1                   AP cost
           SYNERGY                                   4118BL        11-09-2005 11-07-2005   375.00        KG 1                   AP cost

                           JTD Budget   JTD Cost Paid   Budget Remaining   Over/Under
      Cost Code Total:     3,515.88     3,515.88
_____
      152 KEYSTONE ENERGY TECH
                                                                   11-08-2004              1.00          Original estimate     Original estimate
                                                                   03-21-2005              1.00-         REVISED ESTIMATE       Original estimate
                                                                   03-21-2005              825.00        UPDATED - STEVE CAVA   Original estimate
                                                                   12-28-2005              170.68-       BUDGET REVIEW - BRUCE BALD Original estimate
           KEYSTONE                                  25508024      10-12-2005 10-11-2005   654.32        KG 1                   AP cost

                           JTD Budget   JTD Cost Paid   Budget Remaining   Over/Under
      Cost Code Total:     654.32       654.32
_____
      160 FIREPLACE/HTR FLUE
                                                                   11-08-2004              1.00          Original estimate     Original estimate
                                                                   09-13-2005              1.00-         REVISED ESTIMATE       Original estimate
                                                                   09-13-2005              853.00        UPDATED - STEVE CAVA   Original estimate
           FIRESIDE                                  5281288       10-19-2005 10-18-2005   853.00        KG 1                   AP cost

                           JTD Budget   JTD Cost Paid   Budget Remaining   Over/Under
      Cost Code Total:     853.00       853.00
_____
      161 FIREPLACE FACING
                                                                   11-08-2004              1.00          Original estimate     Original estimate
                                                                   09-13-2005              1.00-         REVISED ESTIMATE       Original estimate
                                                                   09-13-2005              1,043.00      UPDATED - STEVE CAVA   Original estimate
           FIRESIDE                                  5281288       10-19-2005 10-18-2005   22.00         KG 1                   AP cost
           FIRESIDE                                  5283012       10-21-2005 10-19-2005   1,021.00      KG 1                   AP cost

                           JTD Budget   JTD Cost Paid   Budget Remaining   Over/Under
      Cost Code Total:     1,043.00     1,043.00
_____
      162 F/P CONCRETE HEARTH
                                                                   11-08-2004              1.00          Original estimate     Original estimate
                                                                   12-28-2005              1.00-         BUDGET REVIEW - BRUCE BALD Original estimate
```

Apx. 00840

WB Homes003075

```
VILLAGE AT SALFORD MILL, L.P.                        HOUSE BOOK SUMMARY REPORT                          04-23-20        Page 10
Operator: Not Used
BUYER:    Nassef Justin Guirguis                                                                   MODEL:       Cambridge Provincial
ADDRESS:  1108 KINGSLEY HALL DRIVE                                                                 SETTLE DATE: 01-31-2006
          LANSDALE      , PA   19446                          Last Est Date

    Job Description                    G/L #          Invoice       Accounting  Transaction
                                                                    Date        Date        Amount        Description              Transaction Type
  103-001 KINGSLEY: LOT #1 CIP         16701

                          JTD Budget   JTD Cost Paid  Budget Remaining    Over/Under
       Cost Code Total:
_____
        170 STONE FACADE
                                                                    11-08-2004          1.00   Original estimate        Original estimate
                                                                    12-28-2005          1.00-  BUDGET REVIEW - BRUCE BALD Original estimate

                          JTD Budget   JTD Cost Paid  Budget Remaining    Over/Under
       Cost Code Total:
_____
        171 BRICK FACADE
                                                                    11-08-2004          1.00   Original estimate        Original estimate
                                                                    12-28-2005          1.00-  BUDGET REVIEW - BRUCE BALD Original estimate

                          JTD Budget   JTD Cost Paid  Budget Remaining    Over/Under
       Cost Code Total:
_____
        172 BRICK PORCH
                                                                    11-08-2004          1.00   Original estimate        Original estimate
                                                                    12-28-2005          1.00-  BUDGET REVIEW - BRUCE BALD Original estimate

                          JTD Budget   JTD Cost Paid  Budget Remaining    Over/Under
       Cost Code Total:
_____
        173 STUCCO
                                                                    11-08-2004          1.00   Original estimate        Original estimate
                                                                    09-13-2005          1.00-  REVISED ESTIMATE         Original estimate
                                                                    09-13-2005      19,427.50  UPDATED - STEVE CAVA     Original estimate
            LYNCH                               306    10-21-2005   10-21-2005      19,427.50  KG 1                     AP cost

