# Exhibit 17

Apx. 00849

JOB HISTORY

HOUSE BOOK SUMMARY REPORT
(with transaction detail)
CVIV Lot #21 CIP

04/28/2020          Page 1

| | Cat | Vendor | Invoice | Accounting Date | Transaction Date | Amount | Description | Trans. Type |
|---|---|---|---|---|---|---|---|---|
| **Cost Code** | | **Cost Code Description** | | **Total Budget** | **Total PO's** | **JTD Cost** | **Remaining Budget (JTD PO's-JTD Cost)** | **Projected Max Cost** |
| **30-00-000** | | **HOUSELINE** | | | | | | |
| | | | | 334,794.67 | 349,912.77 | 352,158.52 | 2,245.75- | 352,158.52 |
| **30-05-000** | | **ARCHITECTURE** | | | | | | |
| | | | | | 400.00 | 400.00 | | 400.00 |
| **30-05-010** | | **Lot Customizer** | | | | | | |
| | O | OMNIA GROUP INC | 15824 | 08/21/2012 | 07/31/2012 | 250.00 | CVIV Lot #21 CIP | AP cost |
| | O | OMNIA GROUP INC | 15824 | 08/21/2012 | 07/31/2012 | 150.00 | CVIV Lot #21 CIP | AP cost |
| | | | | | 400.00 | 400.00 | | 400.00 |
| **30-10-000** | | **PERMITS** | | | | | | |
| | | | | 3,331.00 | 4,331.00 | 4,331.00 | | 4,331.00 |
| **30-10-010** | | **Building** | | | | | | |
| | O | FRANCONIA TOWNSHIP | 082412-CVIV21 | 08/29/2012 | 08/24/2012 | 3,156.00 | CVIV Lot #21 CIP | AP cost |
| | CO | OMNIA GROUP INC | 15901 | 10/10/2012 | 09/12/2012 | 175.00 | CVIV Lot #21 CIP | AP cost |
| | O | OMNIA GROUP INC | 15824 | 08/21/2012 | 07/31/2012 | 1,000.00 | CVIV Lot #21 CIP | AP cost |
| | | | | 3,331.00 | 4,331.00 | 4,331.00 | | 4,331.00 |
| **30-15-000** | | **EXCAVATION** | | | | | | |
| | | | | 13,882.54 | 25,532.61 | 25,832.61 | 300.00- | 25,832.61 |
| **30-15-010** | | **Strip Top Soil** | | | | | | |
| | S | KEN BEER & SONS EXC., IN | 19482 | 10/10/2012 | 09/17/2012 | 1,331.00 | CVIV Lot #21 CIP | AP cost |
| | S | KEN BEER & SONS EXC., IN | 19482 | 10/10/2012 | 09/17/2012 | 726.00 | CVIV Lot #21 CIP | AP cost |
| | V11 | KEN BEER & SONS EXC., IN | 19483 | 10/10/2012 | 09/17/2012 | 1,320.00 | CVIV Lot #21 CIP | AP cost |
| | V11 | KEN BEER & SONS EXC., IN | 19513 | 12/03/2012 | 10/04/2012 | 1,128.75 | CVIV Lot #21 CIP | AP cost |
| | V11 | KEN BEER & SONS EXC., IN | 19658 | 01/16/2013 | 01/03/2013 | 8,042.32 | CVIV Lot #21 CIP | AP cost |
| | V11 | KEN BEER & SONS EXC., IN | 20038 | 06/25/2013 | 05/01/2013 | 134.00 | CVIV Lot #21 CIP | AP cost |
| | V11 | KEN BEER & SONS EXC., IN | 20044 | 06/25/2013 | 05/02/2013 | 1,025.00 | CVIV Lot #21 CIP | AP cost |
| | | | | 2,057.00 | 13,707.07 | 13,707.07 | | 13,707.07 |
| **30-15-030** | | **Backfill** | | | | | | |
| | S | KEN BEER & SONS EXC., IN | 19490 | 10/10/2012 | 09/20/2012 | 1,678.00 | CVIV Lot #21 CIP | AP cost |
| | | | | 1,678.00 | 1,678.00 | 1,678.00 | | 1,678.00 |

Apx. 00850

WB Homes002960

HOUSE BOOK SUMMARY REPORT
(with transaction detail)
CVIV Lot #21 CIP

| Cat | Vendor | Invoice | Accounting Date | Transaction Date | Amount | Description | Trans. Type |
|---|---|---|---|---|---|---|---|
| Cost Code | Cost Code Description | | Total Budget | Total PO's | JTD Cost | Remaining Budget (JTD PO's-JTD Cost) | Projected Max Cost |

**30-15-040 Stone Garage - Material**

| CO | KEN BEER & SONS EXC., IN 19490 | | 10/10/2012 | 09/20/2012 | 472.10 | CVIV Lot #21 CIP | AP cost |
| | | | 472.10 | 472.10 | 472.10 | | 472.10 |

**30-15-050 Stone Driveway - Material**

| CO | KEN BEER & SONS EXC., IN 19482 | | 10/10/2012 | 09/17/2012 | 321.95 | CVIV Lot #21 CIP | AP cost |
| CO | KEN BEER & SONS EXC., IN 19490 | | 10/10/2012 | 09/20/2012 | 856.00 | CVIV Lot #21 CIP | AP cost |
| CO | KEN BEER & SONS EXC., IN 19657 | | 01/21/2013 | 01/03/2013 | 442.49 | CVIV Lot #21 CIP | AP cost |
| | | | 1,620.44 | 1,620.44 | 1,620.44 | | 1,620.44 |

**30-15-060 Rough Grade**

| O | | | 03/31/2009 | 03/31/2009 | 300.00 | Mar 31 Balance | JC cost |
| S | KEN BEER & SONS EXC., IN 19657 | | 01/21/2013 | 01/03/2013 | 606.00 | CVIV Lot #21 CIP | AP cost |
| | | | 606.00 | 606.00 | 906.00 | 300.00- | 906.00 |

**30-15-070 Final Grade**

| S | KEN BEER & SONS EXC., IN 19657 | | 01/21/2013 | 01/03/2013 | 2,402.00 | CVIV Lot #21 CIP | AP cost |
| | | | 2,402.00 | 2,402.00 | 2,402.00 | | 2,402.00 |

**30-15-080 Excavate & Stone Sewer Lat.**

| S | KEN BEER & SONS EXC., IN 19552 | | 12/03/2012 | 10/29/2012 | 820.00 | CVIV Lot #21 CIP | AP cost |
| | | | 820.00 | 820.00 | 820.00 | | 820.00 |

**30-15-090 Excavate & Stone Water Lat**

| S | KEN BEER & SONS EXC., IN 19552 | | 12/03/2012 | 10/29/2012 | 1,750.00 | CVIV Lot #21 CIP | AP cost |
| | | | 1,750.00 | 1,750.00 | 1,750.00 | | 1,750.00 |

**30-15-100 Electric Trench and Screen**

| CO | J M RESOURCES, INC. 604434 | | 11/27/2012 | 11/08/2012 | 67.00 | CVIV Lot #21 CIP | AP cost |
| S | J M RESOURCES, INC. 604434 | | 11/27/2012 | 11/08/2012 | 250.00 | CVIV Lot #21 CIP | AP cost |
| S | KEN BEER & SONS EXC., IN 19552 | | 12/03/2012 | 10/29/2012 | 2,160.00 | CVIV Lot #21 CIP | AP cost |
| | | | 2,477.00 | 2,477.00 | 2,477.00 | | 2,477.00 |

**30-20-000 CONCRETE/FOOTING/FOUNDATION**

| | | | 45,330.54 | 46,885.54 | 46,885.54 | | 46,885.54 |

Apx. 00851

WB Homes002961

JOB HISTORY

04/28/2020          Page 3

| | Cat | Vendor | Invoice | Accounting Date | Transaction Date | Amount | Description | | Trans. Type |
|---|---|---|---|---|---|---|---|---|---|
| Cost Code | | Cost Code Description | | Total Budget | Total PO's | JTD Cost | Remaining Budget (JTD PO's-JTD Cost) | | Projected Max Cost |

**30-20-010    Footing**

| | Cat | Vendor | Invoice | Accounting Date | Transaction Date | Amount | Description | Trans. Type |
|---|---|---|---|---|---|---|---|---|
| | CO | HORGAN BROS. INC. | 66863 | 10/10/2012 | 09/06/2012 | 100.00 | CVIV Lot #21 CIP | AP cost |
| | S | HORGAN BROS. INC. | 66863 | 10/10/2012 | 09/06/2012 | 3,970.00 | CVIV Lot #21 CIP | AP cost |
| | S | HORGAN BROS. INC. | 66863 | 10/10/2012 | 09/06/2012 | 600.00 | CVIV Lot #21 CIP | AP cost |
| | S | HORGAN BROS. INC. | 66863 | 10/10/2012 | 09/06/2012 | 120.00 | CVIV Lot #21 CIP | AP cost |
| | V11 | HORGAN BROS. INC. | 66863 | 10/10/2012 | 09/06/2012 | 300.00 | CVIV Lot #21 CIP | AP cost |
| | V11 | HORGAN BROS. INC. | 66863 | 10/10/2012 | 09/06/2012 | 400.00 | CVIV Lot #21 CIP | AP cost |
| | V11 | HORGAN BROS. INC. | 66863 | 10/10/2012 | 09/06/2012 | 380.00 | CVIV Lot #21 CIP | AP cost |
| | V11 | HORGAN BROS. INC. | 66863 | 10/10/2012 | 09/06/2012 | 475.00 | CVIV Lot #21 CIP | AP cost |

|  | 4,790.00 | 6,345.00 | 6,345.00 | | 6,345.00 |
|---|---|---|---|---|---|

**30-20-020    Foundation -Poured Concrete**

| | Cat | Vendor | Invoice | Accounting Date | Transaction Date | Amount | Description | Trans. Type |
|---|---|---|---|---|---|---|---|---|
| | CO | HORGAN BROS. INC. | 66863 | 10/10/2012 | 09/06/2012 | 1,064.00 | CVIV Lot #21 CIP | AP cost |
| | CO | HORGAN BROS. INC. | 66863 | 10/10/2012 | 09/06/2012 | 270.00 | CVIV Lot #21 CIP | AP cost |
| | CO | HORGAN BROS. INC. | 66863 | 10/10/2012 | 09/06/2012 | 2,860.00 | CVIV Lot #21 CIP | AP cost |
| | S | HORGAN BROS. INC. | 66863 | 10/10/2012 | 09/06/2012 | 10,325.00 | CVIV Lot #21 CIP | AP cost |
| | S | HORGAN BROS. INC. | 66863 | 10/10/2012 | 09/06/2012 | 540.00 | CVIV Lot #21 CIP | AP cost |
| | S | HORGAN BROS. INC. | 66863 | 10/10/2012 | 09/06/2012 | 627.00 | CVIV Lot #21 CIP | AP cost |
| | S | HORGAN BROS. INC. | 66863 | 10/10/2012 | 09/06/2012 | 700.00 | CVIV Lot #21 CIP | AP cost |

|  | 16,386.00 | 16,386.00 | 16,386.00 | | 16,386.00 |
|---|---|---|---|---|---|

**30-20-060    Damproofing**

| | Cat | Vendor | Invoice | Accounting Date | Transaction Date | Amount | Description | Trans. Type |
|---|---|---|---|---|---|---|---|---|
| | CO | BRIAN STALEY | 2365 | 01/28/2013 | 12/05/2012 | 978.00 | CVIV Lot #21 CIP | AP cost |
| | CO | BRIAN STALEY | 2365 | 01/28/2013 | 12/05/2012 | 100.00 | CVIV Lot #21 CIP | AP cost |
| | S | BRIAN STALEY | 2365 | 01/28/2013 | 12/05/2012 | 1,260.00 | CVIV Lot #21 CIP | AP cost |
| | S | BRIAN STALEY | 2365 | 01/28/2013 | 12/05/2012 | 398.00 | CVIV Lot #21 CIP | AP cost |
| | S | BRIAN STALEY | 2366 | 01/28/2013 | 12/05/2012 | 2,765.24 | CVIV Lot #21 CIP | AP cost |
| | S | BRIAN STALEY | 2366 | 01/28/2013 | 12/05/2012 | 1,525.00 | CVIV Lot #21 CIP | AP cost |
| | S | DALE WATERPROOFING SYSTE | 14357 | 09/19/2012 | 09/12/2012 | 586.88 | CVIV Lot #21 CIP | AP cost |

|  | 7,613.12 | 7,613.12 | 7,613.12 | | 7,613.12 |
|---|---|---|---|---|---|

**30-20-070    Perimeter Drain**

| | Cat | Vendor | Invoice | Accounting Date | Transaction Date | Amount | Description | Trans. Type |
|---|---|---|---|---|---|---|---|---|
| | S | KEN BEER & SONS EXC., IN | 19490 | 10/10/2012 | 09/20/2012 | 2,040.00 | CVIV Lot #21 CIP | AP cost |

|  | 2,040.00 | 2,040.00 | 2,040.00 | | 2,040.00 |
|---|---|---|---|---|---|

**30-20-090    Concrete - Basement Stone**

| | Cat | Vendor | Invoice | Accounting Date | Transaction Date | Amount | Description | Trans. Type |
|---|---|---|---|---|---|---|---|---|
| | S | HORGAN BROS. INC. | 66863 | 10/10/2012 | 09/06/2012 | 2,008.00 | CVIV Lot #21 CIP | AP cost |

|  | 2,008.00 | 2,008.00 | 2,008.00 | | 2,008.00 |
|---|---|---|---|---|---|

Apx. 00852

WB Homes002962

HOUSE BOOK SUMMARY REPORT
(with transaction detail)
CVIV Lot #21 CIP

| Cat | Vendor | Invoice | Accounting Date | Transaction Date | Amount | Description | Trans. Type |
|---|---|---|---|---|---|---|---|
| Cost Code | Cost Code Description | | Total Budget | Total PO's | JTD Cost | Remaining Budget (JTD PO's-JTD Cost) | Projected Max Cost |

**30-20-100     Concrete - Basement Slab**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| S | NORTH CONCRETE CO., INC. | 143539 | 10/10/2012 | 09/27/2012 | 6,728.80 | CVIV Lot #21 CIP | AP cost |
| S | NORTH CONCRETE CO., INC. | 143539 | 10/10/2012 | 09/27/2012 | 60.00 | CVIV Lot #21 CIP | AP cost |
| | | | 6,788.80 | 6,788.80 | 6,788.80 | | 6,788.80 |

**30-20-105     Concrete - Garage Slab**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| S | NORTH CONCRETE CO., INC. | 143511 | 09/29/2012 | 09/20/2012 | 1,408.50 | CVIV Lot #21 CIP | AP cost |
| S | NORTH CONCRETE CO., INC. | 143511 | 09/29/2012 | 09/20/2012 | 75.12 | CVIV Lot #21 CIP | AP cost |
| | | | 1,483.62 | 1,483.62 | 1,483.62 | | 1,483.62 |

**30-20-120     Concrete - Porch**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| CO | NORTH CONCRETE CO., INC. | 143711 | 01/21/2013 | 10/31/2012 | 840.00 | CVIV Lot #21 CIP | AP cost |
| CO | NORTH CONCRETE CO., INC. | 143711 | 01/21/2013 | 10/31/2012 | 35.00 | CVIV Lot #21 CIP | AP cost |
| CO | NORTH CONCRETE CO., INC. | 143711 | 01/21/2013 | 10/31/2012 | 1,155.00 | CVIV Lot #21 CIP | AP cost |
| CO | NORTH CONCRETE CO., INC. | 143711 | 01/21/2013 | 10/31/2012 | 250.00 | CVIV Lot #21 CIP | AP cost |
| S | NORTH CONCRETE CO., INC. | 143711 | 01/21/2013 | 10/31/2012 | 225.00 | CVIV Lot #21 CIP | AP cost |
| S | NORTH CONCRETE CO., INC. | 143711 | 01/21/2013 | 10/31/2012 | 51.00 | CVIV Lot #21 CIP | AP cost |
| | | | 2,556.00 | 2,556.00 | 2,556.00 | | 2,556.00 |

**30-20-130     Concrete - Private Walks**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| CO | NORTH CONCRETE CO., INC. | 143953 | 01/21/2013 | 12/26/2012 | 315.70 | CVIV Lot #21 CIP | AP cost |
| CO | NORTH CONCRETE CO., INC. | 143953 | 01/21/2013 | 12/26/2012 | 53.30 | CVIV Lot #21 CIP | AP cost |
| S | NORTH CONCRETE CO., INC. | 143711 | 01/21/2013 | 10/31/2012 | 1,108.80 | CVIV Lot #21 CIP | AP cost |
| S | NORTH CONCRETE CO., INC. | 143711 | 01/21/2013 | 10/31/2012 | 187.20 | CVIV Lot #21 CIP | AP cost |
| | | | 1,665.00 | 1,665.00 | 1,665.00 | | 1,665.00 |

**30-25-000 ROUGH FRAME**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | 85,782.81 | 85,782.82 | 85,782.82 | | 85,782.82 |

