IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Main Street America Assurance Company, | : | |
| *Plaintiff*, | : | |
| v. | : | Case No. 2:21-cv-03977 (MAK) |
| Howard Lynch Plastering, Inc. | : | |
| and | : | |
| W.B. Homes, Inc., | : | |
| *Defendants*. | : | |

**STIPULATION AND NOTICE OF DISMISSAL**

Under this Court's orders of February 14 (ECF No. 24) and February 16 (ECF No. 26) and Federal Rule of Civil Procedure Rule 41(a)(1)(A), Main Street America Assurance Company ("MSAAC"), with the stipulation of all parties who have appeared in the action,[1] dismisses all claims raised in this action that were not adjudicated and declared in this Court's February 14 order. MSAAC and the stipulating party agree that the clerk of this Court may close this case.

---

[1] *See* Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Dated: February 22, 2022 Respectfully submitted jointly,

   /s/ Richard J. Orr                                      /s/ Katie M. Clemm         [2]
Richard J. Orr (Bar No. 66860)               Mark C. Clemm
Dilworth Paxson, LLP                               Katie M. Clemm
2 Research Way                                        Clemm and Associates, LLC
Princeton, New Jersey 08540                    488 Norristown Rd., Ste. 488
Telephone: 609-987-3993                           Blue Bell, PA 18422
Facsimile: 215-893-8537                            (484) 539-1300
rorr@dilworthlaw.com                                mclemm@clemmlaw.com
                                                     kclemm@clemmlaw.com

Susan M. Hogan (*pro hac vice*)
Ezra S. Gollogly (*pro hac vice*)                  *Attorneys for Defendant W.B. Homes, Inc.*
Joseph Dudek (of counsel)
Kramon & Graham, P.A.
One South Street, Suite 2600
Baltimore, Maryland  21202-3201
Telephone:  410-752-6030
Facsimile:  410-539-1269
shogan@kg-law.com
egollogly@kg-law.com

*Attorneys for Main Street America Assurance Company*

---

[2] The attorney filing this stipulation has written permission from Ms. Clemm to sign the statement on her behalf.