# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Main Street America Assurance Company, | : | |
| *Plaintiff*, | : | |
| v. | : | Case No. 2:21-cv-03977 (MAK) |
| Howard Lynch Plastering, Inc. | : | |
| and | : | |
| W.B. Homes, Inc., | : | |
| *Defendants*. | : | |

## CERTIFICATE OF SERVICE

I certify that on February 22, 2022, the foregoing document is being served this day via email on all parties that have appeared via this Court's CM/ECF system and via regular mail to:

**Howard Lynch Plastering, Inc.**
c/o Doris Elizabeth Lynch
31 Eagles Watch North
Bechtelsville, Pennsylvania  19505

                                                               /s/ Richard J. Orr