                          JTD Budget   JTD Cost Paid  Budget Remaining    Over/Under
       Cost Code Total:   19,427.50    19,427.50
_____
        174 SIDING/FASCIA/SOFFIT
                                                                    11-08-2004          1.00   Original estimate        Original estimate
                                                                    09-13-2005          1.00-  REVISED ESTIMATE         Original estimate
                                                                    09-13-2005       1,647.95  UPDATED - STEVE CAVA     Original estimate
            STAUFFER                          22218    09-20-2005   09-19-2005       1,647.95  KG 1                     AP cost

                          JTD Budget   JTD Cost Paid  Budget Remaining    Over/Under
       Cost Code Total:    1,647.95     1,647.95
_____
        175 GUTTERS & DOWNS
                                                                    11-08-2004          1.00   Original estimate        Original estimate
                                                                    09-26-2005          1.00-  REVISED ESTIMATE         Original estimate
                                                                    09-26-2005         853.10  UPDATED - STEVE CAVA     Original estimate
            STAUFFER                          22399    11-04-2005   11-03-2005         853.10  KG 1                     AP cost

                          JTD Budget   JTD Cost Paid  Budget Remaining    Over/Under
       Cost Code Total:      853.10       853.10
_____
        176 SHUTTERS
                                                                    11-08-2004          1.00   Original estimate        Original estimate
                                                                    09-13-2005          1.00-  REVISED ESTIMATE         Original estimate

                          JTD Budget   JTD Cost Paid  Budget Remaining    Over/Under
```

Apx. 00841

WB Homes003076

```
VILLAGE AT SALFORD MILL, L.P.                      HOUSE BOOK SUMMARY REPORT                              04-23-20        Page 11
Operator: Not Used
BUYER:    Nassef Justin Guirguis                                                              MODEL:       Cambridge Provincial
ADDRESS:  1108 KINGSLEY HALL DRIVE                                                            SETTLE DATE: 01-31-2006
          LANSDALE       , PA   19446                    Last Est Date

   Job Description                G/L #         Invoice      Accounting  Transaction
                                                                Date        Date        Amount        Description          Transaction Type
  103-001 KINGSLEY: LOT #1 CIP    16701




        Cost Code Total:
_____
    177 PARAPET COPING
                                                                         11-08-2004          1.00     Original estimate    Original estimate
                                                                         12-28-2005          1.00-    BUDGET REVIEW - BRUCE BALD Original estimate

                             JTD Budget    JTD Cost Paid    Budget Remaining    Over/Under
        Cost Code Total:
_____
    180 DRYWALL
                                                                         11-08-2004          1.00     Original estimate    Original estimate
                                                                         09-26-2005          1.00-    REVISED ESTIMATE     Original estimate
                                                                         09-26-2005     10,430.00     UPDATED - STEVE CAVA Original estimate
                                                                         10-17-2005     10,430.00-    REVISED ESTIMATE     Original estimate
                                                                         10-17-2005     10,490.00     UPDATED - STEVE CAVA Original estimate
            MCELDERRY                           19282        10-14-2005 10-12-2005       10,490.00     KG 1                 AP cost

                             JTD Budget    JTD Cost Paid    Budget Remaining    Over/Under
        Cost Code Total:    10,490.00      10,490.00
_____
    190 INTERIOR MILLWORK
                                                                         11-08-2004          1.00     Original estimate    Original estimate
                                                                         09-13-2005          1.00-    REVISED ESTIMATE     Original estimate
                                                                         09-13-2005      6,148.00     UPDATED - STEVE CAVA Original estimate
                                                                         12-28-2005         39.75-    BUDGET REVIEW - BRUCE BALD Original estimate
            DOYLESTOWN                      051014122361    11-07-2005 11-03-2005         5,394.82     KG 1                 AP cost
            DOYLESTOWN                       51114122877    12-08-2005 12-02-2005           644.53     KG 1                 AP cost
            DOYLESTOWN                       51114122909    12-08-2005 12-02-2005            68.90     KG 1                 AP cost

                             JTD Budget    JTD Cost Paid    Budget Remaining    Over/Under
        Cost Code Total:     6,108.25       6,108.25
_____
    191 VINYL SHEVLING
                                                                         11-08-2004          1.00     Original estimate    Original estimate
                                                                         09-26-2005          1.00-    REVISED ESTIMATE     Original estimate
                                                                         09-26-2005        480.00     UPDATED - STEVE CAVA Original estimate
            MAAX                               649096        11-28-2005 11-23-2005          480.00     KG 1                 AP cost