**30-25-010     Steel - material**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| M | GAMBONE STEEL CO., INC. | 49314 | 09/19/2012 | 09/12/2012 | 2,909.70 | CVIV Lot #21 CIP | AP cost |
| | | | 2,909.70 | 2,909.70 | 2,909.70 | | 2,909.70 |

Apx. 00853

JOB HISTORY

04/28/2020          Page 5

| Cat | Vendor | Invoice | Accounting Date | Transaction Date | Amount | Description | Trans. Type |
|-----|--------|---------|-----------------|------------------|--------|-------------|-------------|
| Cost Code | Cost Code Description | | Total Budget | Total PO's | JTD Cost | Remaining Budget (JTD PO's-JTD Cost) | Projected Max Cost |

**30-25-020    Frame Lumber 1**

| Cat | Vendor | Invoice | Accounting Date | Transaction Date | Amount | Description | Trans. Type |
|-----|--------|---------|-----------------|------------------|--------|-------------|-------------|
| CO | SHELLY ENTERPRISES USLMB | 7108181/75684 | 09/19/2012 | 09/17/2012 | 2,721.02 | CVIV Lot #21 CIP | AP cost |
| CO | SHELLY ENTERPRISES USLMB | 7108181/75684 | 09/19/2012 | 09/17/2012 | 338.14 | CVIV Lot #21 CIP | AP cost |
| CO | SHELLY ENTERPRISES USLMB | 7108181/75684 | 09/19/2012 | 09/17/2012 | 1,093.92 | CVIV Lot #21 CIP | AP cost |
| CO | SHELLY ENTERPRISES USLMB | 7108181/75684 | 09/19/2012 | 09/17/2012 | 371.42 | CVIV Lot #21 CIP | AP cost |
| CO | SHELLY ENTERPRISES USLMB | 7108181/75684 | 09/19/2012 | 09/17/2012 | 341.16 | CVIV Lot #21 CIP | AP cost |
| CO | SHELLY ENTERPRISES USLMB | 7108181/75684 | 09/19/2012 | 09/17/2012 | 707.55 | CVIV Lot #21 CIP | AP cost |
| CO | SHELLY ENTERPRISES USLMB | 7108181/75684 | 09/19/2012 | 09/17/2012 | 80.35 | CVIV Lot #21 CIP | AP cost |
| CO | SHELLY ENTERPRISES USLMB | 7108181/75684 | 09/19/2012 | 09/17/2012 | 140.42 | CVIV Lot #21 CIP | AP cost |
| CO | SHELLY ENTERPRISES USLMB | 7108181/75684 | 09/19/2012 | 09/17/2012 | 181.05 | CVIV Lot #21 CIP | AP cost |
| CO | SHELLY ENTERPRISES USLMB | 7108181/75684 | 09/19/2012 | 09/17/2012 | 308.97 | CVIV Lot #21 CIP | AP cost |
| CO | SHELLY ENTERPRISES USLMB | 7108181/75684 | 09/19/2012 | 09/17/2012 | 281.01 | CVIV Lot #21 CIP | AP cost |
| CO | SHELLY ENTERPRISES USLMB | 7108181/75684 | 09/19/2012 | 09/17/2012 | 2,254.07 | CVIV Lot #21 CIP | AP cost |
| CO | SHELLY ENTERPRISES USLMB | 7108181/75684 | 09/19/2012 | 09/17/2012 | 1,336.74 | CVIV Lot #21 CIP | AP cost |
| CO | SHELLY ENTERPRISES USLMB | 7108181/75684 | 09/19/2012 | 09/17/2012 | 70.28 | CVIV Lot #21 CIP | AP cost |
| CO | SHELLY ENTERPRISES USLMB | 7108181/75684 | 09/19/2012 | 09/17/2012 | 191.22 | CVIV Lot #21 CIP | AP cost |
| CO | SHELLY ENTERPRISES USLMB | 7108181/75684 | 09/19/2012 | 09/17/2012 | 1,523.75 | CVIV Lot #21 CIP | AP cost |
| CO | SHELLY ENTERPRISES USLMB | 7108181/75684 | 09/19/2012 | 09/17/2012 | 4,734.01 | CVIV Lot #21 CIP | AP cost |
| CO | SHELLY ENTERPRISES USLMB | 7108181/75684 | 09/19/2012 | 09/17/2012 | 426.44 | CVIV Lot #21 CIP | AP cost |
| CO | SHELLY ENTERPRISES USLMB | 7108181/75684 | 09/19/2012 | 09/17/2012 | 278.99 | CVIV Lot #21 CIP | AP cost |
| CO | SHELLY ENTERPRISES USLMB | 7108181/75684 | 09/19/2012 | 09/17/2012 | 155.03 | CVIV Lot #21 CIP | AP cost |
| CO | SHELLY ENTERPRISES USLMB | 7108181/75684 | 09/19/2012 | 09/17/2012 | 477.48 | CVIV Lot #21 CIP | AP cost |
| CO | SHELLY ENTERPRISES USLMB | 7108181/75684 | 09/19/2012 | 09/17/2012 | 524.70 | CVIV Lot #21 CIP | AP cost |
| CO | SHELLY ENTERPRISES USLMB | 7108181/75684 | 09/19/2012 | 09/17/2012 | 33.58 | CVIV Lot #21 CIP | AP cost |
| CO | SHELLY ENTERPRISES USLMB | 7108181/75684 | 09/19/2012 | 09/17/2012 | 48.65 | CVIV Lot #21 CIP | AP cost |
| CO | SHELLY ENTERPRISES USLMB | 7108181/75684 | 09/19/2012 | 09/17/2012 | .45 | CVIV Lot #21 CIP | AP cost |
| CO | SHELLY ENTERPRISES USLMB | 7108181/75684 | 09/19/2012 | 09/17/2012 | .45- | CVIV Lot #21 CIP | AP cost |
| CO | SHELLY ENTERPRISES USLMB | 7108181/75684 | 09/19/2012 | 09/17/2012 | 186.98 | CVIV Lot #21 CIP | AP cost |
| M | SHELLY ENTERPRISES USLMB | 7108181/75684 | 09/19/2012 | 09/17/2012 | 29.61 | CVIV Lot #21 CIP | AP cost |

|  |  |  | 18,836.54 | 18,836.54 | 18,836.54 | | 18,836.54 |

Apx. 00854

WB Homes002964

JOB HISTORY

HOUSE BOOK SUMMARY REPORT
(with transaction detail)
CVIV Lot #21 CIP

04/28/2020        Page 6

| | Cat | Vendor | Invoice | Accounting Date | Transaction Date | Amount | Description | Trans. Type |
|---|---|---|---|---|---|---|---|---|
| Cost Code | | Cost Code Description | | Total Budget | Total PO's | JTD Cost | Remaining Budget (JTD PO's-JTD Cost) | Projected Max Cost |
| 30-25-030 | | Frame Lumber 2 | | | | | | |
| | CO | SHELLY ENTERPRISES USLMB | 1180337 | 09/19/2012 | 09/17/2012 | 1,708.72 | CVIV Lot #21 CIP | AP cost |
| | CO | SHELLY ENTERPRISES USLMB | 1180337 | 09/19/2012 | 09/17/2012 | 1,367.40 | CVIV Lot #21 CIP | AP cost |
| | CO | SHELLY ENTERPRISES USLMB | 1180337 | 09/19/2012 | 09/17/2012 | 141.35 | CVIV Lot #21 CIP | AP cost |
| | CO | SHELLY ENTERPRISES USLMB | 1180337 | 09/19/2012 | 09/17/2012 | 574.15 | CVIV Lot #21 CIP | AP cost |
| | CO | SHELLY ENTERPRISES USLMB | 1180337 | 09/19/2012 | 09/17/2012 | 86.41 | CVIV Lot #21 CIP | AP cost |
| | CO | SHELLY ENTERPRISES USLMB | 1180337 | 09/19/2012 | 09/17/2012 | 252.10 | CVIV Lot #21 CIP | AP cost |
| | CO | SHELLY ENTERPRISES USLMB | 1180337 | 09/19/2012 | 09/17/2012 | 3,657.00 | CVIV Lot #21 CIP | AP cost |
| | CO | SHELLY ENTERPRISES USLMB | 1180337 | 09/19/2012 | 09/17/2012 | 280.85 | CVIV Lot #21 CIP | AP cost |
| | CO | SHELLY ENTERPRISES USLMB | 1180337 | 09/19/2012 | 09/17/2012 | 152.61 | CVIV Lot #21 CIP | AP cost |
| | CO | SHELLY ENTERPRISES USLMB | 1180337 | 09/19/2012 | 09/17/2012 | 152.61- | CVIV Lot #21 CIP | AP cost |
| | CO | SHELLY ENTERPRISES USLMB | 1180337 | 09/19/2012 | 09/17/2012 | 349.77 | CVIV Lot #21 CIP | AP cost |
| | CO | SHELLY ENTERPRISES USLMB | 1185262 | 01/16/2013 | 12/03/2012 | 221.42 | CVIV Lot #21 CIP | AP cost |
| | CO | SHELLY ENTERPRISES USLMB | 1185262 | 01/16/2013 | 12/03/2012 | 47.68 | CVIV Lot #21 CIP | AP cost |
| | CO | SHELLY ENTERPRISES USLMB | 1185262 | 01/16/2013 | 12/03/2012 | 35.50 | CVIV Lot #21 CIP | AP cost |
| | CO | SHELLY ENTERPRISES USLMB | 1185262 | 01/16/2013 | 12/03/2012 | 307.93 | CVIV Lot #21 CIP | AP cost |
| | CO | SHELLY ENTERPRISES USLMB | 1185262 | 01/16/2013 | 12/03/2012 | 55.63 | CVIV Lot #21 CIP | AP cost |
| | CO | SHELLY ENTERPRISES USLMB | 1185516 | 01/16/2013 | 12/03/2012 | 46.56 | CVIV Lot #21 CIP | AP cost |
| | CO | SHELLY ENTERPRISES USLMB | 1185516 | 01/16/2013 | 12/03/2012 | 35.27 | CVIV Lot #21 CIP | AP cost |
| | CO | SHELLY ENTERPRISES USLMB | 1185376/10045 | 01/16/2013 | 12/03/2012 | 117.52 | CVIV Lot #21 CIP | AP cost |
| | CO | SHELLY ENTERPRISES USLMB | 1185376/10045 | 01/16/2013 | 12/03/2012 | 43.73- | CVIV Lot #21 CIP | AP cost |
| | | | | 9,241.53 | 9,241.53 | 9,241.53 | | 9,241.53 |

Apx. 00855

WB Homes002965

JOB HISTORY

HOUSE BOOK SUMMARY REPORT
(with transaction detail)
CVIV Lot #21 CIP

04/28/2020        Page 7

| Cat | Vendor | Invoice | Accounting Date | Transaction Date | Amount | Description | Trans. Type |
|---|---|---|---|---|---|---|---|
| **Cost Code** | **Cost Code Description** | | **Total Budget** | **Total PO's** | **JTD Cost** | **Remaining Budget (JTD PO's-JTD Cost)** | **Projected Max Cost** |
| **30-25-040** | **Punch Lumber** | | | | | | |
| CO | SHELLY ENTERPRISES USLMB | 1180718 | 12/03/2012 | 10/04/2012 | 162.14 | CVIV Lot #21 CIP | AP cost |
| CO | SHELLY ENTERPRISES USLMB | 1180718 | 12/03/2012 | 10/04/2012 | 110.51 | CVIV Lot #21 CIP | AP cost |
| CO | SHELLY ENTERPRISES USLMB | 1180718 | 12/03/2012 | 10/04/2012 | 26.92 | CVIV Lot #21 CIP | AP cost |
| CO | SHELLY ENTERPRISES USLMB | 1181021 | 12/03/2012 | 10/04/2012 | 45.57 | CVIV Lot #21 CIP | AP cost |
| CO | SHELLY ENTERPRISES USLMB | 1181348 | 12/03/2012 | 10/09/2012 | 166.42 | CVIV Lot #21 CIP | AP cost |
| CO | SHELLY ENTERPRISES USLMB | 1181348 | 12/03/2012 | 10/09/2012 | 129.62 | CVIV Lot #21 CIP | AP cost |
| CO | SHELLY ENTERPRISES USLMB | 1181348 | 12/03/2012 | 10/09/2012 | 59.32 | CVIV Lot #21 CIP | AP cost |
| CO | SHELLY ENTERPRISES USLMB | 1181348 | 12/03/2012 | 10/09/2012 | 121.90 | CVIV Lot #21 CIP | AP cost |
| CO | SHELLY ENTERPRISES USLMB | 1181993 | 12/03/2012 | 10/15/2012 | 240.09 | CVIV Lot #21 CIP | AP cost |
| CO | SHELLY ENTERPRISES USLMB | 1181993 | 12/03/2012 | 10/15/2012 | 109.39 | CVIV Lot #21 CIP | AP cost |
| CO | SHELLY ENTERPRISES USLMB | 1182466 | 12/03/2012 | 10/22/2012 | 76.53 | CVIV Lot #21 CIP | AP cost |
| CO | SHELLY ENTERPRISES USLMB | 1182761 | 12/03/2012 | 10/29/2012 | 76.83 | CVIV Lot #21 CIP | AP cost |
| CO | SHELLY ENTERPRISES USLMB | 1182761 | 12/03/2012 | 10/29/2012 | 18.57 | CVIV Lot #21 CIP | AP cost |
| CO | SHELLY ENTERPRISES USLMB | 1182761 | 12/03/2012 | 10/29/2012 | 111.43 | CVIV Lot #21 CIP | AP cost |
| CO | SHELLY ENTERPRISES USLMB | 1182761 | 12/03/2012 | 10/29/2012 | 82.25 | CVIV Lot #21 CIP | AP cost |
| CO | SHELLY ENTERPRISES USLMB | 1183019 | 12/03/2012 | 10/29/2012 | 112.34 | CVIV Lot #21 CIP | AP cost |
| CO | SHELLY ENTERPRISES USLMB | 1183116 | 12/03/2012 | 11/06/2012 | 22.36 | CVIV Lot #21 CIP | AP cost |
| CO | SHELLY ENTERPRISES USLMB | 1183758 | 12/03/2012 | 11/06/2012 | 132.49 | CVIV Lot #21 CIP | AP cost |
| CO | SHELLY ENTERPRISES USLMB | 1180718-A | 12/14/2012 | 10/04/2012 | 26.92- | CVIV Lot #21 CIP | AP cost |
| CO | SHELLY ENTERPRISES USLMB | 1180718-A | 12/14/2012 | 10/04/2012 | 44.20 | CVIV Lot #21 CIP | AP cost |
| | | | **1,821.94** | **1,821.96** | **1,821.96** | | **1,821.96** |
| **30-25-080** | **Roof Truss** | | | | | | |
| M | SHELLY ENTERPRISES USLMB | 3009450 | 09/29/2012 | 09/19/2012 | 8,311.30 | CVIV Lot #21 CIP | AP cost |
| | | | **8,311.30** | **8,311.30** | **8,311.30** | | **8,311.30** |