                             JTD Budget    JTD Cost Paid    Budget Remaining    Over/Under
        Cost Code Total:       480.00         480.00
_____
    192 MISC HARDWARE
                                                                         11-08-2004          1.00     Original estimate    Original estimate
                                                                         03-21-2005          1.00-    REVISED ESTIMATE     Original estimate
                                                                         03-21-2005        350.00     UPDATED - STEVE CAVA Original estimate
                                                                         02-08-2006         50.00     BUDGET REVIEW        Original estimate
                                                                         04-12-2006         50.00-    ADJ FOR CO           Original estimate
                                                                         04-12-2006         50.00     HOUSE BK REV - FD    Approved est changes
            PROTECTIVE                        8051132        08-29-2005 08-25-2005           31.66     KG 1,2,3             AP cost
            PROTECTIVE                        9050554        09-20-2005 09-19-2005           51.22     KG 1,2               AP cost
            FISHERS                              268         11-04-2005 11-02-2005          129.39     KG 1                 AP cost
            LOWES                             904968         12-19-2005 12-09-2005           42.13     KG 1                 AP cost
            FISHERS                              399         01-09-2006 01-04-2006           29.63     KG 1                 AP cost
```

Apx. 00842

WB Homes003077

Operator: Not Used
BUYER:    Nassef Justin Guirguis                                                                                       MODEL:         Cambridge Provincial
ADDRESS:  1108 KINGSLEY HALL DRIVE                                                                                     SETTLE DATE: 01-31-2006
          LANSDALE       , PA   19446                              Last Est Date

| Job Description | G/L # | Invoice | Accounting Date | Transaction Date | Amount | Description | Transaction Type |
|---|---|---|---|---|---|---|---|
| 103-001 KINGSLEY: LOT #1 CIP | 16701 | | | | | | |
| 192 MISC HARDWARE | | | | | | | |
| FISHERS | | 510 | 02-08-2006 | 02-03-2006 | 18.07 | KG 1 | AP cost |
| | | | 12-09-2005 | 12-09-2005 | 68.85 | Nov HD Chrgs | JC cost |
| | | | 03-16-2006 | 03-16-2006 | 61.05 | Feb HD Chrgs | JC cost |
| | | | 03-16-2006 | 03-16-2006 | 50.34 | Feb HD Chrgs | JC cost |
| | | | 04-24-2006 | 04-24-2006 | 55.58 | March HD Chrgs | JC cost |
| | | | 04-24-2006 | 04-24-2006 | 106.28 | March HD Chrgs | JC cost |
| | | | 06-30-2007 | 06-26-2007 | 78.29 | MAY HD CHGS - KG | JC cost |
| | | | 06-30-2007 | 06-26-2007 | 62.14 | MAY HD CHGS - KG | JC cost |

|  | JTD Budget | JTD Cost Paid | Budget Remaining | Over/Under |
|---|---|---|---|---|
| Cost Code Total: | 400.00 | 784.63 | 384.63- | 384.63 |

| 200 KITCHEN CABINET/VANITY | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | 11-08-2004 | 1.00 | Original estimate | Original estimate |
| | | | | 09-26-2005 | 1.00- | REVISED ESTIMATE | Original estimate |
| | | | | 09-26-2005 | 6,094.26 | UPDATED - STEVE CAVA | Original estimate |
| | | | | 09-28-2005 | 6,094.26- | REVISED ESTIMATE | Original estimate |
| | | | | 09-28-2005 | 8,128.74 | UPDATED - STEVE CAVA | Original estimate |
| | | | | 10-05-2005 | 8,128.74- | REVISED ESTIMATE | Original estimate |
| | | | | 10-05-2005 | 8,272.13 | UPDATED - STEVE CAVA | Original estimate |
| | | | | 12-28-2005 | 36.45 | BUDGET REVIEW - BRUCE BALD | Original estimate |
| CENTRY | | 131105 | 11-01-2005 | 10-31-2005 | 8,272.20 | KG 1 | AP cost |
| CENTRY | | 131876 | 11-16-2005 | 11-16-2005 | 36.38 | KG 1 | AP cost |
| CENTRY | | 132468 | 12-06-2005 | 12-01-2005 | 357.75 | KG 1 | AP cost |
| OLV | | 132468 | 12-13-2005 | 12-01-2005 | 357.75- | KG - CK CHG FR. CENTURY | AP cost |

|  | JTD Budget | JTD Cost Paid | Budget Remaining | Over/Under |
|---|---|---|---|---|
| Cost Code Total: | 8,308.58 | 8,308.58 | | |

| 202 TOPS | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | 11-08-2004 | 1.00 | Original estimate | Original estimate |
| | | | | 12-09-2005 | 1.00- | REVISED ESTIMATE | Original estimate |
| | | | | 12-09-2005 | 3,105.00 | UPDATED - STEVE CAVA | Original estimate |
| | | | | 02-08-2006 | 5,617.00 | BUDGET REVIEW | Original estimate |
| | | | | 04-12-2006 | 5,617.00- | ADJ FOR CO | Original estimate |
| | | | | 04-12-2006 | 5,617.00 | HOUSE BK REV - FD | Approved est changes |
| MACLAREN | | 4031 | 11-30-2005 | 11-17-2005 | 3,105.00 | KG 1 | AP cost |
| MACLAREN | | 4839 | 02-06-2006 | 01-31-2006 | 5,617.00 | KG 1 | AP cost |

|  | JTD Budget | JTD Cost Paid | Budget Remaining | Over/Under |
|---|---|---|---|---|
| Cost Code Total: | 8,722.00 | 8,722.00 | | |

| 203 BATHROOM HARDWARE | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | 11-08-2004 | 1.00 | Original estimate | Original estimate |
| | | | | 09-26-2005 | 1.00- | REVISED ESTIMATE | Original estimate |
| | | | | 09-26-2005 | 586.81 | UPDATED - STEVE CAVA | Original estimate |
| MAAX | | 649096 | 11-28-2005 | 11-23-2005 | 586.81 | KG 1 | AP cost |

|  | JTD Budget | JTD Cost Paid | Budget Remaining | Over/Under |
|---|---|---|---|---|
| Cost Code Total: | 586.81 | 586.81 | | |

| 210 PAINTING | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | 11-08-2004 | 1.00 | Original estimate | Original estimate |
| | | | | 09-26-2005 | 1.00- | REVISED ESTIMATE | Original estimate |
| | | | | 09-26-2005 | 8,154.00 | UPDATED - STEVE CAVA | Original estimate |

Apx. 00843

WB Homes003078