Apx. 00856

WB Homes002966

HOUSE BOOK SUMMARY REPORT
(with transaction detail)
CVIV Lot #21 CIP

| | Cat | Vendor | Invoice | Accounting Date | Transaction Date | Amount | Description | | Trans. Type |
|---|---|---|---|---|---|---|---|---|---|
| Cost Code | | Cost Code Description | | Total Budget | Total PO's | JTD Cost | Remaining Budget (JTD PO's-JTD Cost) | | Projected Max Cost |
| **30-25-090** | | **Rough Carpentry** | | | | | | | |
| | CO | RDO BUILDERS CORPORATION | 945 | 09/29/2012 | 09/18/2012 | 100.00- | CVIV Lot #21 CIP | | AP cost |
| | CO | RDO BUILDERS CORPORATION | 938 & 939 | 09/29/2012 | 09/18/2012 | 300.00 | CVIV Lot #21 CIP | | AP cost |
| | CO | RDO BUILDERS CORPORATION | 938 & 939 | 09/29/2012 | 09/18/2012 | 350.00 | CVIV Lot #21 CIP | | AP cost |
| | CO | RDO BUILDERS CORPORATION | 938 & 939 | 09/29/2012 | 09/18/2012 | 125.00 | CVIV Lot #21 CIP | | AP cost |
| | CO | RDO BUILDERS CORPORATION | 938 & 939 | 09/29/2012 | 09/18/2012 | 100.00 | CVIV Lot #21 CIP | | AP cost |
| | CO | RDO BUILDERS CORPORATION | 938 & 939 | 09/29/2012 | 09/18/2012 | 22.50 | CVIV Lot #21 CIP | | AP cost |
| | CO | RDO BUILDERS CORPORATION | 938 & 939 | 09/29/2012 | 09/18/2012 | 62.50 | CVIV Lot #21 CIP | | AP cost |
| | CO | RDO BUILDERS CORPORATION | 938 & 939 | 09/29/2012 | 09/18/2012 | 62.50 | CVIV Lot #21 CIP | | AP cost |
| | CO | RDO BUILDERS CORPORATION | 938 & 939 | 09/29/2012 | 09/18/2012 | 180.00 | CVIV Lot #21 CIP | | AP cost |
| | CO | RDO BUILDERS CORPORATION | 938 & 939 | 09/29/2012 | 09/18/2012 | 100.00 | CVIV Lot #21 CIP | | AP cost |
| | CO | RDO BUILDERS CORPORATION | 938 & 939 | 09/29/2012 | 09/18/2012 | 100.00 | CVIV Lot #21 CIP | | AP cost |
| | CO | RDO BUILDERS CORPORATION | 938 & 939 | 09/29/2012 | 09/18/2012 | 50.00 | CVIV Lot #21 CIP | | AP cost |
| | CO | RDO BUILDERS CORPORATION | 938 & 939 | 09/29/2012 | 09/18/2012 | 200.00 | CVIV Lot #21 CIP | | AP cost |
| | CO | RDO BUILDERS CORPORATION | 938 & 939 | 09/29/2012 | 09/18/2012 | 100.00 | CVIV Lot #21 CIP | | AP cost |
| | CO | RDO BUILDERS CORPORATION | 938 & 939 | 09/29/2012 | 09/18/2012 | 22.50 | CVIV Lot #21 CIP | | AP cost |
| | S | RDO BUILDERS CORPORATION | 940 | 09/29/2012 | 09/18/2012 | 3,615.39 | CVIV Lot #21 CIP | | AP cost |
| | S | RDO BUILDERS CORPORATION | 943 | 09/29/2012 | 09/18/2012 | 1,446.16 | CVIV Lot #21 CIP | | AP cost |
| | S | RDO BUILDERS CORPORATION | 944 | 09/29/2012 | 09/18/2012 | 5,784.62 | CVIV Lot #21 CIP | | AP cost |
| | S | RDO BUILDERS CORPORATION | 938 & 939 | 09/29/2012 | 09/18/2012 | 3,615.39 | CVIV Lot #21 CIP | | AP cost |
| | | | | **16,136.56** | **16,136.56** | **16,136.56** | | | **16,136.56** |
| **30-25-100** | | **Roofing** | | | | | | | |
| | CO | MORAN ENTERPRISES, LLC | 677 | 10/20/2012 | 10/18/2012 | 200.22 | CVIV Lot #21 CIP | | AP cost |
| | S | MORAN ENTERPRISES, LLC | 678 | 10/20/2012 | 10/18/2012 | 419.25 | CVIV Lot #21 CIP | | AP cost |
| | S | MORAN ENTERPRISES, LLC | 678 | 10/20/2012 | 10/18/2012 | 515.46 | CVIV Lot #21 CIP | | AP cost |
| | CO | MORAN ENTERPRISES, LLC | 678 | 10/20/2012 | 10/18/2012 | 6,820.00 | CVIV Lot #21 CIP | | AP cost |
| | CO | MORAN ENTERPRISES, LLC | 707 | 01/28/2013 | 10/18/2012 | 1,050.00 | CVIV Lot #21 CIP | | AP cost |
| | | | | **9,004.93** | **9,004.93** | **9,004.93** | | | **9,004.93** |
| **30-25-110** | | **Windows** | | | | | | | |
| | CO | ATLANTIC BUILDING PROD., | 20735 | 10/10/2012 | 10/08/2012 | 78.33 | CVIV Lot #21 CIP | | AP cost |
| | M | ATLANTIC BUILDING PROD., | 20734 | 10/10/2012 | 10/08/2012 | 14,513.54 | CVIV Lot #21 CIP | | AP cost |
| | | | | **14,591.87** | **14,591.87** | **14,591.87** | | | **14,591.87** |
| **30-25-130** | | **Exterior Doors** | | | | | | | |
| | CO | ATLANTIC BUILDING PROD., | 21891 | 02/06/2013 | 01/09/2013 | 58.19 | CVIV Lot #21 CIP | | AP cost |
| | CO | TAGUE LUMBER OF DOYLESTO | 1301-088149 | 03/08/2013 | 01/24/2013 | 29.36 | CVIV Lot #21 CIP | | AP cost |
| | M | ATLANTIC BUILDING PROD., | 20733 | 10/10/2012 | 10/08/2012 | 3,052.59 | CVIV Lot #21 CIP | | AP cost |
| | | | | **3,140.14** | **3,140.14** | **3,140.14** | | | **3,140.14** |

Apx. 00857

WB Homes002967

JOB HISTORY

HOUSE BOOK SUMMARY REPORT
(with transaction detail)
CVIV Lot #21 CIP

04/28/2020          Page 9

| Cat | Vendor | Invoice | Accounting Date | Transaction Date | Amount | Description | Trans. Type |
|-----|--------|---------|-----------------|------------------|--------|-------------|-------------|

| Cost Code | Cost Code Description | | Total Budget | Total PO's | JTD Cost | Remaining Budget (JTD PO's-JTD Cost) | Projected Max Cost |
|-----------|----------------------|---|--------------|------------|----------|--------------------------------------|--------------------|
| **30-25-140** | **Exterior Doors Hardware** | | | | | | |
| M | TAGUE LUMBER OF DOYLESTO | 1212-084492 | 01/16/2013 | 12/26/2012 | 92.22 | CVIV Lot #21 CIP | AP cost |
| M | TAGUE LUMBER OF DOYLESTO | 1212-084492 | 01/16/2013 | 12/26/2012 | 118.72 | CVIV Lot #21 CIP | AP cost |
| | | | 210.94 | 210.94 | 210.94 | | 210.94 |
| **30-25-150** | **Fypon** | | | | | | |
| CO | MJB ARCHITECTURAL SPEC. | 32508 | 10/20/2012 | 10/18/2012 | 266.23 | CVIV Lot #21 CIP | AP cost |
| CO | MJB ARCHITECTURAL SPEC. | 32605 | 12/13/2012 | 12/05/2012 | 52.86 | CVIV Lot #21 CIP | AP cost |
| CO | MJB ARCHITECTURAL SPEC. | 32605 | 12/13/2012 | 12/05/2012 | 133.64 | CVIV Lot #21 CIP | AP cost |
| CO | MJB ARCHITECTURAL SPEC. | 32605 | 12/13/2012 | 12/05/2012 | 296.80 | CVIV Lot #21 CIP | AP cost |
| CO | MJB ARCHITECTURAL SPEC. | 32673 | 01/21/2013 | 01/11/2013 | 66.82 | CVIV Lot #21 CIP | AP cost |
| | | | 816.36 | 816.35 | 816.35 | | 816.36 |
| **30-25-180** | **Ext Millwork -Install/labor** | | | | | | |
| CO | FINISHING TOUCH BUILDERS | 112712 | 01/16/2013 | 11/30/2012 | 625.00 | CVIV Lot #21 CIP | AP cost |
| S | FINISHING TOUCH BUILDERS | 112712 | 01/16/2013 | 11/30/2012 | 136.00 | CVIV Lot #21 CIP | AP cost |
| | | | 761.00 | 761.00 | 761.00 | | 761.00 |
| **30-30-000** | **MECHANICALS** | | | | | | |
| | | | 45,192.00 | 45,367.00 | 45,367.00 | | 45,367.00 |
| **30-30-010** | **Plumbing Underslab** | | | | | | |
| CO | PALETOWN PLUMBING, LLC | 3432 | 10/20/2012 | 10/12/2012 | 1,500.00 | CVIV Lot #21 CIP | AP cost |
| | | | 1,500.00 | 1,500.00 | 1,500.00 | | 1,500.00 |
| **30-30-020** | **Plumbing Rough** | | | | | | |
| CO | PALETOWN PLUMBING, LLC | 3439 | 10/20/2012 | 10/18/2012 | 1,500.00 | CVIV Lot #21 CIP | AP cost |
| CO | PALETOWN PLUMBING, LLC | 3440 | 10/20/2012 | 10/18/2012 | 750.00 | CVIV Lot #21 CIP | AP cost |
| CO | PALETOWN PLUMBING, LLC | 3440 | 10/20/2012 | 10/18/2012 | 250.00 | CVIV Lot #21 CIP | AP cost |
| S | PALETOWN PLUMBING, LLC | 3440 | 10/20/2012 | 10/18/2012 | 7,500.00 | CVIV Lot #21 CIP | AP cost |
| | | | 10,000.00 | 10,000.00 | 10,000.00 | | 10,000.00 |
| **30-30-030** | **Plumbing Final** | | | | | | |
| S | PALETOWN PLUMBING, LLC | 3514 | 01/07/2013 | 12/14/2012 | 5,000.00 | CVIV Lot #21 CIP | AP cost |
| CO | PALETOWN PLUMBING, LLC | 3514 | 01/07/2013 | 12/14/2012 | 50.00 | CVIV Lot #21 CIP | AP cost |
| S | PALETOWN PLUMBING, LLC | 3514 | 01/07/2013 | 12/14/2012 | 75.00- | CVIV Lot #21 CIP | AP cost |
| | | | 4,975.00 | 4,975.00 | 4,975.00 | | 4,975.00 |

Apx. 00858

WB Homes002968

HOUSE BOOK SUMMARY REPORT
(with transaction detail)
CVIV Lot #21 CIP

| | Cat | Vendor | Invoice | Accounting Date | Transaction Date | Amount | Description | Trans. Type |
|---|---|---|---|---|---|---|---|---|
| **Cost Code** | | **Cost Code Description** | | **Total Budget** | **Total PO's** | **JTD Cost** | **Remaining Budget (JTD PO's-JTD Cost)** | **Projected Max Cost** |
| **30-30-040** | | **Prop Gas Piping Rough** | | | | | | |
| | CO | PENN VALLEY GAS INC | 1312294 | 02/12/2013 | 01/30/2013 | 172.00 | CVIV Lot #21 CIP | AP cost |
| | CO | PENN VALLEY GAS INC | 1312294 | 02/12/2013 | 01/30/2013 | 172.00 | CVIV Lot #21 CIP | AP cost |
| | S | PENN VALLEY GAS INC | 1312294 | 02/12/2013 | 01/30/2013 | 1,075.00 | CVIV Lot #21 CIP | AP cost |
| | S | PENN VALLEY GAS INC | 1312294 | 02/12/2013 | 01/30/2013 | 135.00 | CVIV Lot #21 CIP | AP cost |
| | S | PENN VALLEY GAS INC | 1312294 | 02/12/2013 | 01/30/2013 | 150.00 | CVIV Lot #21 CIP | AP cost |
| | S | PENN VALLEY GAS INC | 1312294 | 02/12/2013 | 01/30/2013 | 275.00- | CVIV Lot #21 CIP | AP cost |
| | S | PENN VALLEY GAS INC | 1312294 | 02/12/2013 | 01/30/2013 | 430.00 | CVIV Lot #21 CIP | AP cost |
| | | | | **1,859.00** | **1,859.00** | **1,859.00** | | **1,859.00** |
| **30-30-060** | | **HVAC Rough** | | | | | | |
| | CO | C&C HEATING & AIR COND. | 4998 | 12/03/2012 | 11/26/2012 | 255.00 | CVIV Lot #21 CIP | AP cost |
| | S | C&C HEATING & AIR COND. | 4998 | 12/03/2012 | 11/26/2012 | 6,975.00 | CVIV Lot #21 CIP | AP cost |
| | | | | **7,230.00** | **7,230.00** | **7,230.00** | | **7,230.00** |
| **30-30-080** | | **HVAC Final** | | | | | | |
| | CO | C&C HEATING & AIR COND. | 5099 | 01/07/2013 | 12/27/2012 | 450.00 | CVIV Lot #21 CIP | AP cost |
| | S | C&C HEATING & AIR COND. | 4998 | 12/03/2012 | 11/26/2012 | 1,395.00 | CVIV Lot #21 CIP | AP cost |
| | S | C&C HEATING & AIR COND. | 5063 | 01/16/2013 | 12/26/2012 | 5,580.00 | CVIV Lot #21 CIP | AP cost |
| | | | | **7,425.00** | **7,425.00** | **7,425.00** | | **7,425.00** |

Apx. 00859

WB Homes002969

JOB HISTORY

HOUSE BOOK SUMMARY REPORT
(with transaction detail)
CVIV Lot #21 CIP

04/28/2020        Page 11

| Cat | Vendor | Invoice | Accounting Date | Transaction Date | Amount | Description | Trans. Type |
|---|---|---|---|---|---|---|---|

| Cost Code | Cost Code Description | | Total Budget | Total PO's | JTD Cost | Remaining Budget (JTD PO's-JTD Cost) | Projected Max Cost |
|---|---|---|---|---|---|---|---|

**30-30-090   Electrical Service/Rough**

| Cat | Vendor | Invoice | Accounting Date | Transaction Date | Amount | Description | Trans. Type |
|---|---|---|---|---|---|---|---|
| CO | BROTHER'S ELECTRICAL CON | 295988 | 11/15/2012 | 11/05/2012 | 50.00 | CVIV Lot #21 CIP | AP cost |
| CO | BROTHER'S ELECTRICAL CON | 295988 | 11/15/2012 | 11/05/2012 | 90.00 | CVIV Lot #21 CIP | AP cost |
| CO | BROTHER'S ELECTRICAL CON | 295988 | 11/15/2012 | 11/05/2012 | 159.00 | CVIV Lot #21 CIP | AP cost |
| CO | BROTHER'S ELECTRICAL CON | 295988 | 11/15/2012 | 11/05/2012 | 80.00 | CVIV Lot #21 CIP | AP cost |
| CO | BROTHER'S ELECTRICAL CON | 295988 | 11/15/2012 | 11/05/2012 | 242.00 | CVIV Lot #21 CIP | AP cost |
| CO | BROTHER'S ELECTRICAL CON | 295988 | 11/15/2012 | 11/05/2012 | 114.00 | CVIV Lot #21 CIP | AP cost |
| CO | BROTHER'S ELECTRICAL CON | 295988 | 11/15/2012 | 11/05/2012 | 218.00 | CVIV Lot #21 CIP | AP cost |
| CO | BROTHER'S ELECTRICAL CON | 295988 | 11/15/2012 | 11/05/2012 | 436.00 | CVIV Lot #21 CIP | AP cost |
| CO | BROTHER'S ELECTRICAL CON | 295988 | 11/15/2012 | 11/05/2012 | 125.00 | CVIV Lot #21 CIP | AP cost |
| CO | BROTHER'S ELECTRICAL CON | 295988 | 11/15/2012 | 11/05/2012 | 184.00 | CVIV Lot #21 CIP | AP cost |
| CO | BROTHER'S ELECTRICAL CON | 295988 | 11/15/2012 | 11/05/2012 | 102.00 | CVIV Lot #21 CIP | AP cost |
| CO | BROTHER'S ELECTRICAL CON | 295988 | 11/15/2012 | 11/05/2012 | 82.00 | CVIV Lot #21 CIP | AP cost |
| CO | BROTHER'S ELECTRICAL CON | 295989 | 11/15/2012 | 11/05/2012 | 114.00 | CVIV Lot #21 CIP | AP cost |
| CO | BROTHER'S ELECTRICAL CON | 295990 | 11/15/2012 | 11/05/2012 | 495.00 | CVIV Lot #21 CIP | AP cost |
| CO | BROTHER'S ELECTRICAL CON | 295991 | 11/15/2012 | 11/05/2012 | 90.00 | CVIV Lot #21 CIP | AP cost |
| CO | BROTHER'S ELECTRICAL CON | 295991 | 11/15/2012 | 11/05/2012 | 228.00 | CVIV Lot #21 CIP | AP cost |
| CO | BROTHER'S ELECTRICAL CON | 296172 | 11/27/2012 | 11/13/2012 | 228.00 | CVIV Lot #21 CIP | AP cost |
| CO | BROTHER'S ELECTRICAL CON | 296172 | 11/27/2012 | 11/13/2012 | 125.00 | CVIV Lot #21 CIP | AP cost |
| CO | BROTHER'S ELECTRICAL CON | 296172 | 11/27/2012 | 11/13/2012 | 96.00 | CVIV Lot #21 CIP | AP cost |
| CO | BROTHER'S ELECTRICAL CON | 296172 | 11/27/2012 | 11/13/2012 | 46.00 | CVIV Lot #21 CIP | AP cost |
| S | BROTHER'S ELECTRICAL CON | 295988 | 11/15/2012 | 11/05/2012 | 3,839.00 | CVIV Lot #21 CIP | AP cost |
| V12 | BROTHER'S ELECTRICAL CON | 300240 | 02/12/2013 | 01/28/2013 | 175.00 | CVIV Lot #21 CIP | AP cost |
| S | BROTHER'S ELECTRICAL CON | 295988 | 11/15/2012 | 11/05/2012 | 46.00 | CVIV Lot #21 CIP | AP cost |
| S | BROTHER'S ELECTRICAL CON | 295988 | 11/15/2012 | 11/05/2012 | 654.00 | CVIV Lot #21 CIP | AP cost |
| | | | **7,843.00** | **8,018.00** | **8,018.00** | | **8,018.00** |