```
BUYER:    Nassef Justin Guirguis                                                                                   MODEL:      Cambridge Provincial
ADDRESS:  1108 KINGSLEY HALL DRIVE                                                                                 SETTLE DATE: 01-31-2006
          LANSDALE        , PA   19446                           Last Est Date
```

| Job Description | G/L # | Invoice | Accounting Date | Transaction Date | Amount | Description | Transaction Type |
|---|---|---|---|---|---|---|---|
| 103-001 KINGSLEY: LOT #1 CIP | 16701 | | | | | | |
| 210 PAINTING | | | | | | | |
| ETPAINT | | 6952 | 11-04-2005 | 11-02-2005 | 4,077.00 | KG 1 | AP cost |
| ETPAINT | | 6960 | 12-08-2005 | 12-02-2005 | 4,077.00 | KG 1 | AP cost |
| | JTD Budget | JTD Cost Paid | Budget Remaining | Over/Under | | | |
| Cost Code Total: | 8,154.00 | 8,154.00 | | | | | |
| 212 STAIRWAY STAIN | | | | | | | |
| | | | | 11-08-2004 | 1.00 | Original estimate | Original estimate |
| | | | | 12-28-2005 | 1.00- | BUDGET REVIEW - BRUCE BALD | Original estimate |
| | JTD Budget | JTD Cost Paid | Budget Remaining | Over/Under | | | |
| Cost Code Total: | | | | | | | |
| 220 CERAMIC TILE | | | | | | | |
| | | | | 11-08-2004 | 1.00 | Original estimate | Original estimate |
| | | | | 09-26-2005 | 1.00- | REVISED ESTIMATE | Original estimate |
| | | | | 09-26-2005 | 3,235.00 | UPDATED - STEVE CAVA | Original estimate |
| GEGECKAS | | KG 1 | 11-09-2005 | 11-04-2005 | 3,235.00 | KG 1 | AP cost |
| | JTD Budget | JTD Cost Paid | Budget Remaining | Over/Under | | | |
| Cost Code Total: | 3,235.00 | 3,235.00 | | | | | |
| 230 APPLIANCES | | | | | | | |
| | | | | 11-08-2004 | 1.00 | Original estimate | Original estimate |
| | | | | 09-26-2005 | 1.00- | REVISED ESTIMATE | Original estimate |
| | | | | 09-26-2005 | 1,888.92 | UPDATED - STEVE CAVA | Original estimate |
| | | | | 12-28-2005 | 531.06 | BUDGET REVIEW - BRUCE BALD | Original estimate |
| GENELEC | | 12586980 | 09-26-2005 | 09-23-2005 | 1,888.92 | KG 1 | AP cost |
| GENELEC | | 12607422 | 10-04-2005 | 10-03-2005 | 1,888.92- | KG 1 | AP cost |
| GENELEC | | 12614456 | 10-04-2005 | 10-03-2005 | 120.00 | KG 1 | AP cost |
| GENELEC | | 12614456 | 10-12-2005 | 10-03-2005 | 120.00- | (Rev)KG 1 | AP cost |
| GENELEC | | 12713769 | 11-09-2005 | 11-07-2005 | 2,419.98 | KG 1 | AP cost |
| GENELEC | | 12761996 | 12-01-2005 | 11-28-2005 | 306.34 | KG 1 | AP cost |
| GENELEC | | 12795902 | 12-12-2005 | 12-08-2005 | 306.34- | KG 1 | AP cost |
| | JTD Budget | JTD Cost Paid | Budget Remaining | Over/Under | | | |
| Cost Code Total: | 2,419.98 | 2,419.98 | | | | | |
| 250 FLOOR UNDERLAYMENT | | | | | | | |
| | | | | 11-08-2004 | 1.00 | Original estimate | Original estimate |
| | | | | 09-26-2005 | 1.00- | REVISED ESTIMATE | Original estimate |
| | | | | 09-26-2005 | 520.00 | UPDATED - STEVE CAVA | Original estimate |
| | | | | 02-08-2006 | 460.75- | BUDGET REVIEW | Original estimate |
| | | | | 04-12-2006 | 460.75 | ADJ FOR CO | Original estimate |
| | | | | 04-12-2006 | 460.75- | HOUSE BK REV - FD | Approved est changes |
| ROYLOMAS | | 100055 | 12-01-2005 | 11-28-2005 | 520.00 | KG 1 | AP cost |
| ROYLOMAS | | 100055 | 12-01-2005 | 11-28-2005 | 520.00- | (Rev)KG 1 | AP cost |
| ROYLOMAS | | 100055 | 12-01-2005 | 11-28-2005 | 59.25 | KG 1 | AP cost |
| ROYLOMAS | | 100055 | 12-13-2005 | 11-28-2005 | 59.25- | (Rev)KG 1 | AP cost |
| ROYLOMAS | | 100055 | 12-13-2005 | 11-28-2005 | 59.25 | KG 1 | AP cost |
| | JTD Budget | JTD Cost Paid | Budget Remaining | Over/Under | | | |
| Cost Code Total: | 59.25 | 59.25 | | | | | |

Apx. 00844

WB Homes003079