**30-30-100   Electrical Final**

| Cat | Vendor | Invoice | Accounting Date | Transaction Date | Amount | Description | Trans. Type |
|---|---|---|---|---|---|---|---|
| CO | BROTHER'S ELECTRICAL CON | 298468 | 01/07/2013 | 12/26/2012 | 1,500.00 | CVIV Lot #21 CIP | AP cost |
| S | BROTHER'S ELECTRICAL CON | 298467 | 01/07/2013 | 12/26/2012 | 2,560.00 | CVIV Lot #21 CIP | AP cost |
| | | | **4,060.00** | **4,060.00** | **4,060.00** | | **4,060.00** |

**30-30-125   Low Voltage Prewire - Final**

| Cat | Vendor | Invoice | Accounting Date | Transaction Date | Amount | Description | Trans. Type |
|---|---|---|---|---|---|---|---|
| CO | J M RESOURCES, INC. | 608353 | 01/07/2013 | 12/26/2012 | 250.00 | CVIV Lot #21 CIP | AP cost |
| CO | J M RESOURCES, INC. | 608353 | 01/07/2013 | 12/26/2012 | 50.00 | CVIV Lot #21 CIP | AP cost |
| | | | **300.00** | **300.00** | **300.00** | | **300.00** |

**30-35-000  INSULATION AND DRYWALL**

| | | | **17,786.20** | **17,786.20** | **17,786.20** | | **17,786.20** |

Apx. 00860

WB Homes002970

JOB HISTORY

**HOUSE BOOK SUMMARY REPORT**
**(with transaction detail)**
**CVIV Lot #21 CIP**

04/28/2020          Page 12

| Cat | Vendor | Invoice | Accounting Date | Transaction Date | Amount | Description | Trans. Type |
|-----|--------|---------|-----------------|------------------|--------|-------------|-------------|
| **Cost Code** | **Cost Code Description** | | **Total Budget** | **Total PO's** | **JTD Cost** | **Remaining Budget (JTD PO's-JTD Cost)** | **Projected Max Cost** |

**30-35-010     Insulation**

| | | | | | | | |
|-----|--------|---------|-----------------|------------------|--------|-------------|-------------|
| CO | SHELLY ENTERPRISES USLMB | 4061993 | 02/12/2013 | 01/29/2013 | 1,263.11 | CVIV Lot #21 CIP | AP cost |
| S | SHELLY ENTERPRISES USLMB | 4060646/40609 | 11/27/2012 | 11/19/2012 | 3,507.24 | CVIV Lot #21 CIP | AP cost |
| S | MCELDERRY DRYWALL INC | 36486 | 11/27/2012 | 11/15/2012 | 10,935.00 | CVIV Lot #21 CIP | AP cost |
| | | | **15,705.35** | **15,705.35** | **15,705.35** | | **15,705.35** |

**30-35-020     Caulk and Foam**

| | | | | | | | |
|-----|--------|---------|-----------------|------------------|--------|-------------|-------------|
| S | SHELLY ENTERPRISES USLMB | 4060536 | 11/06/2012 | 11/02/2012 | 365.85 | CVIV Lot #21 CIP | AP cost |
| S | MCELDERRY DRYWALL INC | 36486 | 11/27/2012 | 11/15/2012 | 1,215.00 | CVIV Lot #21 CIP | AP cost |
| | | | **1,580.85** | **1,580.85** | **1,580.85** | | **1,580.85** |

**30-35-030     Drywall**

| | | | | | | | |
|-----|--------|---------|-----------------|------------------|--------|-------------|-------------|
| CO | MCELDERRY DRYWALL INC | 36487 | 11/27/2012 | 11/15/2012 | 500.00 | CVIV Lot #21 CIP | AP cost |
| | | | **500.00** | **500.00** | **500.00** | | **500.00** |

**30-40-000  EXTERIOR FINISH**

| | | | | | | | |
|-----|--------|---------|-----------------|------------------|--------|-------------|-------------|
| | | | **48,098.83** | **48,308.83** | **48,308.83** | | **48,308.83** |

**30-40-020     Siding/Fascia/Soffit**

| | | | | | | | |
|-----|--------|---------|-----------------|------------------|--------|-------------|-------------|
| CO | GRIFFITH EXTERIORS INC. | 451 | 11/27/2012 | 11/08/2012 | 500.00 | CVIV Lot #21 CIP | AP cost |
| CO | MORAN ENTERPRISES, LLC | 937 | 02/01/2013 | 01/23/2013 | 45.00 | CVIV Lot #21 CIP | AP cost |
| S | GRIFFITH EXTERIORS INC. | 451 | 11/27/2012 | 11/08/2012 | 636.90 | CVIV Lot #21 CIP | AP cost |
| S | MORAN ENTERPRISES, LLC | 937 | 02/01/2013 | 01/23/2013 | 224.00 | CVIV Lot #21 CIP | AP cost |
| S | MORAN ENTERPRISES, LLC | 937 | 02/01/2013 | 01/23/2013 | 156.00 | CVIV Lot #21 CIP | AP cost |
| V12 | GRIFFITH EXTERIORS INC. | 454 | 11/27/2012 | 11/08/2012 | 210.00 | CVIV Lot #21 CIP | AP cost |
| S | MORAN ENTERPRISES, LLC | 937 | 02/01/2013 | 01/23/2013 | 455.00 | CVIV Lot #21 CIP | AP cost |
| S | GRIFFITH EXTERIORS INC. | 451 | 11/27/2012 | 11/08/2012 | 1,268.40 | CVIV Lot #21 CIP | AP cost |
| | | | **3,285.30** | **3,495.30** | **3,495.30** | | **3,495.30** |

**30-40-040     Stone Facade-Quarried & Eng**

| | | | | | | | |
|-----|--------|---------|-----------------|------------------|--------|-------------|-------------|
| CO | ANTONIO COLETTA | 111412 | 12/03/2012 | 11/14/2012 | 3,480.00 | CVIV Lot #21 CIP | AP cost |
| CO | ENVIRONMENTAL STONEWORKS | 101277 | 01/07/2013 | 12/14/2012 | 1,295.00 | CVIV Lot #21 CIP | AP cost |
| CO | ENVIRONMENTAL STONEWORKS | 101277 | 01/07/2013 | 12/14/2012 | 252.00 | CVIV Lot #21 CIP | AP cost |
| CO | ENVIRONMENTAL STONEWORKS | 101277 | 01/07/2013 | 12/14/2012 | 350.00 | CVIV Lot #21 CIP | AP cost |
| CO | ENVIRONMENTAL STONEWORKS | 101277 | 01/07/2013 | 12/14/2012 | 150.00 | CVIV Lot #21 CIP | AP cost |
| CO | ENVIRONMENTAL STONEWORKS | 101276 | 01/07/2013 | 12/14/2012 | 6,437.80 | CVIV Lot #21 CIP | AP cost |
| | | | **11,964.80** | **11,964.80** | **11,964.80** | | **11,964.80** |

Apx. 00861

WB Homes002971

JOB HISTORY

HOUSE BOOK SUMMARY REPORT
(with transaction detail)
CVIV Lot #21 CIP

04/28/2020          Page 13

| Cat | Vendor | Invoice | Accounting Date | Transaction Date | Amount | Description | Trans. Type |
|-----|--------|---------|-----------------|------------------|--------|-------------|-------------|
| Cost Code | Cost Code Description | | Total Budget | Total PO's | JTD Cost | Remaining Budget (JTD PO's-JTD Cost) | Projected Max Cost |

| | | | | | | | |
|-----|--------|---------|-----------------|------------------|--------|-------------|-------------|
| **30-40-050** | **Stucco** | | | | | | |
| CO | HOWARD LYNCH PLASTERING, | 215 | 01/07/2013 | 12/11/2012 | 12,393.90 | CVIV Lot #21 CIP | AP cost |
| CO | HOWARD LYNCH PLASTERING, | 215 | 01/07/2013 | 12/11/2012 | 210.00 | CVIV Lot #21 CIP | AP cost |
| CO | HOWARD LYNCH PLASTERING, | 215 | 01/07/2013 | 12/11/2012 | 1,400.00 | CVIV Lot #21 CIP | AP cost |
| CO | HOWARD LYNCH PLASTERING, | 215 | 01/07/2013 | 12/11/2012 | 1,015.00 | CVIV Lot #21 CIP | AP cost |
| CO | HOWARD LYNCH PLASTERING, | 215 | 01/07/2013 | 12/11/2012 | 8,262.60 | CVIV Lot #21 CIP | AP cost |
| | | | 23,281.50 | 23,281.50 | 23,281.50 | | 23,281.50 |
| **30-40-060** | **Garage Doors/Openers** | | | | | | |
| CO | JAYDOR COMPANY | 61846 | 01/07/2013 | 11/26/2012 | 1,635.00 | CVIV Lot #21 CIP | AP cost |
| CO | JAYDOR COMPANY | 61846 | 01/07/2013 | 11/26/2012 | 40.00 | CVIV Lot #21 CIP | AP cost |
| CO | JAYDOR COMPANY | 61846 | 01/07/2013 | 11/26/2012 | 560.00 | CVIV Lot #21 CIP | AP cost |
| | | | 2,235.00 | 2,235.00 | 2,235.00 | | 2,235.00 |
| **30-40-070** | **Driveway Stone Touchup/Bind** | | | | | | |
| S | BP PAVING & EXCAVATING L | 5164 | 11/06/2013 | 10/15/2013 | 2,550.00 | CVIV Lot #21 CIP | AP cost |
| | | | 2,550.00 | 2,550.00 | 2,550.00 | | 2,550.00 |
| **30-40-080** | **Driveway Top** | | | | | | |
| S | BP PAVING & EXCAVATING L | 5164 | 11/06/2013 | 10/15/2013 | 2,422.50 | CVIV Lot #21 CIP | AP cost |
| | | | 2,422.50 | 2,422.50 | 2,422.50 | | 2,422.50 |

WB Homes002972

HOUSE BOOK SUMMARY REPORT
(with transaction detail)
CVIV Lot #21 CIP

| Cat | Vendor | Invoice | Accounting Date | Transaction Date | Amount | Description | Trans. Type |
|-----|--------|---------|-----------------|------------------|--------|-------------|-------------|

| Cost Code | Cost Code Description | | Total Budget | Total PO's | JTD Cost | Remaining Budget (JTD PO's-JTD Cost) | Projected Max Cost |
|-----------|-----------------------|---|--------------|------------|----------|--------------------------------------|--------------------|
| 30-40-110 | Steps to Grade - material | | | | | | |
| CO | SHELLY ENTERPRISES USLMB | 1187484 | 02/06/2013 | 01/09/2013 | 5.14 | CVIV Lot #21 CIP | AP cost |
| CO | SHELLY ENTERPRISES USLMB | 1187484 | 02/06/2013 | 01/09/2013 | 9.56 | CVIV Lot #21 CIP | AP cost |
| CO | SHELLY ENTERPRISES USLMB | 1187484 | 02/06/2013 | 01/09/2013 | 23.93 | CVIV Lot #21 CIP | AP cost |
| CO | SHELLY ENTERPRISES USLMB | 1187484 | 02/06/2013 | 01/09/2013 | 20.26 | CVIV Lot #21 CIP | AP cost |
| CO | SHELLY ENTERPRISES USLMB | 1187484 | 02/06/2013 | 01/09/2013 | 63.56 | CVIV Lot #21 CIP | AP cost |
| CO | SHELLY ENTERPRISES USLMB | 1187484 | 02/06/2013 | 01/09/2013 | 13.67 | CVIV Lot #21 CIP | AP cost |
| CO | SHELLY ENTERPRISES USLMB | 1187484 | 02/06/2013 | 01/09/2013 | 5.79 | CVIV Lot #21 CIP | AP cost |
| CO | SHELLY ENTERPRISES USLMB | 1187484 | 02/06/2013 | 01/09/2013 | 22.28 | CVIV Lot #21 CIP | AP cost |
| CO | SHELLY ENTERPRISES USLMB | 1187505 | 02/06/2013 | 01/09/2013 | 10.28 | CVIV Lot #21 CIP | AP cost |
| CO | SHELLY ENTERPRISES USLMB | 1187505 | 02/06/2013 | 01/09/2013 | 9.56 | CVIV Lot #21 CIP | AP cost |
| CO | SHELLY ENTERPRISES USLMB | 1187505 | 02/06/2013 | 01/09/2013 | 23.93 | CVIV Lot #21 CIP | AP cost |
| CO | SHELLY ENTERPRISES USLMB | 1187505 | 02/06/2013 | 01/09/2013 | 20.26 | CVIV Lot #21 CIP | AP cost |
| CO | SHELLY ENTERPRISES USLMB | 1187505 | 02/06/2013 | 01/09/2013 | 63.56 | CVIV Lot #21 CIP | AP cost |
| CO | SHELLY ENTERPRISES USLMB | 1187505 | 02/06/2013 | 01/09/2013 | 16.41 | CVIV Lot #21 CIP | AP cost |
| CO | SHELLY ENTERPRISES USLMB | 1187505 | 02/06/2013 | 01/09/2013 | 5.79 | CVIV Lot #21 CIP | AP cost |
| CO | SHELLY ENTERPRISES USLMB | 1187505 | 02/06/2013 | 01/09/2013 | 22.28 | CVIV Lot #21 CIP | AP cost |
| CO | SHELLY ENTERPRISES USLMB | 1187505 | 02/06/2013 | 01/09/2013 | 16.07 | CVIV Lot #21 CIP | AP cost |
| | | | 352.33 | 352.33 | 352.33 | | 352.33 |
| 30-40-120 | Steps to grade - labor | | | | | | |
| CO | PERSPECTIVE BUILDERS | 101-13 | 02/06/2013 | 01/14/2013 | 250.00 | CVIV Lot #21 CIP | AP cost |
| CO | PERSPECTIVE BUILDERS | 101-13 | 02/06/2013 | 01/14/2013 | 300.00 | CVIV Lot #21 CIP | AP cost |
| | | | 550.00 | 550.00 | 550.00 | | 550.00 |
| 30-40-150 | Gutters and Downspouts | | | | | | |
| CO | MORAN ENTERPRISES, LLC | 887 | 01/07/2013 | 12/21/2012 | 1,213.60 | CVIV Lot #21 CIP | AP cost |
| | | | 1,213.60 | 1,213.60 | 1,213.60 | | 1,213.60 |
| 30-40-170 | Mailbox | | | | | | |
| S | TOWN & COUNTRY MAILBOX L | 41248 | 02/01/2013 | 01/17/2013 | 243.80 | CVIV Lot #21 CIP | AP cost |
| | | | 243.80 | 243.80 | 243.80 | | 243.80 |
| 30-45-000 | INTERIOR FINISH | | | | | | |
| | | | 67,616.00 | 67,744.02 | 67,702.08 | 41.94 | 67,744.02 |