```
VILLAGE AT SALFORD MILL, L.P.                    HOUSE BOOK SUMMARY REPORT                                04-23-20         Page 14
Operator: Not Used
BUYER:    Nassef Justin Guirguis                                                               MODEL:     Cambridge Provincial
ADDRESS:  1108 KINGSLEY HALL DRIVE                                                             SETTLE DATE: 01-31-2006
          LANSDALE     , PA   19446                            Last Est Date

  Job Description                    G/L #         Invoice      Accounting Transaction
                                                                Date       Date          Amount       Description            Transaction Type
103-001 KINGSLEY: LOT #1 CIP         16701
_____
    251 HARDWOOD FLOORING
                                                                11-08-2004           1.00       Original estimate        Original estimate
                                                                09-26-2005           1.00-      REVISED ESTIMATE         Original estimate
                                                                09-26-2005       4,917.00       UPDATED - STEVE CAVA     Original estimate
                                                                02-08-2006         460.75-      BUDGET REVIEW            Original estimate
                                                                04-12-2006         460.75       ADJ FOR CO               Original estimate
                                                                04-12-2006         460.75-      HOUSE BK REV - FD        Approved est changes
        ROYLOMAS                                   100055       12-01-2005 11-28-2005 8,787.00  KG 1                     AP cost
        ROYLOMAS                                   100055       12-01-2005 11-28-2005 8,787.00- (Rev)KG 1                AP cost
        ROYLOMAS                                   100055       12-01-2005 11-28-2005 4,456.25  KG 1                     AP cost
        ROYLOMAS                                   100055       12-13-2005 11-28-2005 4,456.25- (Rev)KG 1                AP cost
        ROYLOMAS                                   100055       12-13-2005 11-28-2005 4,456.25  KG 1                     AP cost