JOB HISTORY

| Cat | Vendor | Invoice | Accounting Date | Transaction Date | Amount | Description | Trans. Type |
|---|---|---|---|---|---|---|---|
| **Cost Code** | **Cost Code Description** | | **Total Budget** | **Total PO's** | **JTD Cost** | **Remaining Budget (JTD PO's-JTD Cost)** | **Projected Max Cost** |
| **30-45-010** | **Finish Carpentry** | | | | | | |
| CO | OLV GROUP LLC | 2885 | 01/07/2013 | 12/17/2012 | 2,945.80 | CVIV Lot #21 CIP | AP cost |
| CO | OLV GROUP LLC | 2885 | 01/07/2013 | 12/17/2012 | 135.00 | CVIV Lot #21 CIP | AP cost |
| S | OLV GROUP LLC | 2885 | 01/07/2013 | 12/17/2012 | 400.00 | CVIV Lot #21 CIP | AP cost |
| S | OLV GROUP LLC | 2885 | 01/07/2013 | 12/17/2012 | 62.50 | CVIV Lot #21 CIP | AP cost |
| | | | **3,543.30** | **3,543.30** | **3,543.30** | | **3,543.30** |
| **30-45-020** | **Cabinetry Install** | | | | | | |
| CO | KOEHN TRIM CARPENTRY | 114 | 01/07/2013 | 12/18/2012 | 1,400.00 | CVIV Lot #21 CIP | AP cost |
| CO | KOEHN TRIM CARPENTRY | 114 | 01/07/2013 | 12/18/2012 | 150.00 | CVIV Lot #21 CIP | AP cost |
| CO | KOEHN TRIM CARPENTRY | 114 | 01/07/2013 | 12/18/2012 | 100.00 | CVIV Lot #21 CIP | AP cost |
| | | | **1,650.00** | **1,650.00** | **1,650.00** | | **1,650.00** |
| **30-45-030** | **Interior Millwork - matl** | | | | | | |
| M | TAGUE LUMBER OF DOYLESTO | 1209-071526 | 01/21/2013 | 10/02/2012 | 141.75 | CVIV Lot #21 CIP | AP cost |
| CO | TAGUE LUMBER OF DOYLESTO | 1212-084491 | 01/16/2013 | 12/26/2012 | 727.12 | CVIV Lot #21 CIP | AP cost |
| M | TAGUE LUMBER OF DOYLESTO | 1211-081097 | 01/16/2013 | 12/04/2012 | 7,894.63 | CVIV Lot #21 CIP | AP cost |
| M | TAGUE LUMBER OF DOYLESTO | 1212-083925 | 01/16/2013 | 12/21/2012 | 95.08 | CVIV Lot #21 CIP | AP cost |
| M | TAGUE LUMBER OF DOYLESTO | 1212-084103 | 01/16/2013 | 12/21/2012 | 93.92 | CVIV Lot #21 CIP | AP cost |
| M | TAGUE LUMBER OF DOYLESTO | 1212-084490 | 01/16/2013 | 12/26/2012 | 14.75 | CVIV Lot #21 CIP | AP cost |
| | | | **8,967.25** | **8,967.25** | **8,967.25** | | **8,967.25** |
| **30-45-060** | **Kitchen/Bath Cabinets -matl** | | | | | | |
| M | CENTURY KITCHENS, INC. | 200502 | 12/13/2012 | 11/28/2012 | 12,550.61 | CVIV Lot #21 CIP | AP cost |
| | | | **12,550.61** | **12,550.61** | **12,550.61** | | **12,550.61** |
| **30-45-090** | **Counter Tops - Granite-matl** | | | | | | |
| CO | DREAMSTONE GRANITE & MAR | 1691 | 03/26/2013 | 03/14/2013 | 2,730.00 | CVIV Lot #21 CIP | AP cost |
| | | | **2,730.00** | **2,730.00** | **2,730.00** | | **2,730.00** |
| **30-45-130** | **Appliances** | | | | | | |
| CO | GENERAL ELECTRIC | 12-290494 | 11/27/2012 | 11/13/2012 | 69.96 | CVIV Lot #21 CIP | AP cost |
| CO | GENERAL ELECTRIC | 12-319891 | 12/13/2012 | 11/30/2012 | 3,310.38 | CVIV Lot #21 CIP | AP cost |
| CO | GENERAL ELECTRIC | 12-319892 | 12/13/2012 | 11/30/2012 | 1,075.90 | CVIV Lot #21 CIP | AP cost |
| V12 | GENERAL ELECTRIC | 12-362864 | 01/21/2013 | 01/02/2013 | 18.02 | CVIV Lot #21 CIP | AP cost |
| | | | **4,456.24** | **4,474.26** | **4,474.26** | | **4,474.26** |

Apx. 00864

HOUSE BOOK SUMMARY REPORT
(with transaction detail)
CVIV Lot #21 CIP

| Cat | Vendor | Invoice | Accounting Date | Transaction Date | Amount | Description | Trans. Type |
|---|---|---|---|---|---|---|---|
| **Cost Code** | **Cost Code Description** | | **Total Budget** | **Total PO's** | **JTD Cost** | **Remaining Budget (JTD PO's-JTD Cost)** | **Projected Max Cost** |
| **30-45-150** | **Ceramic Tile** | | | | | | |
| CO | GEGECKAS FAMILY TILE INC | CV21 | 02/08/2013 | 12/03/2012 | 395.00 | CVIV Lot #21 CIP | AP cost |
| S | GEGECKAS FAMILY TILE INC | CV21 | 02/08/2013 | 12/03/2012 | 4,710.00 | CVIV Lot #21 CIP | AP cost |
| | | | **5,105.00** | **5,105.00** | **5,105.00** | | **5,105.00** |
| **30-45-160** | **Flooring - Underlayment** | | | | | | |
| S | ROY LOMAS CARPET CONTRAC | 029719 | 01/07/2013 | 12/20/2012 | 166.00 | CVIV Lot #21 CIP | AP cost |
| S | ROY LOMAS CARPET CONTRAC | 029719 | 01/07/2013 | 12/20/2012 | 10.00 | CVIV Lot #21 CIP | AP cost |
| | | | **176.00** | **176.00** | **176.00** | | **176.00** |
| **30-45-170** | **Flooring - Hardwood** | | | | | | |
| CO | ROY LOMAS CARPET CONTRAC | 029719 | 01/07/2013 | 12/20/2012 | 1,258.00 | CVIV Lot #21 CIP | AP cost |
| CO | ROY LOMAS CARPET CONTRAC | 029719 | 01/07/2013 | 12/20/2012 | 400.00 | CVIV Lot #21 CIP | AP cost |
| CO | ROY LOMAS CARPET CONTRAC | 029719 | 01/07/2013 | 12/20/2012 | 680.00 | CVIV Lot #21 CIP | AP cost |
| CO | ROY LOMAS CARPET CONTRAC | 029719AO | 01/07/2013 | 12/20/2012 | 507.00 | CVIV Lot #21 CIP | AP cost |
| S | ROY LOMAS CARPET CONTRAC | 029719 | 01/07/2013 | 12/20/2012 | 6,120.00 | CVIV Lot #21 CIP | AP cost |
| | | | **8,965.00** | **8,965.00** | **8,965.00** | | **8,965.00** |
| **30-45-180** | **Flooring - Resilient** | | | | | | |
| S | ROY LOMAS CARPET CONTRAC | 029719 | 01/07/2013 | 12/20/2012 | 200.00 | CVIV Lot #21 CIP | AP cost |
| | | | **200.00** | **200.00** | **200.00** | | **200.00** |
| **30-45-190** | **Flooring - Carpet** | | | | | | |
| S | ROY LOMAS CARPET CONTRAC | 029719 | 01/07/2013 | 12/20/2012 | 3,960.00 | CVIV Lot #21 CIP | AP cost |
| CO | ROY LOMAS CARPET CONTRAC | 029719 | 01/07/2013 | 12/20/2012 | 33.00 | CVIV Lot #21 CIP | AP cost |
| CO | ROY LOMAS CARPET CONTRAC | 029719 | 01/07/2013 | 12/20/2012 | 308.00- | CVIV Lot #21 CIP | AP cost |
| CO | ROY LOMAS CARPET CONTRAC | 029719 | 01/07/2013 | 12/20/2012 | 154.00 | CVIV Lot #21 CIP | AP cost |
| S | ROY LOMAS CARPET CONTRAC | 029719 | 01/07/2013 | 12/20/2012 | 374.00 | CVIV Lot #21 CIP | AP cost |
| V11 | ROY LOMAS CARPET CONTRAC | 029719V | 02/06/2013 | 01/22/2013 | 110.00 | CVIV Lot #21 CIP | AP cost |
| | | | **4,213.00** | **4,323.00** | **4,323.00** | | **4,323.00** |

WB Homes002975

JOB HISTORY

Case 2:21-cv-03977-MAK   Document 19-22   Filed 01/25/22   Page 18 of 79

HOUSE BOOK SUMMARY REPORT
(with transaction detail)
CVIV Lot #21 CIP

04/28/2020          Page 17

| | Cat | Vendor | Invoice | Accounting Date | Transaction Date | Amount | Description | Trans. Type |
|---|---|---|---|---|---|---|---|---|
| Cost Code | | Cost Code Description | | Total Budget | Total PO's | JTD Cost | Remaining Budget (JTD PO's-JTD Cost) | Projected Max Cost |

**30-45-200     Bath Hardware**

| | CO | ROMAN BUILDING PRODUCTS, | 73558 | 01/28/2013 | 01/04/2013 | 20.00 | CVIV Lot #21 CIP | AP cost |
| | CO | ROMAN BUILDING PRODUCTS, | 73558 | 01/28/2013 | 01/04/2013 | 62.00 | CVIV Lot #21 CIP | AP cost |
| | CO | ROMAN BUILDING PRODUCTS, | 73558 | 01/28/2013 | 01/04/2013 | 395.00 | CVIV Lot #21 CIP | AP cost |
| | S | ROMAN BUILDING PRODUCTS, | 73558 | 01/28/2013 | 01/04/2013 | 400.00 | CVIV Lot #21 CIP | AP cost |
| | S | ROMAN BUILDING PRODUCTS, | 73558 | 01/28/2013 | 01/04/2013 | 130.00 | CVIV Lot #21 CIP | AP cost |
| | S | ROMAN BUILDING PRODUCTS, | 73558 | 01/28/2013 | 01/04/2013 | 67.50 | CVIV Lot #21 CIP | AP cost |
| | S | ROMAN BUILDING PRODUCTS, | 73558 | 01/28/2013 | 01/04/2013 | 20.00 | CVIV Lot #21 CIP | AP cost |
| | S | ROMAN BUILDING PRODUCTS, | 73558 | 01/28/2013 | 01/04/2013 | 35.00 | CVIV Lot #21 CIP | AP cost |
| | S | ROMAN BUILDING PRODUCTS, | 73558 | 01/28/2013 | 01/04/2013 | 125.00 | CVIV Lot #21 CIP | AP cost |
| | O | NJB PAINTING INC | 2302 | 01/16/2013 | 12/12/2012 | 198.00 | CVIV Lot #21 CIP | AP cost |
| | S | NJB PAINTING INC | 2308 | 01/07/2013 | 12/20/2012 | 2,924.28 | CVIV Lot #21 CIP | AP cost |
| | S | NJB PAINTING INC | 2297 | 01/09/2013 | 12/07/2012 | 8,772.72 | CVIV Lot #21 CIP | AP cost |
| | | | | **13,149.50** | **13,149.50** | **13,149.50** | | **13,149.50** |

**30-45-210     Vinyl Shelf**

| | S | ROMAN BUILDING PRODUCTS, | 73558 | 01/28/2013 | 01/04/2013 | 699.00 | CVIV Lot #21 CIP | AP cost |
| | | | | **740.94** | **740.94** | **699.00** | **41.94** | **740.94** |

**30-45-220     Final Clean**

| | S | DIANE COSENZA | 1895 | 03/26/2013 | 01/14/2013 | 589.16 | CVIV Lot #21 CIP | AP cost |
| | | | | **589.16** | **589.16** | **589.16** | | **589.16** |

**30-45-230     Final Clean -touch up clean**

| | CO | DIANE COSENZA | 1881 | 01/21/2013 | 01/02/2013 | 430.00 | CVIV Lot #21 CIP | AP cost |
| | S | DIANE COSENZA | 1895 | 03/26/2013 | 01/14/2013 | 150.00 | CVIV Lot #21 CIP | AP cost |
| | | | | **580.00** | **580.00** | **580.00** | | **580.00** |

**30-50-000   LANDSCAPING**

| | | | | **7,774.75** | **7,774.75** | **8,033.49** | **258.74-** | **8,033.49** |

**30-50-010     Rake/Seed**

| | O | | | 03/31/2009 | 03/31/2009 | 417.85 | Mar 31 Balance | JC cost |
| | S | AMC NURSERY & LANDSCAPIN | 15502 | 06/06/2013 | 05/03/2013 | 3,816.00 | CVIV Lot #21 CIP | AP cost |
| | | | | **3,946.18** | **3,946.18** | **4,233.85** | **287.67-** | **4,233.85** |

Apx. 00866

JOB HISTORY

HOUSE BOOK SUMMARY REPORT
(with transaction detail)
CVIV Lot #21 CIP

04/28/2020          Page 18

| Cat | Vendor | Invoice | Accounting Date | Transaction Date | Amount | Description | Trans. Type |
|---|---|---|---|---|---|---|---|
| **Cost Code** | **Cost Code Description** | | **Total Budget** | **Total PO's** | **JTD Cost** | **Remaining Budget (JTD PO's-JTD Cost)** | **Projected Max Cost** |

**30-50-020  Straw mulch**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| CO | AMC NURSERY & LANDSCAPIN | 15502 | 06/06/2013 | 05/03/2013 | 1,445.00 | CVIV Lot #21 CIP | AP cost |
| S | AMC NURSERY & LANDSCAPIN | 15502 | 06/06/2013 | 05/03/2013 | 848.00 | CVIV Lot #21 CIP | AP cost |
| | | | **2,321.93** | **2,321.93** | **2,293.00** | **28.93** | **2,321.93** |

**30-50-060  Fence**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| CO | CARFARO, INC. | 0069993-IN | 01/21/2013 | 01/07/2013 | 1,506.64 | CVIV Lot #21 CIP | AP cost |
| | | | **1,506.64** | **1,506.64** | **1,506.64** | | **1,506.64** |

**30-55-000 UTILITIES**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | **1,728.95** | **1,728.95-** | **1,728.95** |

**30-55-010   Construction Electric**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| O | P P & L | 012313-CVIV21 | 02/04/2013 | 01/23/2013 | 234.93 | CVIV21 74072-88007 | AP cost |
| | | | | | **234.93** | **234.93-** | **234.93** |

**30-55-020   Construction Propane/Gas**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| O | PENN VALLEY GAS INC | 1289254 | 12/20/2012 | 11/29/2012 | 279.84 | CVIV21 PROPANE | AP cost |
| O | PENN VALLEY GAS INC | 1304300 | 01/23/2013 | 01/10/2013 | 139.92- | CVIV21 PROPANE | AP cost |
| O | PENN VALLEY GAS INC | 538014 | 02/04/2013 | 01/29/2013 | 1,354.10 | CVIV21 PROPANE | AP cost |
| | | | | | **1,494.02** | **1,494.02-** | **1,494.02** |

Apx. 00867

WB Homes002977

**ROY LOMAS CARPET CONTRACTOR**
**P.O. BOX 269**
**2150 DETWEILER ROAD**
**KULPSVILLE, PA  19443**
**Telephone: 215-256-9575 Fax: 215-256-9589**

Page   1

**029719V3**

| **INVOICE** |

| Sold To | Ship To |
|---|---|
| W.B. HOMES<br>404 SUMNEYTOWN PIKE<br>SUITE 200<br>NORTH WALES, PA  19454 | CLUB VIEW @ INDIAN VALLEY #21<br>PISONI, JOSEPH/KATHLEEN<br>398 AUGUSTA DRIVE<br>TELFORD, PA  18969 |

| Invoice Date | Tele #1 | PO Number | Order Number |
|---|---|---|---|
| 11/17/15 | 215-699-0800 | 9892-001 / DAVE | 029719V3 |

```
MBR      WATER DAMAGE RECOVERY      12/18/12      FAMOUR FLAIR OVER 1/2" 8LB
                                                  BY ELLIS

H/O 267 254 2414C MR
    267 382 0853H
    859 444 0101W MR
    267 254 2414C MS

APP A 6 X 8 OF PAD REQUIRED, NEW TACK STRIP TOO.

REPLACE PAD SECTION AND REINSTALL CARPET.   CHARGEABLE SERVICE.

WB SERVICE ORDER 9892-001.

RF 10/27/15
-----------------------------------------------------------------
11/17/15 - DAVE REPLACED A SECTION OF WATER DAMAGED PAD AND
           REINSTALLED THE CARPET IN THE MBR. COMPLETED AND
           CHARGEABLE TO BUILDER
           1 HR @ $55/HR + MATERIAL $18.00 = TOTAL $73.00
```

TERMS: 21 DAYS

CV&V #21

| INVOICE TOTAL: | $73.00 |
|---|---|
| Less Payment(s): | 0.00 |
| BALANCE DUE: | $73.00 |

RECEIVED NOV 2 3 2015

Apx. 00868

WB Homes002939



# Atlantic
## Building Products, Inc.
56 Ash Circle
Warminster, PA 18974

# Invoice

| Date | Invoice # |
|------|-----------|
| 4/21/2016 | 39748 |

**Bill To**

W B Homes Inc
404 Sumneytown Pike, Suite 200
North Wales, PA 19454

**Ship To**

CLUBVIEW@ INDIAN VALLEY
398 AUGUSTA DRIVE
TELFORD,PA
PISONI RESIDENCE

| Rep | S.O. No. | P.O. No. | Terms |
|-----|----------|----------|-------|
| RM | 38599 | 10097-001 | Net 45 |

| Description | Site | Qty | Rate | Amount |
|-------------|------|-----|------|--------|
| SILVERLINE ORDER #22965244<br>WB/PISONI RESIDENCE<br>1-3/0X5/0 DH, 4 9/16 EXT JAMB, FULL SCREEN, CONTOUR COLONIAL GRIDS ,<br>LOWE | QUAKE... | 1 | 232.59 | 232.59T |

50% Deposit required on all special orders. All returns are subject to a restocking charge.

| | |
|---|---|
| **Subtotal** | $232.59 |
| **Sales Tax** | $13.96 |
| **Total** | $246.55 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $246.55 |

| Phone # | Fax # | Web Site |
|---------|-------|----------|
| 215-538-2333 | 215-538-9933 | www.atlanticbuildingproducts.com |

Apx. 00869

WB Homes002940

Campbell Brothers Plumbing, Inc.