                       JTD Budget   JTD Cost Paid   Budget Remaining    Over/Under
    Cost Code Total:    4,456.25      4,456.25
_____
    252 RESILIENT FLOORING
                                                                11-08-2004           1.00       Original estimate        Original estimate
                                                                09-26-2005           1.00-      REVISED ESTIMATE         Original estimate
                                                                09-26-2005         780.00       UPDATED - STEVE CAVA     Original estimate
                                                                11-10-2005         780.00-      REVISED ESTIMATE         Original estimate
                                                                11-10-2005         942.00       UPDATED - STEVE CAVA     Original estimate
                                                                02-08-2006         460.75-      BUDGET REVIEW            Original estimate
                                                                04-12-2006         460.75       ADJ FOR CO               Original estimate
                                                                04-12-2006         460.75-      HOUSE BK REV - FD        Approved est changes
        ROYLOMAS                                   100055       12-01-2005 11-28-2005   700.00  KG 1                     AP cost
        ROYLOMAS                                   100055       12-01-2005 11-28-2005   700.00- (Rev)KG 1                AP cost
        ROYLOMAS                                   100055       12-01-2005 11-28-2005   481.25  KG 1                     AP cost
        ROYLOMAS                                   100055       12-13-2005 11-28-2005   481.25- (Rev)KG 1                AP cost
        ROYLOMAS                                   100055       12-13-2005 11-28-2005   481.25  KG 1                     AP cost

                       JTD Budget   JTD Cost Paid   Budget Remaining    Over/Under
    Cost Code Total:      481.25        481.25
_____
    253 CARPETING
                                                                11-08-2004           1.00       Original estimate        Original estimate
                                                                09-26-2005           1.00-      REVISED ESTIMATE         Original estimate
                                                                09-26-2005       4,017.00       UPDATED - STEVE CAVA     Original estimate
                                                                11-10-2005       4,017.00-      REVISED ESTIMATE         Original estimate
                                                                11-10-2005       8,518.00       UPDATED - STEVE CAVA     Original estimate
                                                                02-08-2006         460.75-      BUDGET REVIEW            Original estimate
                                                                04-12-2006         460.75       ADJ FOR CO               Original estimate
                                                                04-12-2006         460.75-      HOUSE BK REV - FD        Approved est changes
        ROYLOMAS                                   100055       12-01-2005 11-28-2005 3,047.00  KG 1                     AP cost
        ROYLOMAS                                   100055       12-01-2005 11-28-2005 3,047.00- (Rev)KG 1                AP cost
        ROYLOMAS                                   100055       12-01-2005 11-28-2005 8,057.25  KG 1                     AP cost
        ROYLOMAS                                   100055       12-13-2005 11-28-2005 8,057.25- (Rev)KG 1                AP cost
        ROYLOMAS                                   100055       12-13-2005 11-28-2005 8,057.25  KG 1                     AP cost

                       JTD Budget   JTD Cost Paid   Budget Remaining    Over/Under
    Cost Code Total:    8,057.25      8,057.25
_____
    260 FINAL CLEANING
                                                                11-08-2004           1.00       Original estimate        Original estimate
                                                                09-26-2005           1.00-      REVISED ESTIMATE         Original estimate
                                                                09-26-2005         481.64       UPDATED - STEVE CAVA     Original estimate
```

Apx. 00845

WB Homes003080

```
VILLAGE AT SALFORD MILL, L.P.                           HOUSE BOOK SUMMARY REPORT                         04-23-20        Page 15
Operator: Not Used
BUYER:     Nassef Justin Guirguis                                                                    MODEL:       Cambridge Provincial
ADDRESS:   1108 KINGSLEY HALL DRIVE                                                                  SETTLE DATE: 01-31-2006
           LANSDALE        , PA    19446                     Last Est Date
```