255 East Paletown Road
Quakertown, PA  18951

# Invoice

| Date | Invoice # |
|------|-----------|
| 7/22/2016 | 5293 |

**Bill To**

W. B. Homes
404 Sumneytown Pike
Suite 200
North Wales, PA  19454

**Ship To**

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
|  |  |  | 7/22/2016 |  |  |  |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
|  | 14 Plumbing | JOE PISONI 398 AUGUSTA DRIVE TELFORD REPLACE OUTSIDE HOSE BIB PER DAVE MCGUIRE Plumbing *CVIV # 21* | 250.00 | 250.00 |

| | **Total** | $250.00 |
|--|-----------|---------|

Apx. 00870

WB Homes002941



**The OMNIA Group, Inc.**
323 S YORK ROAD
HATBORO, PA 19040

# INVOICE

| | |
|---|---|
| Invoice Date: | 11/30/16 |
| Due Date: | 12/30/16 |
| Total Amount: | $160.00 |
| Number: | 20926 |
| PO Number: | Jack Boyd Request |
| Terms: | Net 30 |
| Project: | 14078- |

**WB Homes**
404 Sumneytown Pike
Suite 200
North Wales, PA 19454

## INVOICE SUMMARY

| Description | Amount |
|---|---|
| CLUB VIEW AT INDIAN VALLEY BENNINGTON LOT 21 | $160.00 |
| Design Development for elevations for client eliminating stucco. | |
| **TOTAL AMOUNT DUE** | **$160.00** |

Thank you for your business!

Credit Card payments subject to 3.5% processing fee.
Finance charge of 1.5% will be added on past due balances.

Creativity Delivered!

www.theomniagroup.com                    215-442-1780

Apx. 00871

WB Homes002942



**The OMNIA Group, Inc.**
323 S YORK ROAD
HATBORO, PA 19040

RECEIVED DEC 19 2016

# INVOICE

| | |
|---|---|
| Invoice Date: | 12/14/16 |
| Due Date: | 01/13/17 |
| Total Amount: | $160.00 |
| Number: | 20954 |
| PO Number: | Jack Boyd |
| Terms: | Net 30 |
| Project: | 16122-Club View at Indian Valley |

**WB Homes**
404 Sumneytown Pike
Suite 200
North Wales, PA 19454

## INVOICE SUMMARY

| Description | Amount |
|---|---|
| BENNINGTON LOT 21<br>Elevation designs to show owner with<br>stucco replacement issue. | $160.00 |
| **TOTAL AMOUNT DUE** | **$160.00** |

Thank you for your business!

Credit Card payments subject to 3.5% processing fee.
Finance charge of 1.5% will be added on past due balances.

Creativity Delivered!

www.theomniagroup.com                      215-442-1780

Apx. 00872

WB Homes002943



# INVOICE

Page 1 of 1

WARMINSTER BRANCH
ATLANTIC BUILDING PRODUCTS
56 ASH CIRCLE
WARMINSTER, PA 18974-4800
Telephone: 215-672-1400

| INVOICE NO. | V613559 |
|---|---|
| INVOICE DATE | 04/10/17 |
| DUE DATE | 05/25/17 |
| CUSTOMER NO. | 909490 |

REMIT TO:
**ATLANTIC BUILDING PRODUCTS
PO BOX 415896
BOSTON, MA 02241-5896**

WAREHOUSE:
WARMINSTER BRANCH
ATLANTIC BUILDING PRODUCTS
56 ASH CIRCLE
WARMINSTER, PA 18974-4800
Telephone: 215-672-1400

**SOLD TO:**

83 5 SP 1.820   E0004X  I0062 D2383766767 S2 P4161337 0001:0023

W B HOMES INC
404 N SUMNEYTOWN PIKE STE 200
NORTH WALES PA 19454-2537

SHIP TO:

W B HOMES INC
398 AUGUSTA DRIVE
TELFORD, PA 18969

| SLS | SHIP VIA | TERMS |
|---|---|---|
| 351 | OUR TRUCK | NET 45 DAYS |

| CUSTOMER PURCHASE ORDER NO. | TAX | JOB # AND NAME | ORDERED BY |
|---|---|---|---|
| DAVE M | 6.000 | ICLUBVIEW | DAVE M |

| PRODUCT | DESCRIPTION | U/M | QUANTITY | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|
| WLFSH344896 | WLF PVC SMOOTH SHT 3/4"X48"X96" | PC | 2 | 140.8500 | 281.70 |

SIGN UP NOW TO PAY YOUR BILLS AND MANAGE YOUR
ACCOUNT ONLINE. CONTACT THE CREDIT DEPARTMENT
TO GET STARTED: CALL (877) 552-5749 OR
EMAIL CREDIT@QUALITYROOFINGSUPPLY.COM

RECEIVED APR 21 2017

| RECEIVED BY | SUB-TOTAL | TAX | HANDLING/RESTOCK | SHIPPING | TOTAL AMOUNT |
|---|---|---|---|---|---|
| | 281.70 | 16.90 | .00 | .00 | 298.60 |

01:0023

ALL SALES ARE SUBJECT TO THE ACCOMPANYING OR PRE-APPROVED TERMS AND
CONDITIONS, INCLUDING WARRANTY, DISCLAIMER AND LIMITATIONS OR REMEDIES

Apx. 00873

WB Homes002944

**Foundation Restoration, LLC**
3425 B Bethlehem Pike
Souderton, PA  18964 US
267-897-4009
workorders@foundationrestora
tions.com
http://www.foundationrestoratio
ns.com

Invoice 6038

BILL TO

WB Homes, Inc.
404 Sumneytown Pike
Suite 200
North Wales, PA  19454

| DATE | | DUE DATE |
|------|---|----------|
| 06/05/2017 | | 06/04/2017 |

**SERVICE ADDRESS**
398 Augusta Dr Telford

| ACTIVITY | AMOUNT |
|----------|--------|
| Foundation repair | |
| Repair leaking foundation crack on front wall | 425.00 |

| TOTAL DUE | $425.00 |
|-----------|---------|

THANK YOU

RECEIVED JUN 08 2017

We also install industrial quality deck, garage, and balcony coatings.  Call 267 328 6654 for more info.

Apx. 00874

WB Homes002945

Exterior Options Inc
P.O. Box 80
Flourtown, PA  19038
(215) 830-9899
exteriorwalls@gmail.com

# INVOICE

**BILL TO**

WB Homes
404 N. Sumneytown Pike
North Wales, PENNSYLVANIA
19454

**INVOICE #** 1108
**DATE** 04/26/2017
**DUE DATE** 05/26/2017
**TERMS** Net 30

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Remediation** Page #9 and #10 remove the existing stucco off on small return wall. Repair any damaged framing. Install a new stucco system.  Skim coat and color coat the stucco panel and two stucco panels going up the roof line. | 1 | 1,216.00 | 1,216.00 |
| **Remediation** Page #11 remove the existing stucco off the entire garage gable.  Repair any damaged framing.  Install a new stucco system.  Remove and replace one window.  Supply and install 8 blockers. | 1 | 24,240.00 | 24,240.00 |
| **Remediation** Page #12 remove the existing stucco off the far right panel and the return wall of the breakfast room.  Repair any damaged framing.  Install a new stucco system.  Remove and replace the patio steps to install an azec panel. | 1 | 10,000.00 | 10,000.00 |
| **Remediation** Page #14 skim coat and color coat the two gable ends after the four corners at the gutter ends where cut open and repaired. | 1 | 7,438.00 | 7,438.00 |
| **Misc** Cut in two kick out flashings at the front porch roof lines in the stone. | 1 | 2,000.00 | 2,000.00 |
| **Misc** Caulk all windows in the stucco panels. | 1 | 3,655.00 | 3,655.00 |

CVIV Lot #21 Pisoni

**BALANCE DUE**

**$48,549.00**

There will be no warranty on wall panels that are skimmed coat only.

Apx. 00875

WB Homes002946

Exterior Options Inc
P.O. Box 80
Flourtown, PA  19038
(215) 830-9899
exteriorwalls@gmail.com

# INVOICE

**BILL TO**

WB Homes
404 N. Sumneytown Pike
North Wales, PENNSYLVANIA
19454

INVOICE # 1135
DATE 06/06/2017
DUE DATE 07/06/2017
TERMS Net 30

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Stucco**<br>Supply and install skim coat and color coat on the back walls.  This price includes the daylight steps. | 1 | 11,232.00 | 11,232.00 |
| **Stone**<br>Remove the stone on the upper right corner.  Repair the damaged sheathing.  Supply and install new stone. | 1 | 3,000.00 | 3,000.00 |

398 Augusta Dr.

BALANCE DUE

## $14,232.00

Apx. 00876

WB Homes002947

398 Augusta Dr. Telford, PA 18969

Pisoni family out-of-pocket expenses due to water infiltration and remediation performed by WB Homes.

| Expense | Provider | Cost |
| --- | --- | --- |
| Stucco Inspection | The Green Valley Group | $1,200 |
| 3 yards Black-dyed mulch (delivered): | The Mulch Barn | $120 |
| 2 curtains dry-cleaning | Thoroclean Collegeville | $148 |
| Carpet Cleaning | Stanley Steemer | $110 |
| Kilz | Walmart | $8 |
| White Ceiling Paint | Sherwin Williams | $14 |
| Replace two shrubs - Godshall side of house | Green Acres Nursery | $57 |
| Replace ornamental grass | Farm & Garden Station | $15 |
| Baseboard molding | Lowes | $21 |
| Drywall | Lowes | $11 |
| | | $1,704 |

WB Homes002948

## Pat Shari

| | |
|---|---|
| **From:** | Pisoni, Joseph <Joseph.Pisoni@fmr.com> |
| **Sent:** | Tuesday, August 29, 2017 2:43 PM |
| **To:** | Jack Boyd; Pisoni, Joseph |
| **Cc:** | Dave McGuire; Pat Shari |
| **Subject:** | Stucco Remediation Expenses - 398 Augusta Dr. |
| **Attachments:** | Pisoni Stucco Remediation Expenses_398 Augusta.pdf |

Good afternoon Jack,

I hope you had an enjoyable summer.

Last weekend I completed the final repairs of damages resulting from our stucco remediation. The attached report documents the out-of-pocket expenses my family has endured as a result of the water infiltration in our home and subsequent remediation process. $1,704 represents pure dollar costs to my family and does not include any amount for time, my labor, or other incidentals or damages such as materials, supplies, travel, inconvenience, etc. I've kept this as simple as possible in an effort to bring this matter to a swift and complete resolution.

I do want you to know we appreciate WB's attention and assistance with the situation and likewise look forward to your cooperation with this final matter of reimbursement for reasonable costs incurred. If you could please confirm receipt of this email and remit payment within 14 days that would be appreciated.

Please do not hesitate to contact me if you have any questions.

Thanks

Joe Pisoni

Joe Pisoni
Vice President, Managing Director
Relationship Management
Workplace Investing

Mailing Address:
Fidelity Investments
200 Seaport Blvd. V6A
Boston, MA 02210
Office: Telford, PA

tel: 859.444.0101
fax: 859.392.4072
Email: joseph.pisoni@fmr.com

Check out Fidelity Forum℠ at http://www.fidelity.com/fidelityforum -- a one-stop Web site for employers that focuses on public policy, fiduciary, regulatory and investment issues that may impact your organization most.

Notice: All e-mail sent to or from Fidelity Investments is subject to retention, monitoring and/or review by Fidelity personnel.

Please note that Fidelity is unable to accept orders left over voicemail or email regarding any account.

Apx. 00878

WB Homes002949



## Receipt for transaction

Name on card: Joseph Pisoni

Amount: $1,200.00

Date/Time: 03/05/2017 10:05PM

Inspection: 398 Augusta Dr, Telford, PA 18969 on 02/27/2017 2:00PM

**The Green Valley Group**
**(610) 347-0620**
kevin@thegreenvalleygroup.com

Secure Connection







WB Homes002951





Apx. 00881

WB Homes002952




Apx. 00882

WB Homes002953





WB Homes002954






Apx. 00884

WB Homes002955







Apx. 00885

WB Homes002956





Apx. 00886

WB Homes002957



Apx. 00887

WB Homes002958

**Foundation Restoration, LLC**

3425 B Bethlehem Pike
Souderton, PA  18964 US
267-897-4009
workorders@foundationre
storations.com
http://www.foundationrest
orations.com

**Foundation Restoration**

Invoice  6121

BILL TO

WB Homes, Inc.
404 Sumneytown Pike
Suite 200
North Wales, PA  19454

| DATE | PLEASE PAY | DUE DATE |
|------|------------|----------|
| 09/26/2017 | $425.00 | 10/26/2017 |

SERVICE ADDRESS

398 Augusta Dr Telford PA   OVIV2I

| ACTIVITY | AMOUNT |
|----------|--------|
| **Foundation repair**<br>Repair leaking foundation crack on front wall of basement | 425.00 |
| This was completed 6/16/17.  Not sure why it was not billed.  Apologies... | |
| TOTAL DUE | $425.00 |

THANK YOU.

Your single source for leaks, cracks, structural repairs and coatings.

Apx. 00888

WB Homes002959



**The GreenValleyGroup**

*Home Inspections – Thermal Imaging – Building Envelope Forensics*

# Building Moisture Survey

**Prepared For:**

**Joe Pisoni**
**398 Augusta Dr**
**Telford PA 18969**








Apx. 00889

WB Homes002978

**The Green Valley Group**

# Table of Contents

Cover Page ................................................. 1

Table of Contents ....................................... 2

Intro Page ................................................. 3

1 Reading Moisture Levels ........................... 7

2 Front Elevation ...................................... 8

3 Left Elevation ...................................... 11

4 Rear Elevation ...................................... 12

5 Right Elevation ...................................... 14

6 General Observations ............................. 15

7 Summary and Recommendations ............ 29

8 General Information Pages (THESE ARE NOT PICTURES OF YOUR HOME) ...................... 30

**398 Augusta Dr**

WB Homes002979

**The Green Valley Group**

| Date: 2/27/2017 | Time: 02:00:00 PM | Report ID: 170227 PISONI |
|---|---|---|
| Property:<br>398 Augusta Dr<br>Telford PA 18969 | Customer:<br>Joe Pisoni | Real Estate Professional: |

Dear Joe Pisoni,

The property at 398 Augusta Dr, Telford, PA 18969 was the subject of a visual, moisture meter or an infrared (IR) survey on 2/27/2017. Areas agreed and designated by the client for this survey are listed in this document.

**The Green Valley Group**, an Authorized MoistureFindIR™ and Exterior Design Institute Contractor, was retained for a visual inspection, an invasive inspection through probe testing and if deemed necessary by Inspector, thermal imaging or core samples (to gather more detail) of the building of the target areas in an effort to identify areas of suspect moisture and to document the areas for further review. Further investigations of these areas or destructive testing may reveal additional conditions that were not readily visible at time of inspection. This report is based on information obtained at the site at the given date and time. We document our findings with a visual photograph and or an infrared thermogram of the area. The purpose of any infrared thermography service is to thermally map moisture presence in given locations. Atmospheric conditions and time of day all affect whether thermal imaging can be accurately performed during the inspection. Due to tight scheduling during the day and weather changes, not all inspections can be subject to thermal imaging. Our inspection is designed to comply with accepted industrial standards when at all possible and will be performed in a non-destructive manner, however at times destructive testing may be necessary. Our inspection is not meant to be a guarantee of all affected areas; only those that reveal themselves at the time of the inspection to our moisture detection tools such as infrared thermography, moisture meter technology, visual and our experience.

This Inspection Report is copyrighted by The Green Valley Group for our use and the private use of our Client. It is not intended for the use of, nor is it to be relied upon by, any other party. Any other use of this Inspection Report without the consent of The Green Valley Group is prohibited. The report is based on the information available to us at this time as described in the report. Should additional information become available at a later date, we reserve the right to determine the impact, if any, the new information may have on our discovery and recommendations and to revise our opinions and conclusions if necessary and warranted. Some anomalies were verified by using a moisture meter to check the moisture content. We can make no representations regarding conditions that may be present but concealed or inaccessible during the survey. With access and an opportunity for inspection, additional reportable conditions may be discovered. Inspection of the inaccessible areas will be performed at an additional cost after access is provided. Please note that the provision of a scope of work for remedial repairs is not the purpose of this inspection. Further investigation may be needed to determine the extent of water damage, if any, hidden defects and how best to modify your home to address any moisture problems that may be indicated by this inspection.

**LIMITATIONS OF LIABILITY**: Because this is a limited inspection, we can make no guarantee, expressed or implied, that our observations and/or random moisture readings offer conclusive evidence that no installation or moisture problems exist, or that problems

**398 Augusta Dr**

WB Homes002980

found are all-inclusive. This inspection company, its employees and any divisions shall not be liable for non-visual defects, unseen defects, unspecified defects or hidden damage and conditions existing on the subject property and hereby disclaims any liability or responsibility thereof. All parties concerned agree to hold harmless and indemnify this inspection company involving any liabilities that may result. The inspector can only observe conditions and measure moisture present at the time of our visit. The test and report is not a warranty against future moisture entry or accumulation, but our best interpretation of measurements of wall moisture conditions made with the house at the time. There is no "pass/fail" or certification that any cladding or stucco is "okay."

## Orientation

We will describe the locations of the various features of this property, left or right, etc., as though we were standing in the street looking at the front of building.