```
   Job Description                G/L #        Invoice      Accounting  Transaction
                                                             Date        Date         Amount        Description               Transaction Type
   103-001 KINGSLEY: LOT #1 CIP   16701
_____
        260 FINAL CLEANING
                                                                         11-21-2005      481.64-  REVISED ESTIMATE           Original estimate
                                                                         11-21-2005      663.60   UPDATED - STEVE CAVA       Original estimate
                                                                         12-28-2005       39.71   BUDGET REVIEW - BRUCE BALD Original estimate
                                                                         02-08-2006      318.00   BUDGET REVIEW              Original estimate
                                                                         04-12-2006      318.00-  ADJ FOR CO                 Original estimate
                                                                         04-12-2006      318.00   HOUSE BK REV - FD          Approved est changes
              KLECKNER                         5118          11-30-2005  11-21-2005      703.31   KG 1                       AP cost
              KLECKNER                         06015         02-06-2006  01-31-2006      159.00   KG 1                       AP cost
              KLECKNER                         06025         02-06-2006  02-01-2006      159.00   KG 1                       AP cost

                       JTD Budget   JTD Cost Paid    Budget Remaining     Over/Under
   Cost Code Total:     1,021.31       1,021.31
_____
        270 RAKING/SEEDING/SOD
                                                                         11-08-2004        1.00   Original estimate          Original estimate
                                                                         03-23-2005        1.00-  REVISED ESTIMATE           Original estimate
                                                                         03-23-2005    1,072.00   UPDATED - STEVE CAVA       Original estimate
                                                                         12-28-2005      171.56   BUDGET REVIEW - BRUCE BALD Original estimate
              AMC                              1428          10-27-2005  10-26-2005    1,243.56   KG 1                       AP cost
              AMC                              1512          11-30-2005  11-21-2005      382.56   KG 1,11,12,13              AP cost
              AMC                              1512          12-07-2005  11-21-2005      382.56-  (Rev)KG 1,11,12,13         AP cost

                       JTD Budget   JTD Cost Paid    Budget Remaining     Over/Under
   Cost Code Total:     1,243.56       1,243.56
_____
        271 SHRUBS & PLAND (HOUSELINE)
                                                                         11-08-2004        1.00   Original estimate          Original estimate
                                                                         12-28-2005    4,499.00   BUDGET REVIEW - BRUCE BALD Original estimate
              RUDDER                           3392          11-09-2005  11-07-2005    4,500.00   kg 1                       AP cost
              RUDDER                           3392          11-14-2005  11-07-2005    4,500.00-  (Rev)kg 1                  AP cost
              RUDDER                           3392          11-14-2005  11-07-2005    4,500.00   KG 1                       AP cost

                       JTD Budget   JTD Cost Paid    Budget Remaining     Over/Under
   Cost Code Total:     4,500.00       4,500.00
_____
        272 MAILBOX
                                                                         11-08-2004        1.00   Original estimate          Original estimate
                                                                         05-24-2005        1.00-  REVISED ESTIMATE           Original estimate
                                                                         05-24-2005      196.20   UPDATED - STEVE CAVA       Original estimate
                                                                         12-28-2005         .01   BUDGET REVIEW - BRUCE BALD Original estimate
              TOWN                             27217         11-04-2005  11-02-2005      196.21   KG 6,1,2,10                AP cost

                       JTD Budget   JTD Cost Paid    Budget Remaining     Over/Under
   Cost Code Total:       196.21         196.21
_____
        273 DRIVEWAY BINDER
                                                                         11-08-2004        1.00   Original estimate          Original estimate
                                                                         07-08-2005      760.00   ADDED - STEVE CAVA         Original estimate
                                                                         09-26-2005    1,054.00   ADDED - STEVE CAVA         Original estimate
                                                                         12-28-2005      986.97   BUDGET REVIEW - BRUCE BALD Original estimate
                                                                         02-08-2006      275.80-  BUDGET REVIEW              Original estimate
                                                                         04-12-2006      275.80   ADJ FOR CO                 Original estimate
                                                                         04-12-2006      275.80-  HOUSE BK REV - FD          Approved est changes
              TT                               1188          08-05-2005  08-02-2005      760.00   KG 1                       AP cost
              HORGAN                           50261         11-28-2005  11-03-2005    1,766.17   KG 1,2                     AP cost
```

Apx. 00846

WB Homes003081

VILLAGE AT SALFORD MILL, L.P.                              Case 2:21-cv-03977-MAK   Document 19-21   Filed 01/25/22   Page 17 of 18                     04-23-20           Page 16
Operator: Not Used                                          HOUSE BOOK SUMMARY REPORT
BUYER:    Nassef Justin Guirguis                                                                                                    MODEL:       Cambridge Provincial
ADDRESS:  1108 KINGSLEY HALL DRIVE                                                                                                  SETTLE DATE: 01-31-2006
          LANSDALE      , PA    19446                                      Last Est Date