## General Analysis

We recommend that your maintenance team or qualified contractor carefully review this report. Then, with reference to the imagery and areas denoted in the report, these areas should be physically located and given a thorough visual examination. When warranted, these areas should be subjected to a destructive investigation to confirm the analysis and determine the possible detrimental effects the moisture may have provided to the concealed building materials. We recommend a specialist conduct additional testing as needed if mold is found during any remediation to evaluate the environmental condition of the building. In addition, a Water Restoration or Remediation professional should be considered to properly contain and dry the affected building materials if applicable. Any destructive testing performed as authorized by the client must be repaired by others and is not considered in this scope of our work. Services such as interpretation of thermal patterns documented in this report and any remedial and replacement recommendations should be performed by knowledgeable experts.

We recommend all areas we locate in this report showing moisture anomalies should be evaluated further to find out the cause and repaired. Our recommendations are not intended as criticisms of the building, but rather as professional opinions regarding conditions that we observed.

Our reports are designed to be clear, concise and useful. Please review this report carefully. If there is anything you would like us to explain, or if there is other information you would like, please feel free to call us as we would be happy to answer any questions.

Sincerely,
**Kevin B. Thompson** MET, ACI, CIT, EDI
Exterior Design Institute Certificate # PA101
DE State Home Inspector Licence #0000009
Infraspection Level II Certified Infrared Thermographer #8211
American Society of Home Inspectors Certified Inspector ASHI #251660
**The Green Valley Group**
**P.O. Box 242, Unionville, PA 19375**
*Authorized MoistureFindIR™ and Exterior Design Institute Inspector*

**398 Augusta Dr**

WB Homes002981

**The Green Valley Group**

# Comment Key or Definitions

The following definitions of comment descriptions represent this inspection report. All comments by the inspector should be considered before purchasing or for making repairs to this home. Any recommendations by the inspector suggests a second opinion or further inspection by a qualified contractor. All costs associated with further inspection fees and repair or replacement of item, component or unit should be considered before you purchase the property. Further investigation may be needed to determine the extent of water damage (if any) or hidden defects and how best to modify your home to address any moisture or installation problems that may be indicated by this inspection.

**Installed (IN)** = I visually observed the item, component or unit, if portions of the installed item, component or unit are not visible the inspector can not comment on such, and if no other comments were made then it appeared to be functioning as intended allowing for normal wear and tear.

**Limited Inspection (LI)** = The elevation was not fully inspected due to limitations, client preferences or other factors.

**Inadequate (INA)** = The item, component or unit may be not installed, is sub-standard or not functioning as intended and we recommend further evaluation and repair by a qualified contractor.

**Not Applicable (NA)** = This item, component or unit is not applicable to this home or building.

**Not Inspected (NI)** = I did not inspect this item, component or unit and made no representations of whether or not it was functioning as intended.

**Unknown ( ? )** = I did not or was not able to inspect, or comment on the condition of this item, component or unit and made no representations of whether or not it was functioning as intended.

**Yes** = Answers a question as Yes

**No** = Answers a question as No

We use Delmhorst BD-2100 moisture meters. These meters have a built in calibration check system. The calibration is checked prior to each inspection and during the inspection along with the use of insulated probes. Please note that the moisture readings included in this report are the raw data recorded by the probe meters. Moisture levels are affected by ambient weather conditions and other factors, and this can result in variations between the readings taken on one day and readings taken in the same location on another day. We do take into account the changes in weather conditions when testing for substrate moisture. The holes are carefully checked for stray wire lathe that could alter the results. The holes are then blown clean and filled using Dow Corning 790 industrial sealant to match as close as possible.

| In Attendance: | Type of building: | Approximate age of building: |
|---|---|---|
| Owner | Single Family (2 story) | Under 5 Years |

| Weather: | Temperature: | Relative Humidity: |
|---|---|---|
| Clear | Between 40°F - 50°F | Between 40% - 50% |

| Last Recordable Rain: | Type of Exterior: | Estimated Sheathing Type: |
|---|---|---|
| 2 Days Prior | Stucco, Manufactured Stone Veneer (MSV) | Oriented Strand Board (OSB) |

**398 Augusta Dr**

WB Homes002982

| **Weather Resistant Barrier (WRB) (estimated):** | **Window Type:** | **Areas Reviewed:** |
|---|---|---|
| One Layer of Building Paper | Vinyl Clad | Manufactured Stone Veneer (MSV), Stucco |

| **Nature of Concern:** | **Methods Used To Inspect:** |
|---|---|
| Stucco moisture intrusion survey | Visual, Exterior Moisture Probe Testing |

WB Homes002983

## 1. Reading Moisture Levels

## Comments:

**1.0 Information About Reading Moisture Levels**

**Normal moisture levels for wood framing and sheathing typically range from 8% to 14%. It is widely recognized that significant decomposition by wood-rotting fungi will occur above the fiber saturation point at 28-30% moisture content. It is a common misconception that mold will not grow on wood if moisture content is maintained below 20%. The use of 20% as a minimum limit is based on moisture requirements for growth of "dry rot" fungi, NOT SURFACE MOLD. Extensive wood rot does require higher moisture levels (typically 28-30% or greater), but surface growth can occur at 16% and higher.**

**Wood Moisture Content (for a typical softwood)**

| 7% | 12% | 14% | 16% | 19% | 20% | 24% | 30% |
|---|---|---|---|---|---|---|---|
| Normal | | | Borderline | | High | | |
| no fungal growth | | | fungal growth possible at 16% | | fungal growth and potential wood decomposition | | |

**Scales Meaning:**
**8-14 = Readings are common to construction grades, air dried lumber and "healthy" residential substructures (beneath first floor in crawl spaces). These are the readings desired.**
**16-19 = Readings indicate a possible elevated level of wood moisture. Such readings should alert the homeowner to look for a source of excess moisture. The excess moisture source should be corrected if found.**
**20-24 = Readings indicate a serious problem somewhere. The excess moisture source must be immediately corrected, and the situation carefully monitored until the WMC returns to the 12-15 range.**
**25-30 = Actual, and often extensive, damage is evident when readings reach this level. The substructure may show decayed areas, ranging from small to very large, of rotten floor joist, sills, and subflooring. Often this is the "too late" level of reading for correcting problem situations without repair costs in the thousands of dollars.**
**NUMBERS% = Posted on the below images are the moisture readings taken in that location at the time of the inspection.**
**"S" or "Soft" = Indicates soft substrate which could be due to moisture intrusion and/or frequent wetting and drying cycles. Further investigation is recommended.**
**"NR" = Indicates no resistance of the sheathing which in most cases suggests the sheathing has deteriorated, rotted or was not present to test. In most cases this is the worst reading or data point to find. Further investigation is recommended.**
**"i" = Indicates the moisture reading was taken from the interior through the drywall to the back side of the sheathing.**
**"r" = Indicates the moisture reading was take from the interior through an electrical receptacle to the back side of the sheathing.**
**"C" or Celotex = Is a note that an foam or insulating type sheathing was found to be installed in that general location.**
**"W" of Wood = Is a note that a wood based sheathing was found to be installed in that general location.**
**K=Indicates installed kickout flashing, K=Indicates inadequate kickout flashing, K=Indicates missing kickout flashing.**

**398 Augusta Dr**

WB Homes002984

## 2. Front Elevation

Important Note: The test equipment is used to help locate problem areas. It must be understood that the results of the test equipment are not an exact science but rather good tools used as indicators of possible problems. At times, because of hidden construction details within the wall cavity, the meters get false readings or no readings at all. Some meters will pick up on metals, wiring, unique wall finishes, etc. Positive readings do not always mean there is a problem, nor do negative readings necessarily mean there is not a problem. We do not use the equipment to obtain exact moisture content, but rather to obtain relative readings between suspected problem areas and non problem areas. This information is then used to help determine potential problem areas which may warrant more investigation and or problem areas in need of evaluation and repair.

## Comments:

**2.0 Front Elevation Moisture Readings**

Inspected

- **Observation:** Elevated moisture levels noted on this elevation.
- **Observation:** No resistance of the sheathing was noted on this elevation.
- **Observation:** Missing kickout flashing was noted on this elevation.
- **Observation:** The stucco and manufactured stone veneer is not adequately sealed around the windows, doors and other penetrations.
- **Observation:** The stucco and manufactured stone veneer is not adequately terminated or sealed at the fascia boards, rake boards, soffit returns and other terminations.
- **Recommendation:** We recommend destructive testing with further review and repair as needed.



2.0 (Picture 1)



2.0 (Picture 2)



2.0 (Picture 3)

Apx. 00898
Page 10 of 39
WB Homes002987

## 3. Left Elevation

Important Note: The test equipment is used to help locate problem areas. It must be understood that the results of the test equipment are not an exact science but rather good tools used as indicators of possible problems. At times, because of hidden construction details within the wall cavity, the meters get false readings or no readings at all. Some meters will pick up on metals, wiring, unique wall finishes, etc. Positive readings do not always mean there is a problem, nor do negative readings necessarily mean there is not a problem. We do not use the equipment to obtain exact moisture content, but rather to obtain relative readings between suspected problem areas and non problem areas. This information is then used to help determine potential problem areas which may warrant more investigation and or problem areas in need of evaluation and repair.

## Comments:

**3.0 Left Elevation Moisture Readings**

*Not Inspected*

No moisture probe testing performed on this elevation. This elevation is under construction by the builder due to leaks at the windows, rake boards and possibly at the original expansion joint. All details have been covered with rain screen and some wire. No inspection of the new details was performed. It is recommended that the original cause be disclosed by the builder so that any proactive repairs can be made on the other walls if needed.



3.0 (Picture 1)



3.0 (Picture 2) Client supplied photo

WB Homes002988

## 4. Rear Elevation

Important Note: The test equipment is used to help locate problem areas. It must be understood that the results of the test equipment are not an exact science but rather good tools used as indicators of possible problems. At times, because of hidden construction details within the wall cavity, the meters get false readings or no readings at all. Some meters will pick up on metals, wiring, unique wall finishes, etc. Positive readings do not always mean there is a problem, nor do negative readings necessarily mean there is not a problem. We do not use the equipment to obtain exact moisture content, but rather to obtain relative readings between suspected problem areas and non problem areas. This information is then used to help determine potential problem areas which may warrant more investigation and or problem areas in need of evaluation and repair.

## Comments:

**4.0 Rear Elevation Moisture Readings**

Inspected

- **Observation:** Elevated moisture levels noted on this elevation.
- **Observation:** No resistance of the sheathing was noted on this elevation.
- **Observation:** Missing kickout flashing was noted on this elevation.
- **Observation:** The stucco is not adequately terminated or sealed at the fascia boards, rake boards, soffit returns and other terminations.
- **Recommendation:** We recommend destructive testing with further review and repair as needed.



4.0 (Picture 1)



4.0 (Picture 2)

## 5. Right Elevation

Important Note: The test equipment is used to help locate problem areas. It must be understood that the results of the test equipment are not an exact science but rather good tools used as indicators of possible problems. At times, because of hidden construction details within the wall cavity, the meters get false readings or no readings at all. Some meters will pick up on metals, wiring, unique wall finishes, etc. Positive readings do not always mean there is a problem, nor do negative readings necessarily mean there is not a problem. We do not use the equipment to obtain exact moisture content, but rather to obtain relative readings between suspected problem areas and non problem areas. This information is then used to help determine potential problem areas which may warrant more investigation and or problem areas in need of evaluation and repair.

## Comments:

**5.0 Right Elevation Moisture Readings**
Inspected

- **Observation:** Elevated moisture levels noted on this elevation.
- **Observation:** The stucco is not adequately terminated or sealed at the fascia boards, rake boards, soffit returns and other terminations.
- **Recommendation:** We recommend destructive testing with further review and repair as needed.



5.0 (Picture 1)

## 6. General Observations

The below photos (or videos) are detail photos of the inspected property. These photos are provided in order to present some of the inspected items in greater detail which were found and noted within the General Observations section. We recommend that your maintenance team or a qualified contractor carefully review these items. Then, with reference to the imagery and areas denoted in the report, these areas should be physically located and given a thorough visual examination. When warranted, these areas should be subjected to repair, monitoring or destructive investigation to confirm the analysis and determine the possible detrimental effects that these items noted may have caused to the concealed building materials. We recommend a specialist conduct additional testing as needed if mold is found during any remediation to evaluate the environmental condition of the building.

## Comments:

**6.0 Expansion Relief Installed Around Windows/Doors?**

Yes, No

Expansion relief was not installed around the perimeter of the windows or doors of the MSV as is required by most manufacturers. By not installing the expansion relief the stresses imposed by the stucco can cause failure of the window miter joints that can lead to unseen water intrusion to the wall cavities.

**6.1 Caulking Around Window Frames?**

Yes, No, Inadequate

(1) Case bead and caulk joints were visibly noted to be installed around the windows.



6.1 (Picture 1)

(2) The caulk joints were noted to be failing adhesively.

A foam material was noted between the windows and case bead which prevented proper adhesion of the caulk joint.


6.1 (Picture 2)


6.1 (Picture 3)


6.1 (Picture 4)

(3) The manufactured stone veneer is not adequately sealed around the windows or other penetrations.


6.1 (Picture 5)

**398 Augusta Dr**

WB Homes002993

**6.2 Caulking Around Door Frames?**
Yes, No, Inadequate
(1) The caulk joints are failing adhesively




6.2 (Picture 1)                    6.2 (Picture 2)

(2) The manufactured stone veneer is not adequately sealed around the doors or other penetrations.



6.2 (Picture 3)

**6.3 Window Joints / Miters Sealed?**
Unknown

**6.4 Door Joints / Miters Sealed?**
No

Openings and voids in the sill and jamb intersection can lead to bulk water intrusion. The best way to help manage moisture entry is with the use of proper sill pan flashing installed under the windows and doors with the use of caulking as well.

 

6.4 (Picture 1)        6.4 (Picture 2)

## 6.5 Door Head Flashing Installed?
Yes

Example of installed door head flashing



6.5 (Picture 1)

## 6.6 Window Head Flashing Installed?
Yes

(1) Example of installed head flashing


6.6 (Picture 1)


6.6 (Picture 2)

(2) Window head flashing was installed on the MSV, however it is flat and in some instances it has a negative pitch toward the home. This may force bulk water behind the cladding. Correcting the pitch is recommended or the installation of sealant end dams incorporated with proper sealant joints on the sides and bottom.


6.6 (Picture 3)

## 6.7 Caulking Around Utility Penetrations?
No

(1) The stucco is not adequately sealed around the utility penetrations.


6.7 (Picture 1)


6.7 (Picture 2)


6.7 (Picture 3)

(2) Some utility penetrations have been sealed post construction.


6.7 (Picture 4)

**6.8 Flat Accents Caulked, Angled or Flashed?**
Yes

**6.9 Caulking At Dissimilar Materials?**
No

WB Homes002997

The stucco and manufactured stone veneer was not adequately sealed at dissimilar materials.

**6.10 Soffit, Frieze & Fascia Boards Caulked or Proper Drip Edge?**

No

(1) The stucco is not properly sealed at the rake boards, fascia boards, soffit returns or other terminations.


6.10 (Picture 1)


6.10 (Picture 2)


6.10 (Picture 3)


6.10 (Picture 4)


6.10 (Picture 5)


6.10 (Picture 6)

(2) A sealant joint was installed along one of the rake board/soffit returns at the front of the home, but it was failing adhesively and elevated moisture readings were noted.


6.10 (Picture 7)


6.10 (Picture 8)

**6.11 Kickout Flashing Installed?**

Yes, No

(1) Example of installed kickout flashing.


6.11 (Picture 1)


6.11 (Picture 2)

(2) Kickout flashing was not installed at the roof/wall intersections at the front of the home and the rear of the home.


6.11 (Picture 3)


6.11 (Picture 4)

 

6.11 (Picture 5)                    6.11 (Picture 6)

(3) A larger one piece kickout was installed over and original smaller two-piece kickout. This appears to have happened at the time of construction. It is not clear why the original inadequate kickout was not pulled when installing the new ones. That would have been a more adequate installation. A nail was noted through the kickout in a few locations. This may present a leak point. The back sides of the kickouts needs to be sealed.

 

6.11 (Picture 7)                    6.11 (Picture 8)

(4) One of the kickouts at the rear of the home was split at the time of installation. This may allow water bypass.



6.11 (Picture 9)

**398 Augusta Dr**

WB Homes003000

**6.12 Chimney Cap Installed?**
No, Not Inspected
Masonry Chimney

**6.13 Chimney Flashing?**
Unknown

**6.14 Deck Ledger Flashing Installed?**
Not Applicable

**6.15 Porch / Stoop Flashing?**
Unknown
The stoop has been installed above the homes framing line without the visible installation of adequate drainage provisions. This may cause excessive moisture to be held against the home which can overwork the weather resistant barriers causing elevated moisture levels in the wood framing directly behind this location.