```
  Job Description                         G/L #          Invoice       Accounting  Transaction
                                                                       Date        Date           Amount      Description              Transaction Type
103-001 KINGSLEY: LOT #1 CIP              16701

                           JTD Budget    JTD Cost Paid  Budget Remaining    Over/Under
          Cost Code Total:   2,526.17       2,526.17
_____
      274 DRIVEWAY TOP
                                                                       11-08-2004              1.00     Original estimate         Original estimate
                                                                       09-26-2005              1.00-    REVISED ESTIMATE          Original estimate
                                                                       09-26-2005            884.00     UPDATED - STEVE CAVA      Original estimate
                                                                       12-28-2005            716.00     BUDGET REVIEW - BRUCE BALD Original estimate
              PMHORSHAM                                  69279         11-08-2006 11-06-2006 1,664.00    KG 1                      AP cost

                           JTD Budget    JTD Cost Paid  Budget Remaining    Over/Under
          Cost Code Total:   1,600.00       1,664.00          64.00-           64.00
_____
      275 SPLASH BLOCKS/DRAIN
                                                                       11-08-2004              1.00     Original estimate         Original estimate
                                                                       03-21-2005              1.00-    REVISED ESTIMATE          Original estimate
                                                                       03-21-2005            175.00     UPDATED - STEVE CAVA      Original estimate
                                                                       12-28-2005             98.76-    BUDGET REVIEW - BRUCE BALD Original estimate
                                                                       02-08-2006            275.80     BUDGET REVIEW             Original estimate
                                                                       04-12-2006            275.80-    ADJ FOR CO                Original estimate
                                                                       04-12-2006            275.80     HOUSE BK REV - FD         Approved est changes
              ENVIRON                                    5289          07-25-2005 07-14-2005   275.80    KG 1                      AP cost
              BETHLEHEM                                  607192        08-31-2005 08-30-2005    76.24    KG 1,2,4,6,13             AP cost

                           JTD Budget    JTD Cost Paid  Budget Remaining    Over/Under
          Cost Code Total:     352.04         352.04
_____
      276 FENCE
                                                                       11-08-2004              1.00     Original estimate         Original estimate
                                                                       12-28-2005              1.00-    BUDGET REVIEW - BRUCE BALD Original estimate

                           JTD Budget    JTD Cost Paid  Budget Remaining    Over/Under
          Cost Code Total:
_____
      279 CONTINGENCY
                                                                       05-23-2005              1.00     Original estimate         Original estimate
                                                                       12-28-2005            999.00     BUDGET REVIEW - BRUCE BALD Original estimate
              AMC                                        1512          12-07-2005 11-21-2005   382.56    KG 1,11,12,13             AP cost
              AMC                                        2061          05-10-2006 04-24-2006 1,072.00    KG 1                      AP cost

                           JTD Budget    JTD Cost Paid  Budget Remaining    Over/Under
          Cost Code Total:   1,000.00       1,454.56         454.56-          454.56
_____
      280 REPAIRS
                                                                       11-08-2004              1.00     Original estimate         Original estimate
                                                                       12-28-2005            399.00     BUDGET REVIEW - BRUCE BALD Original estimate
              PARKERS                                    106837        01-12-2006 01-09-2006   152.00    KG 1                      AP cost
              PARKERS                                    106893        01-31-2006 01-26-2006   152.00    KG 1                      AP cost
              WORTH                                      49659         02-24-2006 02-22-2006   665.11    KG 1                      AP cost

                           JTD Budget    JTD Cost Paid  Budget Remaining    Over/Under
          Cost Code Total:     400.00         969.11         569.11-          569.11
_____
      282 -
                                                                       11-08-2004              1.00-    Original estimate         Original estimate
```

Apx. 00847
WB Homes003082

```
Operator: Not Used
BUYER:    Nassef Justin Guirguis                                                              MODEL:         Cambridge Provincial
ADDRESS:  1108 KINGSLEY HALL DRIVE                                                            SETTLE DATE: 01-31-2006
          LANSDALE       , PA   19446                        Last Est Date

     Job Description                G/L #       Invoice      Accounting  Transaction
                                                                Date        Date         Amount        Description         Transaction Type
 103-001 KINGSLEY: LOT #1 CIP      16701


                                JTD Budget   JTD Cost Paid   Budget Remaining    Over/Under
          Cost Code Total:            1.00-                          1.00-            1.00



          Job Total:            242,235.78*     242,734.49*          498.71-*         498.71*
```

Apx. 00848

WB Homes003083