    

6.15 (Picture 1)                    6.15 (Picture 2)

**6.16 Column Flashing?**
Not Applicable

**6.17 Weep Screed or Means of Drainage Installed?**
Yes
A provision for drainage or "weep screed" was installed.

    

6.17 (Picture 1)                    6.17 (Picture 2)

**6.18 Control Joints Installed at Floor Lines?**
Yes, No

398 Augusta Dr

WB Homes003001

**6.19 Cladding Terminated 1"-2" Above The Roof?**
No

**6.20 Cladding Terminates At Porch or Addition Roofs?**
Yes

**6.21 Gutter or Downspout Deficiencies?**
Not Inspected

**6.22 Cladding Terminated Above Grade?**
Yes

**6.23 Adequate Slope Of Grading?**
No

(1) The landscaping mulch is above the weep screed on the front of the home. This should be lowered to allow proper drainage.



6.23 (Picture 1)

(2) The grading near the basement egress at the front of the home is lower than the rest of the landscaping, which may pool water in this area.



6.23 (Picture 2)

**6.24 Cladding Terminated Above Paved Surfaces?**
Yes

**6.25 Cracks Or Impact Damage?**
Yes

**398 Augusta Dr**

(1) Cracking and loose mortar was noted along the edge of the MSV.



6.25 (Picture 1)

(2) Broken stones were noted at the base of the MSV wall.



6.25 (Picture 2)

### 6.26 Delaminating From Substrate?

No

### 6.27 Prior Repairs or Painting Noted?

Yes

The left side of the home is undergoing a stucco remediation currently.

### 6.28 Evidence Of Sprinkler Overspray?

No

### 6.29 Stucco Average Thickness 3/4" - 7/8"?

Yes

The stucco was applied at an approximate maximum thickness of 1"



6.29 (Picture 1)

## 6.30 Evidence Of Pest Infestation?
No

## 6.31 Visible Water Staining On The Interior?
Not Inspected

## 6.32 Attic Inspection At Gables?
Not Inspected

## 6.33 Over Fastening Observed?
Not Inspected

## 6.34 Correct Fastener Length?
Not Inspected

## 6.35 Crawl Space / Basement Inspection?
Not Inspected

## 6.36 Evidence Of Moisture Intrusion At The Band Board Or Sill?
Not Inspected

## 6.37 Moisture Probe Testing?
Yes

Example of elevated moisture levels noted utilizing a calibrated and insulated moisture meter.



6.37 (Picture 1)          6.37 (Picture 2)

WB Homes003004

### 6.38 Core Sampling

Yes

A core sample was taken at the rear of the home.

Wet sheathing was noted.



6.38 (Picture 1)



6.38 (Picture 2)



6.38 (Picture 3)

## 7. Summary and Recommendations

## Comments:

**7.0 Summary & Recommendations**

The Green Valley Group was retained to help evaluate the cladding for possible moisture intrusion. Upon Inspecting, areas of concern were noted.

The inadequate installation of the cladding, flashing or failing fenestrations has caused water penetration to some walls of this home. Portions of the sheathing at and below windows, doors, missing flashing locations and at the foundation/framing areas where elevated moisture levels were noted may be deteriorating. Some internal structural deterioration is also possible.

Kickout flashing was not installed in some locations. Kickout flashing is a special type of flashing located at roof/wall intersections that diverts rain water away from the cladding and into the gutter. When installed properly, they provide excellent protection against the penetration of water into the building envelope. Several factors can lead to rain water intrusion, but a missing kickout flashing, in particular, often results in concentrated areas of water accumulation and potentially severe damage to exterior walls. Water penetration into the cladding can occur with little or no visible evidence on the exterior.

The stucco is not properly terminated or sealed around the windows and doors of the MSV wall. This poses expansion stresses on the windows or doors that can cause the miter joints to fail prematurely, cracking and/or the introduction of bulk water to the wall cavities.

The windows and doors on the stucco walls have been caulked and this is important to help keep bulk water out of the system. The stucco system however should not rely on caulk to keep the home dry. The only acceptable way is to rely on proper flashing as the primary water management with the addition of proper caulking of windows, fascia boards, rake boards and other details. During destructive testing of the elevated moisture areas the window and door flashing should be investigated. If the flashing is improperly applied it is recommended that all of the windows be opened proactively in order to properly correct the system and manage moisture.

The windows have not been caulked on the MSV wall and this is important to help keep bulk water out of the system. Because no elevated moisture levels were found (below the windows) we have to assume that the windows are adequately flashed. It is highly recommended that the windows, rake boards and soffit returns be kerf scraped, caulked and monitored.

Further testing can be performed by removing portions of the cladding in areas of likely deterioration. This will serve to confirm the number, type and condition of the weather resistant barrier papers used, the flashing methods, as well as the extent of any damage and/or deficiencies. After opening and learning more about the system, it is recommended that the CAUSE(S) of the failures be repaired, not just the "symptom". If the damage or deficiencies found on any one wall are too extensive, that particular entire wall should be stripped entirely and re-clad to industry standards.

It is recommended that these areas undergo further review and a remediation plan set in place.

**398 Augusta Dr**

## 8. General Information Pages (THESE ARE NOT PICTURES OF YOUR HOME)

### Comments:

**8.0 General Information For Your Review, THESE ARE NOT PICTURES OF YOUR HOME**
(1)

# Water Intrusion Problems Related to Unsealed Stucco Penetrations

Any penetration through the stucco that is left unsealed will allow entry of moisture or bulk water. Even an average size home can have an extreme number of penetrations, including:

1. electrical boxes
2. exterior receptacles
3. light fixtures
4. plumbing lines and faucets
5. cable TV lines
6. satellite dish mounts
7. security systems
8. gutter straps
9. shutter brackets
10. deck rail penetrations
11. gas lines
12. dryer vents
13. telephone lines
14. damaged or punctured areas of stucco

All penetrations must be sealed with a compatible sealant as recommended by the stucco system manufacturer and required by Model Codes. Damaged areas of stucco must be properly repaired to prevent water intrusion.



8.0 (Picture 1)



8.0 (Picture 2)



**398 Augusta Dr**

WB Homes003007



8.0 (Picture 3)

(2)

## Water Intrusion Problems Related to Doors and Windows

Doors and windows are one of the most common leak areas in stucco buildings. Leaks can occur in these areas for a variety of reasons, including:

No caulking around perimeter of window or doorframes and thresholds. Stucco applicators are supposed to leave a 1/4" to 1/2" gap between the stucco and the frame to allow for a proper joint consisting of case bead, backer rod and manufacturer's recommended sealant. If no sealant is installed, a crack may eventually result, due to expansion and contraction, through which moisture or water can enter behind the stucco system. If the stucco installer did not leave the required joint and sealant, the situation will have to be reviewed to determine the best repair method. Often, the window manufacturers warranties are void unless proper detailing is installed around the window.

Improper or failed sealant joints. Some common reasons for joint failure include improper cleaning or joint preparation, lack of backer rod when needed to control joint depth, improper joint width (should be at least 3/8" to 1/2"), use of inappropriate sealant, or failure to tool the joints. Tooling the joint to a concave surface presses the caulk up against the joint sides to help ensure good adhesion and provides a consistent and neat appearance. Even if joints are properly installed, the life of the sealant is 5 to 20 years depending on the type and quality of sealant used. Sealants should be inspected annually and repairs made promptly.



8.0 (Picture 4)



8.0 (Picture 5)

| Water Intrusion Problems Related to Doors and Windows (cont'd) |
|---|

**Inadequate or missing flashing.** Many windows/doors are installed without the head or sill flashing which is required for stucco installations by many manufacturers and by Model codes for protection of veneered wall openings. If the leakage cannot be corrected with caulking (often it cannot), corrective repairs may be required to properly install flashing.

**Improper water resistant barrier (WRB) application around windows and doors.** If the WRB is not properly lapped and wrapped in the correct sequence around window and door penetrations, any water that intrudes through these areas will be funneled behind the WRB and saturate the wall cavity causing damage.

**Obstructed weep holes.** Many windows and doors have tracks with weep holes that are designed to catch any incidental water and weep the water to the outside of the frame. However, situations are sometimes encountered where the stucco applicator has brought the stucco up past the weep holes causing the water to "dam" up and eventually leak into the walls. These weep holes must be kept clear of stucco, caulk, etc. to allow them to fully and freely function.

**Punctured window tracks or frames from security system installation.** This may also void your window warranty. Sealing these penetrations will many times correct the leakage.

Many window and door units themselves leak through gaps in the door or window frame, sills, tracks and/or at the center mullion where two double hung windows join. This can sometimes be corrected by wet glazing (sealing the frame to glass) or by caulking the gaps in the frames or by making minor modifications to the window. If these measures are not effective, the windows or doors will have to be repaired or replaced with a higher quality window. It is said that 10% of new windows fail right out of the factory and it would be impossible to predict future failure, the most effective means of protection is to install a sill pan including a back and end dams under the window.

Doors: In areas that are prone to strong, gusting winds, in-swing doors seem to be more prone to leakage. Door thresholds should be raised a minimum of two inches and should be sealed to prevent water intrusion. Second floor doors should incorporate "pan flashing" to prevent leakage and potential damage to the areas below. Weather stripping can be used to help ensure water tightness.

 

8.0 (Picture 6)                                     8.0 (Picture 7)

WB Homes003009

(4)

| Water Intrusion Problems Related to Improper Kickout and Other Roof Flashing |
| --- |

**Kickout Flashing:** Many water intrusion problems in stucco or EIFS homes are the result of improper kickout flashing installation or the lack of kickout flashing. Kickout flashing should be installed where a roof line terminates or intersects with a vertical wall. The word kickout means exactly that; it kicks the water out and away from the stucco system.

If no kickout is installed or if it is improperly installed/sealed, the water can run down the edge of the roof next to the stucco wall and enter behind the stucco at the point where the roof terminates into the stucco. This will allow substantial moisture accumulation that will eventually cause decay.

Properly installed kickout flashing is absolutely essential.

Installation of a kickout flashing in an existing stucco system involves cutting out the stucco to reveal the step flashing, inserting the kickout flashing under and behind the step flashing. New stucco base, mesh and finish coat is then applied to blend in with the adjacent stucco as closely as possible. If stucco color cannot be closely matched, it may be necessary to coat the area to a corner if possible.

Other Roof Flashing: Since many stucco homes have complex roofing designs, other critical flashing areas may also be improperly detailed. Any roofline that terminates into stucco may pose a problem.




8.0 (Picture 8)            8.0 (Picture 9)

(5)

# Water Intrusion Problems Related to Stucco Chimneys

No matter whether the exterior cladding is brick, stucco, or vinyl siding, chimneys are a prime area for water intrusion since 1) they intersect with the large volume of water running down the roof surface 2) Stucco is not a roofing material and should not be used as such on the chimney hips unless proper roofing materials and underlayments are utilized during construction and 3) They're subjected to extreme expansion and contraction due to the hot and cold temperature fluctuations when the chimney is used during the winter. This extreme expansion and contraction can fatigue the sealant joints around the chimney and cause cracks or gaps to form around the edge of the stucco where the stucco terminates into the chimney structure, allowing water to enter. Therefore, water diversion through the use of flashing and proper chimney caps with sufficient overhang are very important.

WB Homes003010

A properly designed chimney cap will help shed water out and away from the top of the chimney in order to help prevent leaks in this area.



8.0 (Picture 10)



8.0 (Picture 11)

398 Augusta Dr

WB Homes003012

(6)

## Water Intrusion Problems Related to Cracks and Breaches in the Stucco

It does not take a very big crack to allow water intrusion. In fact, a crack as small as 1/16" of an inch wide can permit bulk water to enter behind the stucco. All cracks 1/16" wide or larger and all damaged areas of stucco should be properly repaired as per manufacturers guidelines. Many times the patched areas will still be slightly noticeable even with a good repair application. Extreme cracking will sometimes require the removal and reapplication of the stucco and finish to prevent more cracking and provide a consistent appearance. Cracking is common in hard coat stucco systems, therefore control joints are called for every 144 sf, as well as between floor lines. Control joints are needed between floor lines to compensate for the cross-grain shrinkage of wood. The lack of a control joint between floor lines may result in a compression crack in this area. Again, consult with manufacturer for specific requirements of control joints. The most common areas that experience cracking in stucco are at the corners of windows or roof terminations.



8.0 (Picture 12)



8.0 (Picture 13)

(7)

## Water Intrusion Problems Related to Stucco Accents and Flat Stucco Surfaces

Flat stucco surfaces, whether conventional hard coat stucco or EIFS, collect and hold water in its rough texture, softening the finish coat, damaging the system and promoting leaks, mildew and discoloration. A good design will call for bands, quoins, and other accents to have a slope to prevent water accumulation.



8.0 (Picture 14)



8.0 (Picture 15)

**398 Augusta Dr**

WB Homes003013



8.0 (Picture 16)

(8)

## Water Intrusion Problems Related to Stucco Termination at Grade Level

According to the Model Codes, as well as many state and county codes, all synthetic stucco homes with foam board insulation must be terminated eight inches above the ground. All hard coat or traditional stucco must have a weep screed installed.

The reasons for this requirement are:

1) To prevent wicking and to create a clear path for drainage. Wicking is a process in which standing water is absorbed by the EPS foam board or stucco, which holds excess water in the system and prevents adequate drainage. Figure 1 shows an example of a home where the stucco system was not back wrapped and extended below grade. Water wicked up behind the stucco, causing mold, mildew and decay of the underlying sheathing. Wicking can also occur when stucco is terminated at grade level as seen in Figure 4.

2) To eliminate a direct path for termites through the EPS board or behind the stucco as well as establish easy access for termite inspectors. Because of the increased risk of termite infestation, many pest control companies won't issue termite warranties for buildings with below grade stucco terminations including 'hard coat' stucco systems in many cases.





8.0 (Picture 17)                    8.0 (Picture 18)

(9)

## Water Intrusion Problems Related to Improper Transitions

Many buildings incorporate two or more exterior finishes in their design, such as stucco and brick, stucco and stone, stucco and tile, stucco and wood, stucco and vinyl or aluminum siding, etc.

Different materials expand and contract at different rates. This expansion and contraction causes a crack or gap to form where the two materials join.

If left un-flashed, unsealed or if sealed improperly, this area will allow water to enter the wall cavity. Examples of this would include stucco to wood trim, stucco to brick stucco to stone, stucco to concrete, etc. All areas such as these should be properly flashed and sealed with quality sealants and appropriate bond breakers.


8.0 (Picture 19)


8.0 (Picture 20)

(10)

## Stucco Information, Care and Maintenance

Traditional Hard Coat Systems:

Although these systems have been in use for many decades, in recent years it has become popular to place these systems over wood sheathing and studs. The systems makeup is generally studs, sheathing, felt paper or other moisture barrier, reinforcing lath, scratch, brown and finish coat. The scratch, brown and finish coat are usually cementitious (many use acrylic finishes), mixed in the field, and applied to a thickness of about 7/8 of an inch.

Hardcoat systems are also susceptible to moisture damage if not properly applied, caulked and flashed. In this respect, it is no different than EIFS. In recent years it has been discovered that severe damage has been occurring behind stucco walls that is often unseen. Through our research 85% of home owners do not know there is an issue occurring. It is typically only through professional testing that these deficiencies or damage are discovered.

IS STUCCO A GOOD CLADDING SYSTEM? Yes, as long as any construction defects, if any, are properly repaired and the system is well maintained, it should provide good long-term performance. There is no such thing as a permanently maintenance free cladding system. Leak problems occur in all types of cladding systems, including brick and vinyl siding. The only difference is that with stucco, the maintenance is more critical because there is less room for drainage and drying making it less forgiving when it comes to water intrusion. The sealant joints are your first line of defense against water intrusion, and these joints must be maintained. The true line of defense needs to be proper flashed and lapping of the water resistant barrier. Water intrusion must be prevented at all costs due to its destructive nature.

WB Homes003015

CARE AND MAINTENANCE: The beautiful architectural designs made possible by synthetic stucco systems make these homes very desirable and marketable. It is critical, however, to carefully maintain these systems to prevent water intrusion and deterioration. With the proper care and maintenance, your stucco system should give you many years of beauty and function. It is very important that the five following steps be followed to protect your investment.

(1) Semi-annually (at least annually) inspect all sealant around windows, doors, penetrations through the stucco, stucco transitions (such as stucco to brick, stucco to stone), and stucco terminations (at roof, at grade, at patios or walkways). Arrange for prompt repair of any areas of caulk that is split, cracking, crazing or is losing adhesion. Also, promptly repair any cracks in the stucco.
(2) Any leaks, cracks, areas of discoloration, mold or mildew should be promptly investigated by a certified inspector. Repairs should be proper and prompt.
(3) Anytime you make a penetration though the stucco such as to mount a satellite dish, add shutters, new wiring, cables, plumbing, security systems, etc., the perimeters must be sealed with a quality low modulus sealant approved for the system.
(4) Modifications, additions or renovations (including roof replacement) to the structure of any kind should be inspected by a qualified building envelope inspector to ensure waterproofing of critical details is properly performed.
(5) Periodic cleaning of the stucco is necessary to maintain its appearance and prevent permanent staining. Pressure cleaning equipment must be calibrated to the stucco manufacturer's recommended pressure level (low) to prevent damage to your stucco. Select a firm with experience in cleaning these systems.

WB Homes003016